```
                                                    FILED
                                          CLERK, U.S. DISTRICT COURT

                                             JUN 2 7 2019

                                          CENTRAL DISTRICT OF CALIFORNIA
                                          BY                        DEPUTY
```

8                  UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                  October 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR **19 CR 00380-FMO** |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 1956(h): Conspiracy to Engage in Money Laundering; 18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud, Mail Fraud, and Bank Fraud; 18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 1956(a)(1)(B)(i): Money Laundering; 18 U.S.C. § 1957: Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity; 18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C): Operating an Unlicensed Money Transmitting Business; 18 U.S.C. § 2232(a): Destruction of Property to Prevent Seizure; 18 U.S.C. § 1001(a)(2): False Statements; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 2(a): Aiding and Abetting; 18 U.S.C. §§ 981 and 982 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| VALENTINE IRO, | |
| aka "Iro Enterprises," | |
| aka "Valentine Obinna Iro," | |
| aka "Obinna Iro," | |
| aka "Obinna Nassa," | |
| CHUKWUDI CHRISTOGUNUS IGBOKWE, | |
| aka "Christogunus C. Igbokwe," | |
| aka "Chris Kudon," | |
| aka "Atete," | |
| aka "Still Kudon," | |
| JERRY ELO IKOGHO, | |
| aka "J Man," | |
| IZUCHUKWU KINGSLEY UMEJESI, | |
| aka "Kingsley Umejesi," | |
| aka "Armenian Man," | |
| aka "Kingsley LA," | |
| aka "Izuking Aka Aku," | |
| ADEGOKE MOSES OGUNGBE, | |
| aka "P & P Motors," | |
| aka "Pp," | |
| ALBERT LEWIS CATHEY, | |
| aka "Alb," | |
| aka "Abert Jag," | |
| aka "Al," | |
| TITYAYE MARINA MANSBANGURA, | |
| aka "Tityaye Igbokwe," | |
| aka "Marina Mansour," | |
| aka "Marina Mansaray," | |

**4:19mj1565**    Ifeanyichukwu Oluwadamilare Agwuegbo
United States Courts          Defendant #55
Southern District of Texas
FILED
*August 22, 2019*
David J. Bradley, Clerk of Court

```
 1        aka "Marina Tityaye Mans
             Bangura,"
 2    CHUKWUDI COLLINS AJAEZE,
          aka "Thank You Jesus"
 3    EKENE AUGUSTINE EKECHUKWU,
          aka "Ogedi Power,"
 4        aka "Power,"
      CHUKS EROHA,
 5        aka "Chuks Nassa Iro,"
          aka "Nassa,"
 6        aka "Prince Chuddy,"
          aka "Nurse Chuddy,"
 7    COLLINS NNAEMEKA OJIMBA,
          aka "Collins Emeka Ojimba,"
 8        aka "Ojimba Collins,"
          aka "Charly.Africa,"
 9    FNU LNU,
          aka "Xplora G,"
10    UCHENNA OCHIAGHA,
          aka "Urch Agu,"
11        aka "Advanced Mega Plus Ltd,"
      NNAMDI THEOJOSEPH DURU,
12        aka "Duru Theo Joseph
             Nnamdi,"
13        aka "Williams High School,"
          aka "Ifytyns,"
14    ERICSON UCHE OFORKA,
          aka "Oforka,"
15        aka "Eric Oforka,"
      MARK IFEANYI CHUKWUOCHA,
16        aka "Mark Iheanyi
             Chukwuocha,"
17        aka "Chukwu Mark,"
          aka "Markife,"
18    AUGUSTINE NNAMDI,
          aka "Nnamdi Augustine,"
19        aka "Jazz,"
      CHIEMEZIE CHRISTOPHER CHILAKA,
20        aka "Fanta,"
      CHARLES OHAJIMKPO,
21        aka "Giggs,"
          aka "Ryan Giggs,"
22        aka "Charles,"
      STANLEY UGOCHUKWU UCHE,
23        aka "Ugo Law,"
          aka "Uche Stanley,"
24        aka "He is risen.Happy
             Easter!,"
25    CHIKA AUGUSTINE ODIONYENMA,
          aka "Tony Augustin
             Odionyenma,"
26        aka "Chika Tony,"
27        aka "CTA Finance Source
             Intl,"
28    PASCHAL CHIMA OGBONNA,
```

```
 1      aka "Chima,"
        aka "Paschal,"
 2   SAMUEL NNAMDI ONWUASOANYA,
        aka "Sammy Lee Nnamdi,"
 3      aka "Onwuasoanya Samuel
           Nnamdi,"
 4      aka "Enugu Ogo,"
     MACWILLIAM CHINONSO CHUKWUOCHA,
 5      aka "ChiBoy,"
     EMMANUEL ONYEKA UZOKA,
 6      aka "Emmanuel Mansion,"
        aka "Mansion,"
 7      aka "Son of God,"
        aka "Ezirim Uzoma,"
 8   JOSHUA ANIEFIOK AWAK,
        aka "Joe Awk,"
 9      aka "Kwee Tin Law,"
     GEORGE UGOCHUKWU EGWUMBA,
10      aka "George Ugo,"
        aka "Ugo Aunty Scholar,"
11   UCHECHUKWU SOLOMON EZIRIM,
        aka "Uche Nwanne,"
12      aka "Uche Ezirim,"
     AUGUSTINE IFEANYI OKAFOR,
13      aka "Zero,"
        aka "St.Austine,"
14      aka "Austine,"
        aka "Ifeanyichukwu Okafor,"
15   FNU LNU,
        aka "Okay Sam Mal,"
16   LESLIE N. MBA,
        aka "Mystical,"
17      aka "Nwachinemere Leslie,"
     OGOCHUKWU INNOCENT IKEWESI,
18      aka "Ogoo UK,"
        aka "Innocent Ikewesi,"
19   EMMANUEL UZOMA OGANDU,
        aka "Nwachinaemere,"
20      aka "Uzoma,"
     AMARACHUKWU HARLEY ANYANWU,
21      aka "GodisGod,"
        aka "War B,"
22   BRIGHT IFEANYI AZUBUIKE,
        aka "Bright Bauer Azubuike,"
23      aka "Ifeanyi Jnr,"
     EMEKA MOSES NWACHUKWU,
24      aka "All Man,"
        aka "Omalitoto,"
25   FNU LNU,
        aka "Donatus Izunwanne,"
26      aka "Izunwanne Donatus
           Chibuikem,"
27      aka "Deworlddonmax,"
     CHINWENDU KENNETH OSUJI,
28      aka "Father,"
```

```
1   EUSEBIUS UGOCHUKWU ONYEKA,
       aka "Ugo UK,"
2      aka "sly19 sly,"
    CHIDI ANUNOBI,
3      aka "Anunobi Chidi,"
       aka "Chidioo,"
4   ANTHONY NWABUNWANNE OKOLO,
       aka "Eric West,"
5      aka "Erci West,"
       aka "Code,"
6   OBINNA CHRISTIAN ONUWA,
       aka "Papa Chukwuezugo,"
7      aka "Obinna Onuwa Abala,"
       aka "Obyno Abala,"
8   CHIJIOKE CHUKWUMA ISAMADE,
       aka "Mr CJ,"
9      aka "CJ,"
    LINUS NNAMDI MADUFOR,
10     aka "Madufor Nnamdi,"
    CHRYSAUGONUS NNEBEDUM,
11     aka "Cris,"
    UGOCHUKWU OKEREKE,
12     aka "Blade,"
       aka "Kingsly Cris,"
13     aka "Okereke Ugochukwu,"
    FIDEL LEON ODIMARA,
14     aka "Fiedel Odimara,"
       aka "Ndaa,"
15     aka "Dee Dutchman,"
    KINGSLEY CHINEDU ONUDOROGU,
16     aka "OBJ,"
    DESSI NZENWAH,
17     aka "Desmond Sage,"
       aka "Des Nzenwa,"
18     aka "Saga Lounge,"
    CHIMAROKE OBASI,
19     aka "Chima Russia"
    JAMES CHIGOZIE AGUBE,
20     aka "Smart,"
       aka "Smart Agube,"
21     aka "Smart Chigozie Agube"
    CHIMAOBI UZOZIE OKORIE,
22     aka "Omaobi,"
       aka "Mobility,"
23  OGOCHUKWU OHIRI,
       aka "Ogomegbulam Ohiri,"
24     aka "Ologbo,"
    KENNEDY CHIBUEZE UGWU,
25     aka "Kennedy David,"
    IFEANYICHUKWU OLUWADAMILARE
26     AGWUEGBO,
       aka "B😎$$ IFF¥,"
27  VICTOR IFEANYI CHUKWU,
       aka "Ifeannyi Soccer,"
28     aka "Vic Chux,"
```

4

```
 1   CHIDI EMMANUEL MEGWA,
          aka "Cantr,"
 2        aka "Canta Jr.,"
     PRINCEWILL ARINZE DURU,
 3        aka "Arnzi Prince Will,"
          aka "Arinze,"
 4   DESMOND IWU,
          aka "Desmond Chigozie Iwu,"
 5        aka "Lalaw,"
          aka "Odo Desmond,"
 6   ONYEKA VINCENT CHIKA,
          aka "Chyco,"
 7        aka "Chika Ejima,"
          aka "Vincent Chika Onyeka,"
 8   IFEANYI KINGSLEY MEZIENWA,
          aka "Ifeanyi Ali,"
 9        aka "Ifeanyichukwu Mezienwa,"
     VICTOR UCHENNA AGUH,
10        aka "Orch Sod,"
          aka "Uche SP,"
11        aka "Rich Homie Urch,"
     KEVIN AMARACHI ESHIMBU,
12        aka "Humble,"
          aka "Humble Amarachukwu,"
13        aka "Dato Humble,"
     VITALIS KELECHI ANOZIE,
14        aka "Kelechi Vitalis Anozie,"
          aka "Kelechi Anozieh,"
15        aka "Pastor Kel Anozie,"
          aka "Pastor Kc,"
16        aka "Choice,"
     WILLIAMS OBIORA AGUNWA,
17        aka "Don Williams,"
     GEORGE CHIMEZIE DIKE,
18        aka "Chimekros,"
          aka "Slim Dad...No...1,"
19   MUNACHISO KYRIAN UKACHUKWU,
          aka "Muna,"
20   NWANNEBUIKE OSMUND,
          aka "Osmund Nwannebuike,"
21        aka "Olivite,"
          aka "Nikky Bro.,"
22   CHIDIEBERE FRANKLIN NWANGWU,
          aka "Frank Chidi,"
23        aka "Franklin Nwangwu,"
          aka "Agogo,"
24   DAMIAN UCHECHUKWU AJAH,
          aka "Uche Ajah,"
25        aka "Ajah Damian Uchechukwu,"
          aka "Uchechukwu Demian Ajah,"
26   EMEKA P. EJIOFOR,
          aka "Ejiofor Emeka,"
27   LAWRENCE CHUKWUMA UBASINEKE,
          aka "Ubasineke Chuks,"
28        aka "Chukwuma Ubasineke,"
```

CHINEDU BRIGHT IBETO,
  aka "Doggy,"
  aka "Doggy Lucino,"
VALENTINE AMARACHI NWANEGWO,
  aka "Satis,"
  aka "Satis Amarachi Satis,"
EMMANUEL CHIDIEBERE DIKE,
  aka "Emmanet,"
JEREMIAH UTIEYIN EKI,
  aka "Uti,"
CHINAKA DAVIDSON IWUOHA,
  aka "Tmrw Afrika Will Wake
    Up,"
  aka "Cookie,"
  aka "All Africa Media
    Network,"
CHIMA DARLINGTON DURU,
  aka "Kajad,"
  aka "Kajad Jesus,"
IKENNA CHRISTIAN IHEJIUREME,
  aka "Piper,"
  aka "Am Happy!,"
OBI ONYEDIKA MADEKWE,
  aka "Odu Investment,"

       Defendants.

The Grand Jury charges:

<u>INTRODUCTORY ALLEGATIONS</u>

At times relevant to this Indictment:

A.   <u>Defendants</u>

1.  Defendants VALENTINE IRO, also known as ("aka") "Iro Enterprises," aka "Valentine Obinna Iro," aka "Obinna Iro," aka "Obinna Nassa" ("IRO"); JERRY ELO IKOGHO, aka "J Man" ("IKOGHO"); IZUCHUKWU KINGSLEY UMEJESI, aka "Kingsley Umejesi," aka "Armenian Man," aka "Kingsley LA," aka "Izuking Aka Aku" ("UMEJESI"); ADEGOKE MOSES OGUNGBE, aka "P & P Motors," aka "Pp" ("OGUNGBE"); ALBERT LEWIS CATHEY, aka "Alb," aka "Abert Jag," aka "Al" ("CATHEY"); TITYAYE MARINA MANSBANGURA, aka "Tityaye Igbokwe," aka "Marina Mansour," aka "Marina Mansaray," aka "Marina Tityaye Mans Bangura" ("MANSBANGURA"); EKENE AUGUSTINE EKECHUKWU, aka "Ogedi Power," aka "Power"

6

("EKECHUKWU"); COLLINS NNAEMEKA OJIMBA, aka "Collins Emeka Ojimba," aka "Ojimba Collins," aka "Charly.Africa" ("OJIMBA"); GEORGE UGOCHUKWU EGWUMBA, aka "George Ugo," aka "Ugo Aunty Scholar" ("EGWUMBA"); VICTOR IFEANYI CHUKWU, aka "Ifeannyi Soccer," aka "Vic Chux" ("CHUKWU"); CHIDI EMMANUEL MEGWA, aka "Cantr," aka "Canta Jr." ("MEGWA"); and NWANNEBUIKE OSMUND, aka "Osmund Nwannebuike," aka "Olivite," aka "Nikky Bro." ("OSMUND"), resided within the Central District of California.

2.    Defendant CHUKWUDI CHRISTOGUNUS IGBOKWE, aka "Christogunus C. Igbokwe," aka "Chris Kudon," aka "Atete," aka "Still Kudon" ("IGBOKWE") resided in Nigeria until on or about January 17, 2017, and thereafter resided within the Central District of California.

3.    Defendant CHUKWUDI COLLINS AJAEZE, aka "Thank You Jesus" ("AJAEZE") resided in Nigeria until on or about June 19, 2017, and thereafter resided within the Central District of California.

4.    Defendant CHUKS EROHA, aka "Chuks Nassa Iro," aka "Nassa," aka "Prince Chuddy," aka "Nurse Chuddy" ("EROHA") resided within the Central District of California until on or about July 29, 2017, and thereafter resided outside the United States.

5.    Defendant MACWILLIAM CHINONSO CHUKWUOCHA, aka "ChiBoy" ("MACWILLIAM CHUKWUOCHA"); EMMANUEL ONYEKA UZOKA, aka "Emmanuel Mansion," aka "Mansion," aka "Son of God," aka "Ezirim Uzoma" ("UZOKA"); CHIJIOKE CHUKWUMA ISAMADE, aka "Mr CJ," aka "CJ" ("ISAMADE");  FIDEL LEON ODIMARA, aka "Fiedel Odimara," aka "Ndaa," aka "Dee Dutchman" ("ODIMARA"); KENNEDY CHIBUEZE UGWU, aka "Kennedy David" ("UGWU"); IFEANYICHUKWU OLUWADAMILARE AGWUEGBO, aka "B😏$$ IFF¥" ("AGWUEGBO"); PRINCEWILL ARINZE DURU, aka "Arnzi Prince Will," aka "Arinze" ("P. DURU"); and MUNACHISO KYRIAN UKACHUKWU, aka "Muna"

7

("UKACHUKWU") resided in the United States, outside the Central District of California.

6.    CHIEMEZIE CHRISTOPHER CHILAKA, aka "Fanta" ("CHILAKA") resided within the United States, outside the Central District of California, between on or about January 17, 2017 and March 18, 2017, and otherwise resided outside of the United States.

7.    Defendant JOSHUA ANIEFIOK AWAK, aka "Joe Awk," aka "Kwee Tin Law" ("AWAK") resided in Nigeria until on or about August 25, 2018, and thereafter resided within the Central District of California.

8.    Defendants First Name Unknown ("FNU") Last Name Unknown ("LNU"), aka "Xplora G" ("XPLORA G"); UCHENNA OCHIAGHA, aka "Urch Agu," aka "Advanced Mega Plus Ltd" ("OCHIAGHA"); NNAMDI THEOJOSEPH DURU, aka ""Duru Theo Joseph Nnamdi," aka "Williams High School," aka "Ifytyns" ("N. DURU"); ERICSON UCHE OFORKA, aka "Oforka," aka "Eric Oforka" ("OFORKA");  MARK IFEANYI CHUKWUOCHA, aka "Mark Iheanyi Chukwuocha," aka "Chukwu Mark," aka "Markife" ("MARK CHUKWUOCHA"); AUGUSTINE NNAMDI, aka "Nnamdi Augustine," aka "Jazz" ("NNAMDI"); CHARLES OHAJIMKPO, aka "Giggs," aka "Ryan Giggs," aka "Charles" ("OHAJIMKPO"); STANLEY UGOCHUKWU UCHE, aka "Ugo Law," aka "Uche Stanley," aka "He is risen.Happy Easter!" ("UCHE"); CHIKA AUGUSTINE ODIONYENMA, aka "Tony Augustin Odionyenma," aka "Chika Tony," aka "CTA Finance Source Intl" ("ODIONYENMA"); PASCHAL CHIMA OGBONNA, aka "Chima," aka "Paschal" ("OGBONNA"); SAMUEL NNAMDI ONWUASOANYA, aka "Sammy Lee Nnamdi," aka "Onwuasoanya Samuel Nnamdi," aka "Enugu Ogo" ("ONWUASOANYA"); UCHECHUKWU SOLOMON EZIRIM, aka "Uche Nwanne," aka "Uche Ezirim" ("EZIRIM"); AUGUSTINE IFEANYI OKAFOR, aka "Zero," aka "St.Austine," aka "Austine," aka "Ifeanyichukwu Okafor" ("OKAFOR");

8

```
 1   FNU LNU, aka "Okay Sam Mal" ("SAM MAL"); LESLIE N. MBA, aka

 2   "Mystical," aka "Nwachinemere Leslie" ("MBA"); OGOCHUKWU INNOCENT

 3   IKEWESI, aka "Ogoo UK," aka "Innocent Ikewesi" ("IKEWESI"); EMMANUEL

 4   UZOMA OGANDU, aka "Nwachinaemere," aka "Uzoma" ("OGANDU");

 5   AMARACHUKWU HARLEY ANYANWU, aka "GodisGod," aka "War B" ("ANYANWU");

 6   BRIGHT IFEANYI AZUBUIKE, aka "Bright Bauer Azubuike," aka "Ifeanyi

 7   Jnr" ("AZUBUIKE"); EMEKA MOSES NWACHUKWU, aka "All Man," aka

 8   "Omalitoto" ("NWACHUKWU"); FNU LNU aka "Donatus Izunwanne," aka

 9   "Izunwanne Donatus Chibuikem," aka "Deworlddonmax" ("IZUNWANNE");

10   CHINWENDU KENNETH OSUJI, aka "Father" ("OSUJI"); EUSEBIUS UGOCHUKWU

11   ONYEKA, aka "Ugo UK," aka "sly19 sly" ("ONYEKA"); CHIDI ANUNOBI, aka

12   "Anunobi Chidi," aka "Chidioo" ("ANUNOBI"); ANTHONY NWABUNWANNE

13   OKOLO, aka "Eric West," aka "Erci West," aka "Code" ("OKOLO"); OBINNA

14   CHRISTIAN ONUWA, aka "Papa Chukwuezugo," aka "Obinna Onuwa Abala,"

15   aka "Obyno Abala" ("ONUWA"); LINUS NNAMDI MADUFOR, aka "Madufor

16   Nnamdi" ("MADUFOR"); CHRYSAUGONUS NNEBEDUM,  aka "Cris" ("NNEBEDUM");

17   UGOCHUKWU OKEREKE, aka "Blade," aka "Kingsly Cris," aka "Okereke

18   Ugochukwu" ("OKEREKE"); KINGSLEY CHINEDU ONUDOROGU, aka "OBJ"

19   ("ONUDOROGU"); DESSI NZENWAH, aka "Desmond Sage," aka "Des Nzenwa,"

20   aka "Saga Lounge" ("NZENWAH"); CHIMAROKE OBASI, aka "Chima Russia"

21   ("OBASI"); JAMES CHIGOZIE AGUBE, aka "Smart," aka "Smart Agube," aka

22   "Smart Chigozie Agube" ("AGUBE"); CHIMAOBI UZOZIE OKORIE, aka

23   "Omaobi," aka "Mobility" ("OKORIE"); OGOCHUKWU OHIRI, aka

24   "Ogomegbulam Ohiri," aka "Ologbo" ("OHIRI"); DESMOND IWU, aka

25   "Desmond Chigozie Iwu," aka "Lalaw," aka "Odo Desmond" ("IWU");

26   ONYEKA VINCENT CHIKA, aka "Chyco," aka "Chika Ejima," aka "Vincent

27   Chika Onyeka" ("CHIKA"); IFEANYI KINGSLEY MEZIENWA, aka "Ifeanyi

28   Ali," aka "Ifeanyichukwu Mezienwa" ("MEZIENWA"); VICTOR UCHENNA AGUH,
```

9

aka "Orch Sod," aka "Uche SP," aka "Rich Homie Urch" ("AGUH"); KEVIN
AMARACHI ESHIMBU, aka "Humble," aka "Humble Amarachukwu," aka "Dato
Humble" ("ESHIMBU"); VITALIS KELECHI ANOZIE, aka "Kelechi Vitalis
Anozie," aka "Kelechi Anozieh," aka "Pastor Kel Anozie," aka "Pastor
Kc," aka "Choice" ("ANOZIE"); WILLIAMS OBIORA AGUNWA, aka "Don
Williams" ("AGUNWA"); GEORGE CHIMEZIE DIKE,  aka "Chimekros," aka
"Slim Dad...No...1" ("G. DIKE"); CHIDIEBERE FRANKLIN NWANGWU, aka
"Frank Chidi," aka "Franklin Nwangwu," aka "Agogo" ("NWANGWU");
DAMIAN UCHECHUKWU AJAH, aka "Uche Ajah," aka "Ajah Damian
Uchechukwu," aka "Uchechukwu Demian Ajah" ("AJAH"); EMEKA P. EJIOFOR,
aka "Ejiofor Emeka" ("EJIOFOR"); LAWRENCE CHUKWUMA UBASINEKE, aka
"Ubasineke Chuks," aka "Chukwuma Ubasineke" ("UBASINEKE"); CHINEDU
BRIGHT IBETO, aka "Doggy," aka "Doggy Lucino" ("IBETO"); VALENTINE
AMARACHI NWANEGWO, aka "Satis," aka "Satis Amarachi Satis"
("NWANEGWO"); EMMANUEL CHIDIEBERE DIKE, aka "Emmanet" ("E. DIKE");
JEREMIAH UTIEYIN EKI, aka "Uti" ("EKI"); CHINAKA DAVIDSON IWUOHA, aka
"Tmrw Afrika Will Wake Up," aka "Cookie," aka "All Africa Media
Network" ("IWUOHA"); CHIMA DARLINGTON DURU, aka "Kajad," aka "Kajad
Jesus" ("C. DURU"); and IKENNA CHRISTIAN IHEJIUREME, aka "Piper,"
aka "Am Happy!" ("IHEJIUREME") resided outside of the United States.

9.    OBI ONYEDIKA MADEKWE, aka "Odu Investment" ("MADEKWE")
resided in the United States until on or about April 18, 2017, and
thereafter resided outside the United States.

B.   Unindicted Coconspirators

10.   Unindicted Coconspirator #1 ("UICC 1"), UICC 2, UICC 7,
UICC 9, UICC 10, UICC 11, UICC 12, UICC 13, UICC 14, UICC 15, UICC
16, UICC 17, UICC 18, UICC 20, UICC 21, UICC 22, UICC 23, and UICC 24
resided within the Central District of California.

11.   UICC 8 and UICC 19 resided in the United States, outside the Central District of California.

12.   UICC 3, UICC 4, UICC 5, UICC 6, UICC 25, and 26 resided outside of the United States.

C.   <u>Financial Institutions</u>

13.   At all times relevant to this Indictment, Bank of America N.A. ("BOA"), BBVA Compass Bancshares, Inc. ("Compass Bank"), CalCom Federal Credit Union ("CalCom FCU"), Capital One Bank ("Capital One"), Citibank N.A. ("Citibank"), Citizens Financial Group ("Citizens Bank"), Comerica Bank ("Comerica"), J.P. Morgan Chase N.A. ("Chase"), PNC Bank, Regions Financial Corporation ("Regions Bank") SunTrust Bank ("SunTrust"), TD Bank N.A. ("TD Bank"), US Bank N.A. ("US Bank"), and Wells Fargo Bank, N.A. ("Wells Fargo") were federally insured financial institutions.

D.   <u>Terminology</u>

14.   Business email compromise ("BEC") frauds may occur when a hacker gains unauthorized access to a business email account, blocks or redirects communications to and/or from the email account, and then uses the compromised email account or a separate fraudulent email account to communicate with personnel from a victim company, attempting to trick them into making an unauthorized wire transfer.

15.   Escrow fraud is a variation of a BEC fraud scheme, in which a hacker may gain unauthorized access to the email account of an escrow company or real estate agent, and then communicate with an unsuspecting person who is seeking to purchase property, directing that person to make a down-payment for purchase of property to a fraudulent bank account, rather than the legitimate bank account of an escrow company.

16. Romance scams target persons looking for romantic partners or friendship on dating websites and other social media platforms. The scammers may create profiles using fictitious or fake names, locations, images, and personas, allowing the scammers to cultivate relationships with prospective romance scam victims. Victims may be convinced to provide money or gifts to the scammers, or may be asked to conduct transactions on behalf of the scammers.

COUNT ONE

[18 U.S.C. § 1956(h)]

[ALL DEFENDANTS]

17.  The Grand Jury re-alleges and incorporates paragraphs 1 through 16 of the Introductory Allegations of this Indictment here.

A.  OBJECTS OF THE CONSPIRACY

18.  Beginning on a date unknown to the Grand Jury, but no later than October 7, 2014, and continuing through an unknown date, but no earlier than on or about May 2, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendants IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, P. DURU, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR, UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, IHEJIUREME, and MADEKWE, together with UICC 1 through UICC 26 and others known and unknown to the Grand Jury, knowingly conspired:

a.  to conduct and attempt to conduct, financial transactions, affecting interstate and foreign commerce, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, which, in fact, involved

13

the proceeds of specified unlawful activity — namely, wire fraud, in

violation of Title 18, United States Code, Section 1343; mail fraud,

in violation of Title 18, United States Code, Section 1341; and bank

fraud, in violation of Title 18, United States Code, Section 1344(2)

— and knowing that the transactions were designed in whole and in

part to conceal and disguise the nature, location, source, ownership,

and control of the proceeds, in violation of Title 18, United States

Code, Section 1956(a)(1)(B)(i);

     b.  to transport, transmit, and transfer, and attempt to

transport, transmit, and transfer, funds from a place in the United

States to a place outside of the United States, knowing that the

property involved in the financial transactions represented the

proceeds of some form of unlawful activity, and which property was,

in fact, the proceeds of specified unlawful activity — namely, wire

fraud, in violation of Title 18, United States Code, Section 1343;

mail fraud, in violation of Title 18, United States Code, Section

1341; and bank fraud, in violation of Title 18, United States Code,

Section 1344(2) — and knowing that the transactions were designed in

whole and in part to conceal and disguise the nature, location,

source, ownership, and control of the proceeds, in violation of Title

18, United States Code, Section 1956(a)(2)(B)(i); and

     c.  to engage and attempt to engage in monetary

transactions involving criminally derived property of a value greater

than $10,000, affecting interstate and foreign commerce, which was

derived from specified unlawful activity — namely, wire fraud, in

violation of Title 18, United States Code, Section 1343; mail fraud,

in violation of Title 18, United States Code, Section 1341; and bank

fraud, in violation of Title 18, United States Code, Section 1344(2)

1 — and knowing that the funds represented the proceeds of some form of

2 unlawful activity, in violation of Title 18, United States Code,

3 Section 1957.

4 B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE

5      ACCOMPLISHED

6        19.   The objects of the conspiracy were to be accomplished, in

7 substance, as follows:

8            a.   Defendants UMEJESI, OGUNGBE, EKECHUKWU, XPLORA G,

9 OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA,

10 OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM

11 CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA,

12 IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI,

13 ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE,

14 ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU,

15 AGWUEGBO, CHUKWU, MEGWA, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE,

16 AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR,

17 UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, and

18 IHEJIUREME would ask defendants IRO, IGBOKWE, and EROHA for a bank

19 account or money service account into which they could fraudulently

20 induce a victim to deposit funds from a BEC fraud, escrow fraud,

21 romance scam, or other fraudulent scheme.

22            b.   In response to such a request, defendants IRO,

23 IGBOKWE, and EROHA would (i) select a bank account or money service

24 account that had previously been opened in order to receive

25 fraudulently-obtained funds, which could receive the fraudulently-

26 obtained funds; (ii) request that a coconspirator, including

27 defendants UMEJESI, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, OJIMBA,

28 ISAMADE, MEGWA, IKEWESI, ONYEKA, NZENWAH, P. DURU, and OBASI, provide

1   the account information for a bank account or money service account,

2   which could receive the fraudulently-obtained funds; or (iii) cause a

3   bank account or money service account to be opened, which could

4   receive the fraudulently-obtained funds.

5          i.   For a bank account that was to be opened,

6   defendants IRO and IGBOKWE would request that a coconspirator,

7   including defendants UMEJESI, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU,

8   OJIMBA, ISAMADE, and P. DURU, open or cause to be opened a bank

9   account, which these coconspirators and others acting at their

10  direction would do through use of false or fraudulent pretenses,

11  representations, and promises, and concealment of material facts.

12         ii.  For a bank account opened in a business name,

13  defendants IRO, IGBOKWE, EROHA, UMEJESI, CATHEY, MANSBANGURA, AJAEZE,

14  EKECHUKWU, OJIMBA, AWAK, ISAMADE, and P. DURU would file, or would

15  cause to be filed, a false and fraudulent Fictitious Business Name

16  Statement at the Los Angeles County Registrar-Recorder/County Clerk's

17  Office.

18         c.   Defendants IRO, IGBOKWE, and EROHA would send

19  defendants UMEJESI, OGUNGBE, EKECHUKWU, XPLORA G, OCHIAGHA, N. DURU,

20  OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE,

21  ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK,

22  EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU,

23  AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA,

24  ISAMADE, MADUFOR, NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH,

25  OBASI, AGUBE, OKORIE, OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, IWU,

26  CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE, UKACHUKWU,

27  OSMUND, NWANGWU, AJAH, EJIOFOR, UBASINEKE, IBETO, NWANEGWO, E. DIKE,

28  EKI, IWUOHA, C. DURU, and IHEJIUREME the account information for the

16

1 bank account or money service account that could be used to receive

2 fraudulently-obtained funds. For such a bank account, defendants

3 IRO, IGBOKWE, and EROHA would, at a minimum, send the account number

4 and the routing number.

5      d. Defendants IRO, IGBOKWE, and EROHA would come to an

6 agreement with defendants UMEJESI, OGUNGBE, EKECHUKWU, XPLORA G,

7 OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA,

8 OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM

9 CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA,

10 IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI,

11 ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE,

12 ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU,

13 AGWUEGBO, CHUKWU, MEGWA, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE,

14 AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR,

15 UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, and

16 IHEJIUREME regarding the percentage of the fraudulently-obtained

17 funds that defendants IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY,

18 MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, ISAMADE, MEGWA, and P.

19 DURU would receive for their receiving and laundering services.

20      e. Defendants UMEJESI, OGUNGBE, EKECHUKWU, XPLORA G,

21 OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA,

22 OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM

23 CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA,

24 IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI,

25 ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE,

26 ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU,

27 AGWUEGBO, CHUKWU, MEGWA, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE,

28 AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR,

17

1   UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, and

2   IHEJIUREME, or their coconspirators, would, through false or

3   fraudulent pretenses, representations, and promises, and concealment

4   of material facts, persuade a victim to deposit, wire, or transfer

5   funds into a bank account or money service accounts identified by

6   defendants IRO, IGBOKWE, and EROHA.

7           f.   Defendants and coconspirators would also make false or

8   fraudulent statements, representations, and promises, and conceal

9   material facts, in order to avoid discovery of the fraudulent nature

10  of the deposit, wire, or transfer.

11          g.   Defendants IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE,

12  CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, ISAMADE,

13  MEGWA, and P. DURU would withdraw, and attempt to withdraw, the

14  fraudulently-obtained funds from a bank account or money service

15  account, including through cash withdrawals, wire transfers, teller

16  transfers, check cashing, and deposits into further accounts used by

17  or under the control of defendants IRO, IGBOKWE, IKOGHO, UMEJESI,

18  OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA,

19  ISAMADE, MEGWA, and P. DURU, and other coconspirators working at

20  their direction, before the victim became aware of the fraudulent

21  nature of the transactions, so as to obtain the money and so as to

22  conceal and disguise the nature, location, source, ownership and

23  control of the proceeds.

24          h.   When a bank would question the source of the funds or

25  nature of a transaction, defendants IRO, IGBOKWE, IKOGHO, UMEJESI,

26  OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA,

27  ISAMADE, MEGWA, and P. DURU, and others acting at their direction,

28  would lie and make material omissions about their ownership of and

entitlement to the funds, or the source of the funds, so as to obtain the money and so as to avoid detection and conceal the fact that the funds were fraudulently obtained from a victim.

i.     Defendants IRO, IGBOKWE, UMEJESI, CATHEY, and MANSBANGURA would, on occasion, deposit funds, or cause funds to be deposited, into the bank account of an illicit and unlicensed money exchanger, including defendants IKOGHO, OGUNGBE, and MADEKWE, who would then transfer other funds from Nigerian bank accounts that they controlled to the Nigerian bank accounts of coconspirators. Alternatively, defendants IRO and IGBOKWE would, on occasion, direct UICC 3, UICC 4, UICC 5, and UICC 6 to transfer other funds from Nigerian bank accounts that they controlled to the Nigerian bank accounts of coconspirators.

C.   OVERT ACTS

20.   In furtherance of the conspiracy, and to accomplish its objects, defendants IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, P. DURU, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR, UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, IHEJIUREME, and MADEKWE, together with others known and unknown to the Grand Jury, on or about the dates set forth below, committed and caused to be committed

various overt acts, in the Central District of California and
elsewhere, including, but not limited to, the following:

Victim M.S.

Overt Act No. 1:    On or about September 3, 2015, defendant IRO
sent defendant OGBONNA account information, including the account
number and the routing number, for a Chase checking account ending in
9837 of defendant IRO, doing business as ("dba") "VOI Enterprises,"
in Carson, California ("Chase 9837 Account"), with the instruction to
have victim M.S. include the following payment information in the
notes of the wire transfer:  "INV: VOI53753."

Overt Act No. 2:    On or about September 3, 2015, an unknown
coconspirator fraudulently induced M.S. to send a wire transfer of
approximately $23,000 from her BOA account in Monterey Park,
California to IRO's Chase 9837 Account, with the wire transfer notes
reading "OTHER INVOICE NO. VOI53753."

Overt Act No. 3:    On or about September 4, 2015, defendant IRO
withdrew approximately $14,000 from the Chase 9837 Account and wrote
on the withdrawal slip, "for Lexus RX330 and RX300."

Overt Act No. 4:    On or about September 4, 2015, defendant IRO
wrote a check to a relative for approximately $1,500 from the Chase
9837 Account, and wrote on the memo line, "2002 Nissan Optima."

Overt Act No. 5:    On or about September 8, 2015, an unknown
coconspirator fraudulently induced M.S. to send a wire transfer of
approximately $46,500 from her BOA account in Monterey Park,
California to defendant IRO's Chase 9837 Account.

Overt Act No. 6:    On or about September 8, 2015, defendant IRO
withdrew approximately $8,000 from the Chase 9837 Account and wrote
on the withdrawal slip, "Mercedes 2011 and Lexis RX 350 2008."

20

1    Overt Act No. 7:    On or about September 10, 2015, defendant
2    IRO withdrew approximately $30,000 from the Chase 9837 Account and
3    wrote on the withdrawal slip, "for Acura MDX 2007."

4    Overt Act No. 8:    On or about September 10, 2015, defendant
5    IRO withdrew approximately $9,000 from the Chase 9837 Account.

6    Overt Act No. 9:    On or about September 10, 2015, an unknown
7    coconspirator fraudulently induced M.S. to send a wire transfer of
8    approximately $4,700 from her BOA account in Monterey Park,
9    California to defendant IRO's Chase 9837 Account.

10   Overt Act No. 10:    On or about September 11, 2015, defendant
11   IRO wrote a check to an acquaintance for approximately $7,700, and
12   wrote on the memo line, "Camry 207 and Camry 05."

13   Overt Act No. 11:    On or about September 14, 2015, defendant
14   IRO sent OGBONNA the instruction to have victim M.S. include the
15   following payment information in the notes of the wire transfer:
16   "Invoice number: VOI00462 R MODEL 89."

17   Overt Act No. 12:    On or about September 14, 2015, an unknown
18   coconspirator fraudulently induced M.S. to send a wire transfer of
19   approximately $17,000 from her BOA account in Monterey Park,
20   California to defendant IRO's Chase 9837 Account, with a wire
21   transfer note reading "INVOICE NO. VOI 00462 R MODEL 89."

22   Overt Act No. 13:    On or about September 17, 2015, defendant
23   IRO withdrew approximately $10,000 from the Chase 9837 Account.

24   Overt Act No. 14:    On or about September 17, 2015, defendant
25   IRO withdrew approximately $20,000 from the Chase 9837 Account.

26   Overt Act No. 15:    On or about September 17, 2015, defendant
27   IRO withdrew approximately $5,000 from the Chase 9837 Account.

28

Victim Company 2

Overt Act No. 16:   On or about February 12, 2016, an unknown coconspirator fraudulently induced Victim Company 2 to send a wire transfer of approximately $186,686 from its United Bank of Africa account to defendant IRO's Chase 9837 Account.

Overt Act No. 17:   On or about February 12, 2016, defendant IRO transferred approximately $188,600 from the Chase 9837 Account to a Chase savings account ending in 0820 of defendant IRO, dba "VOI Enterprises," in Carson, California ("Chase 0820 Account").

Overt Act No. 18:   On or about February 12, 2016, defendant IRO transferred approximately $161,700 from the Chase 0820 Account to the Chase 9837 Account.

Overt Act No. 19:   On or about February 16, 2016, defendant IRO sent a wire transfer of approximately $132,950 from the Chase 9837 Account to a Wells Fargo account ending in 6061 of defendant IRO, dba "Irva Auto Sales & Equip Broker LLC," in Carson, California ("Wells Fargo 6061 Account"), with a wire transfer note reading "Invoice: Mack Rd Model 2010 X."

Overt Act No. 20:   On or about February 16, 2016, defendant IRO sent a wire transfer of approximately $28,670 from the Chase 9837 Account to the bank account ending in 3107 of UICC 7 at CalCom FCU, in Torrance, California ("CalCom 3107 Account"), with the wire transfer note reading "Menhien Auction On Wednesday."

Overt Act No. 21:   On or about February 16, 2016, UICC 7 attempted to send a wire transfer of approximately $27,500 from the CalCom 3107 Account to the Wells Fargo 6061 Account, with the wire transfer note reading "Invoice for IRVA4646."

22

1          <u>Overt Act No. 22:</u>    On or about February 16, 2016, defendant IRO

2    sent a wire transfer of approximately $50,000 from the Wells Fargo

3    6061 Account to a BOA account ending in 1824.

4          <u>Overt Act No. 23:</u>    On or about February 16, 2016, defendant IRO

5    withdrew approximately $50,000 from the Wells Fargo 6061 Account.

6          <u>Overt Act No. 24:</u>    On or about February 18, 2016, defendant IRO

7    sent a wire transfer of approximately $30,500 from the Chase 9837

8    Account to a Chase account ending in 1279 of UICC 8.

9                                     <u>Victim R.B.</u>

10         <u>Overt Act No. 25:</u>    On or about March 31, 2016, an unknown

11   coconspirator fraudulently induced R.B. to send a wire transfer of

12   approximately $18,000 from her Wells Fargo account in Panama City

13   Beach, Florida, to a bank account at Comerica ending in 2663 of

14   defendant IRO, dba "IRVA Auto Sales & Equip Broker LLC," in Carson,

15   California ("Comerica 2663 Account").

16         <u>Overt Act No. 26:</u>    On or about March 31, 2016, defendant

17   ODIONYENMA emailed to defendant IRO a photograph of the wire transfer

18   request for approximately $18,000 submitted by R.B., which wire

19   transfer request contained R.B.'s name, Florida driver's license

20   number, address, phone number, and Wells Fargo bank account number.

21         <u>Overt Act No. 27:</u>    On or about April 4, 2016, an unknown

22   coconspirator fraudulently induced R.B. to send a wire transfer of

23   approximately $39,000 from her Wells Fargo account in Panama City

24   Beach, Florida, to the Comerica 2663 Account.

25         <u>Overt Act No. 28:</u>    On or about April 4, 2016, defendant

26   ODIONYENMA sent an email titled "Payment Receipt $39,000," and a

27   thumbnail photograph, to defendant IRO.

28

1      <u>Overt Act No. 29:</u>  On or about April 7, 2016, an unknown

2  coconspirator fraudulently induced R.B. to send a wire transfer of

3  approximately $30,000 from her Wells Fargo account in Panama City

4  Beach, Florida, to a Wells Fargo account ending in 7410.

5      <u>Overt Act No. 30:</u>  On or about April 12, 2016, defendant

6  ODIONYENMA sent defendant IRO a photograph of the wire transfer

7  request for approximately $30,000 from the Wells Fargo account of

8  R.B.

9      <u>Overt Act No. 31:</u>  On or about April 13, 2016, defendant IRO

10  emailed to defendant AWAK a photograph of the wire transfer request

11  by R.B. for approximately $18,000 and a photograph of wire transfer

12  information for the wire by R.B. of approximately $39,000, and asked

13  defendant AWAK to make a receipt "relating to equipment."

14      <u>Overt Act No. 32:</u>  On or about April 14, 2016, defendant AWAK

15  emailed to defendant IRO a file containing a purported invoice from

16  "IRVA Auto Sales Equipment Broker LLC" to R.B., which invoice falsely

17  purported to be for two payments in January and February 2019,

18  totaling approximately $39,000.

19                                <u>Victim F.K.</u>

20      <u>Overt Act No. 33:</u>  On or about May 30, 2016, an unknown

21  coconspirator fraudulently induced F.K. to send a wire transfer of

22  approximately $6,824 from a bank account in Japan to a Chase account

23  ending in 1577 of UICC 2, in Los Angeles, California (the "Chase 1577

24  Account").

25      <u>Overt Act No. 34:</u>  On or about July 13, 2016, an unknown

26  coconspirator fraudulently induced F.K. to send a wire transfer of

27  approximately $33,128.26 from a bank account in Japan to a Chase

28

account ending in 0655 of UICC 1, in Los Angeles, California (the "Chase 0655 Account").

Overt Act No. 35:   On or about October 12, 2016, an unknown coconspirator fraudulently induced victim F.K. to travel to Los Angeles to assist in releasing the funds that F.K. sent to the Chase 0655 Account.

Overt Act No. 36:   On or about October 13, 2016, defendant MANSBANGURA took F.K. to a Chase branch in Los Angeles in an attempt to have Chase release the funds that F.K. sent to the Chase 0655 Account.

Overt Act No. 37:   On or about October 13, 2016, defendant MANSBANGURA sent defendant IGBOKWE a photograph of F.K. in Los Angeles, and told defendant IGBOKWE that she had just dropped off F.K.

Overt Act No. 38:   On an unknown date, an unknown coconspirator fraudulently induced victim F.K. to send him a photograph of the wire transfer request of approximately $33,128.26 to the Chase 0655 Account, which listed F.K.'s name and address, and UICC 1's account number, routing number, and address.

Overt Act No. 39:   On or about March 24, 2017, defendant ANUNOBI asked defendant IGBOKWE about the funds that F.K. sent through a wire transfer to the Chase 0655 Account, and sent defendant IGBOKWE the photograph of the wire transfer request of approximately $33,128.26 to the Chase 0655 Account, which listed F.K.'s name and address, and UICC 1's account number, routing number, and address.

Overt Act No. 40:   On or about March 27, 2017, defendant IGBOKWE sent to defendant MANSBANGURA the photograph of the wire transfer request of approximately $33,128.26 to the Chase 0655

Account, which listed F.K.'s name and address, and UICC 1's account number, routing number, and address, and requested that defendant MANSBANGURA call Chase to inquire about the funds.

Victim J.G.

Overt Act No. 41:   On or about October 26, 2016, an unknown coconspirator fraudulently induced victim J.G. to send a wire transfer of approximately $30,000 from a bank account at Heritage Bank of Nevada to a US Bank account ending in 2669 of UICC 1, in Los Angeles, California (the "US Bank 2669 Account").

Overt Act No. 42:   On or about October 27, 2016, defendants IGBOKWE and MANSBANGURA caused a check for approximately $5,500 to be issued from the US Bank 2669 Account to defendant MANSBANGURA.

Overt Act No. 43:   On or about October 27, 2016, defendants IGBOKWE and MANSBANGURA caused a check for approximately $7,580 to be issued from the US Bank 2669 Account to UICC 2.

Overt Act No. 44:   On or about October 28, 2016, defendants IGBOKWE and MANSBANGURA caused a check for approximately $8,845 to be issued from the US Bank 2669 Account to UICC 2.

Overt Act No. 45:   On or about October 31, 2016, defendants IGBOKWE and MANSBANGURA caused a check for approximately $7,500 to be issued from the US Bank 2669 Account to defendant MANSBANGURA.

Victim Company 3

Overt Act No. 46:   On or about December 19, 2016, an unknown coconspirator fraudulently induced Victim Company 3 to send a wire transfer of approximately $18,457.13 from its Chase account in Oklahoma to a US Bank account ending in 2982 of UICC 2, in Los Angeles, California ("US Bank 2982 Account").

1        <u>Overt Act No. 47:</u>  On or about December 20, 2016, defendants

2    IGBOKWE and MANSBANGURA caused approximately $8,500 to be withdrawn

3    as cash from the US Bank 2982 Account.

4                                  <u>Victim B.Z.</u>

5        <u>Overt Act No. 48:</u>  On or about February 24, 2017, defendant

6    IGBOKWE sent defendant ONUWA the account information for a Chase

7    account ending in 7605 of UICC 1, in Los Angeles, California (the

8    "Chase 7605 Account"), including the name of UICC 1, the account

9    number, and the routing number.

10       <u>Overt Act No. 49:</u>  On or about March 14, 2017, defendant ONUWA

11   told defendant IGBOKWE that he wanted to use the Chase 7605 Account,

12   which defendant IGBOKWE said was "Ok."

13       <u>Overt Act No. 50:</u>  On or about March 16, 2017, an unknown

14   coconspirator fraudulently induced victim B.Z. to send a wire

15   transfer of approximately $11,900 from his Chemical Bank account in

16   Michigan to the Chase 7605 Account.

17       <u>Overt Act No. 51:</u>  On or about March 16, 2017, defendant ONUWA

18   sent defendant IGBOKWE a photograph showing an application and

19   agreement for a wire transfer from B.Z.'s Chemical Bank account to

20   the Chase 7605 Account.

21       <u>Overt Act No. 52:</u>  On or about March 22, 2017, defendants

22   IGBOKWE and ONUWA discussed how defendants IGBOKWE and MANSBANGURA

23   would withdraw the funds fraudulently obtained from B.Z.

24       <u>Overt Act No. 53:</u>  On or about March 24, 2017, defendant

25   IGBOKWE told defendant ONUWA that the funds fraudulently obtained

26   from B.Z. were "out," and defendant ONUWA provided defendant IGBOKWE

27   with his Nigerian bank account number.

28

Overt Act No. 54:   On or about March 27, 2017, defendant
MANSBANGURA caused a check for approximately $4,000 to be issued from
the Chase 7605 Account, with the memo line indicating that the check
was for "Rent."

Overt Act No. 55:   On or about April 4, 2017, defendant IGBOKWE
provided defendant ONUWA's name and Nigerian bank account number to
UICC 4, with the instruction to pay approximately 3,123,000 naira to
the account.

Overt Act No. 56:   On or about April 6, 2017, defendant IGBOKWE
provided defendant ONUWA's name and Nigerian bank account number to
defendant IRO, with the request that he pay approximately 1,000,000
naira to the account.

Overt Act No. 57:   On or about April 6, 2017, defendant IRO
provided defendant ONUWA's name and Nigerian bank account number to
UICC 3, with the request that he pay approximately 1,000,000 naira to
the account.

Victim Company 4

Overt Act No. 58:   On or about March 27, 2017, defendant
UMEJESI sent defendant IGBOKWE the account information for a Wells
Fargo account ending in 7245 of UICC 9 (the "Wells Fargo 7245
Account"), including the name of UICC 9, the account number, and the
routing number.

Overt Act No. 59:   On or about March 29, 2017, an unknown
coconspirator fraudulently induced Victim Company 4 to send a wire
transfer of approximately $29,679.17 from Banco Bilbao Vizcaya
Argentaria, S.A., in Colombia, to the Wells Fargo 7245 Account.

    Overt Act No. 60:   On or about March 29, 2017, defendant IGBOKWE sent defendant UMEJESI a screenshot of a wire transfer confirmation from Victim Company 4 for $29,679.17.

    Overt Act No. 61:   On or about March 30, 2017, defendant UMEJESI told defendant IGBOKWE that he was going to the bank, told defendant IGBOKWE the username and password for online access to the Wells Fargo 7245 Account, and sent defendant IGBOKWE the name of UICC 9.

    Overt Act No. 62:   On or about March 31, 2017, defendants IGBOKWE and UMEJESI caused a check of approximately $11,160 to be issued in the name of defendant UMEJESI from the Wells Fargo 7245 Account.

    Overt Act No. 63:   On or about March 31, 2017, defendants IGBOKWE and UMEJESI caused a check of approximately $16,520 to be issued in the name of defendant OJIMBA from the Wells Fargo 7245 Account.

    Overt Act No. 64:   On or about March 31, 2017, defendant UMEJESI sent defendant IGBOKWE a photograph of a deposit slip showing a deposit of approximately $11,160 to a Chase account ending in 7290, in Inglewood, California.

    Overt Act No. 65:   On or about March 31, 2017, defendant UMEJESI sent defendant IGBOKWE a photograph of a deposit slip showing the deposit of a check issued by UICC 9 to defendant OJIMBA in the amount of approximately $16,520 to a Chase account ending 1767, in Inglewood, California.

    Overt Act No. 66:   On or about April 1, 2017, defendant IGBOKWE told defendant UMEJESI that they were entitled to 40 percent of the

amount received from Victim Company 4, which was approximately
$11,840.

### Victim Company 5

Overt Act No. 67:    On or about February 17, 2017, defendant IRO
told defendant IGBOKWE to have defendant MANSBANGURA take UICC 1 to a
bank to open a bank account in the name of Victim Company 5.

Overt Act No. 68:    On or about February 17, 2017, defendant
IGBOKWE sent defendant MANSBANGURA the message from defendant IRO
about taking UICC 1 to a bank to open a bank account in the name of
Victim Company 5.

Overt Act No. 69:    On or about February 22, 2017, defendant
MANSBANGURA caused UICC 1 to open a bank account at Chase ending in
5027 in a name similar to that of Victim Company 5 (the "Chase 5027
Account").

Overt Act No. 70:    On or about March 20, 2017, defendant
IGBOKWE sent to defendant IRO the account information for the Chase
5027 Account, including the account number and the routing number.

Overt Act No. 71:    On or about April 4, 2017, Wells Fargo
received a letter purporting to be from Victim Company 5, which
included a notarized letter and forged signature of the Chief
Executive Officer of Victim Company 5, requesting the closure of
Victim Company 5's Wells Fargo account and the transfer of the
current balance — which at the time was approximately $17,300,844.58
— to the Chase 5027 Account.

Overt Act No. 72:    On or about June 5, 2017, Wells Fargo
received a letter by U.S. Mail purporting to be from Victim Company
5, requesting the closure of Victim Company 5's Wells Fargo account

1  and transfer of the current balance — which at the time was
2  approximately $12,760,922.93 — to the Chase 5027 Account.

                              Victim A.V.

4     Overt Act No. 73:   On or about April 10, 2017, defendants
5  IGBOKWE and CHILAKA discussed a payment from A.V. anticipated to
6  arrive in a Wells Fargo account ending in 1147 of UICC 26, in Los
7  Angeles, California (the "Wells Fargo 1147 Account"), including
8  discussion of the name of UICC 26, the account number, and the
9  routing number.

10    Overt Act No. 74:   On or about April 11, 2017, an unknown
11 coconspirator fraudulently induced A.V. to request a wire transfer of
12 approximately $8,035 from her Capital One account in Maryland to the
13 Wells Fargo 1147 Account.

14    Overt Act No. 75:   On or about April 11, 2017, defendant
15 CHILAKA sent defendant IGBOKWE a copy of a wire transfer request
16 submitted by A.V. on April 11, 2017, requesting transfer of
17 approximately $8,035 from her Capital One account in Maryland to the
18 Wells Fargo 1147 Account.

19    Overt Act No. 76:   On or about April 17, 2017, after defendant
20 IGBOKWE sent defendant CHILAKA the account information for a BOA
21 account ending in 3037 of UICC 26, defendant CHILAKA asked for a bank
22 account that did not use a Nigerian name.

23    Overt Act No. 77:   On or about April 17, 2017, defendant
24 IGBOKWE sent defendant CHILAKA the account information for the Chase
25 5027 Account, including the name of UICC 1, the account number, and
26 the routing number.

27    Overt Act No. 78:   On or about April 27, 2017, an unknown
28 coconspirator fraudulently induced A.V. to send a wire transfer of

                                  31

1  approximately $2,700 from her Capital One account in Maryland to the

2  Chase 5027 Account.

3      Overt Act No. 79:   On or about April 27, 2017, defendant

4  MANSBANGURA sent defendant IGBOKWE photographs of a Chase banking

5  application on a phone showing that an approximately $2,700 wire

6  transfer from A.V. was pending in the Chase 5027 Account.

7      Overt Act No. 80:   On or about April 27, 2017, defendant

8  IGBOKWE sent defendant CHILAKA photographs of a Chase banking

9  application on a phone showing that an approximately $2,700 wire

10  transfer from A.V. was pending in the Chase 5027 Account.

11     Overt Act No. 81:   On or about May 1, 2017, an unknown

12  coconspirator fraudulently induced A.V. to send a wire transfer of

13  approximately $3,360 from her Capital One account in Maryland to the

14  Chase 5027 Account.

15     Overt Act No. 82:   On or about May 1, 2017, defendant

16  MANSBANGURA sent defendant IGBOKWE a photograph of a Chase banking

17  application on a phone showing that an approximately $3,360 wire

18  transfer from A.V. was pending in the Chase 5027 Account.

19     Overt Act No. 83:   On or about April 27, 2017, defendant

20  IGBOKWE sent defendant CHILAKA photographs of a Chase banking

21  application on a phone showing that an approximately $3,360 wire from

22  A.V. was pending in the Chase 5027 Account.

23     Overt Act No. 84:   On or about May 8, 2017, defendant

24  MANSBANGURA told defendant IGBOKWE not use the Chase 5027 Account to

25  receive transactions from Capital One because Chase was scrutinizing

26  transactions from Capital One for fraud.

27     Overt Act No. 85:   On or about June 2, 2017, defendant CHILAKA

28  sent defendant IGBOKWE a voicemail from A.V. for a purported "Mr.

1  Davis," in which A.V. discussed having spoken to her Chase banker
2  about the release of the $3,360 wire.

3      <u>Overt Act No. 86:</u>  On or about June 2, 2017, defendant IGBOKWE
4  sent defendant CHILAKA an audio recording of defendant MANSBANGURA
5  calling Chase while posing as UICC 1, and asking about the status of
6  the $3,360 wire.

7  Victims Je.F. and Jo.F.

8      <u>Overt Act No. 87:</u>  On or about April 17, 2017, an unknown
9  coconspirator fraudulently induced Je.F. to send a wire transfer of
10 approximately $135,800 from the BMO Harris Bank account of Je.F. and
11 Jo.F. in Illinois to a Chase account ending in 6217 of UICC 24, in
12 Hawthorne, California ("Chase 6217 Account").

13     <u>Overt Act No. 88:</u>  On or about April 18, 2017, defendant IRO
14 sent defendant EKECHUKWU the account information for the Chase 6217
15 Account, including the account number and the routing number, and
16 told him "Check this. Something is inside[.]"

17     <u>Overt Act No. 89:</u>  On or about April 19 and 20, 2017, defendant
18 IRO discussed with defendant ANOZIE information from defendant
19 AZUBUIKE related to defrauding Je.F. and Jo.F.

20     <u>Overt Act No. 90:</u>  On or about April 19, 2017, defendant IRO
21 complained to defendant EKECHUKWU that, after a call by Chase to UICC
22 24, UICC 24 stated that he wanted to send the $135,800 back.

23 Victim Company 6

24     <u>Overt Act No. 91:</u>  On or about April 10, 2017, defendant NNAMDI
25 asked defendant IRO to open a bank account in the name of a specific
26 Chinese company ("Chinese Company 1") with which Victim Company 6 had
27 a business relationship.

28

33

Overt Act No. 92:   On or about April 10, 2017, defendant IRO asked defendant CATHEY to open a bank account in the name of Chinese Company 1.

Overt Act No. 93:   On or about April 12, 2017, defendant CATHEY sent defendant IRO the account information for a PNC Bank account ending in 7988, opened by UICC 10 in the name of Chinese Company 1, in Atlanta, Georgia (the "PNC Bank 7988 Account").

Overt Act No. 94:   On or about April 17, 2017, after defendant NNAMDI told defendant IRO that he had emailed defendant IRO a copy of the "invoice" sent to Victim Company 6, defendant IRO told defendant CATHEY that Victim Company 6 was expected to pay $900,000 to the PNC Bank 7988 Account.

Overt Act No. 95:   On or about April 18, 2017, an unknown coconspirator fraudulently induced Victim Company 6 to send a wire transfer of approximately $900,000 from its Commerce State Bank account in Wisconsin to the PNC Bank 7988 Account.

Overt Act No. 96:   On or about April 18, 2017, defendant IRO sent defendant CATHEY a screenshot of a wire confirmation page containing details for the $900,000 wire ordered by Victim Company 6 to the PNC Bank 7988 Account, and wrote, "Done [¶] Hahahaha."

Overt Act No. 97:   On or about April 19, 2017, defendant CATHEY told defendant IRO how defendant CATHEY had flown to Atlanta to oversee withdrawal of the funds fraudulently obtained from Victim Company 6.

Overt Act No. 98:   On or about April 24, 2017, defendant CATHEY sent defendant IRO account information for a Chase account ending in 5899, opened in the name of Chinese Company 1 in Los Angeles,

California ("Chase 5899 Account"), which defendant IRO said he would keep for use later.

### Victim Company 7

Overt Act No. 99:  On or about April 21, 2017, an unknown coconspirator fraudulently induced Victim Company 7 to send a wire transfer of approximately $23,789, intended for Victim Company 8, from Victim Company 7's BOA account in North Carolina to the Chase checking account ending in 7866 of UICC 25, in Carson, California (the "Chase 7866 Account").

Overt Act No. 100:  On or about April 21, 2017, defendant IRO caused approximately $2,700 to be transferred from the Chase 7866 Account to the Chase savings account ending in 9927 of UICC 25, in Carson, California (the "Chase 9927 Account").

Overt Act No. 101:  On or about April 24, 2017, defendant IRO caused a wire transfer of approximately $18,598 to be sent from the Chase 7866 Account to a SunTrust account of "B&B Motors of Tampa Bay Inc.," with the wire notes saying "This payment is for car purchase of Mr. Brown's; Payment For Mr Brown's Car Buy."

Overt Act No. 102:  On or about April 24, 2017, defendant IRO caused approximately $500 to be withdrawn from the Chase 7866 Account as cash through an ATM.

Overt Act No. 103:  On or about April 25, 2017, defendant IRO caused a wire transfer of approximately $1450 to be sent from the Chase 7866 Account to a U.S. Bank account ending in 0953.

Overt Act No. 104:  On or about April 26, 2017, defendant IRO sent defendant ANOZIE photographs of a phone showing a Chase banking application containing information related to the wire of approximately $23,789 from Victim Company 7.

Victim D.J.

Overt Act No. 105:  On or about January 20, 2017, defendants IGBOKWE and MANSBANGURA assisted defendant P. DURU in filing an application for a Fictitious Business Name Statement with the Los Angeles County Registrar-Recorder/County Clerk's Office in the name "PD Enterprise."

Overt Act No. 106:  On or about March 14, 2017, defendant P. DURU sent defendant IGBOKWE account information for a Wells Fargo account ending in 4859 of defendant P. DURU, dba "PD Enterprise," in Sacramento, California (the "BOA 4859 Account").

Overt Act No. 107:  On or about April 7, 2017, in response to defendant IGBOKWE's request that defendant P. DURU open a bank account at Wells Fargo, defendant P. DURU sent defendant IGBOKWE account information for a Wells Fargo account ending in 4899 of defendant P. DURU, dba "PD Enterprise," in San Francisco, California (the "Wells Fargo 4899 Account").

Overt Act No. 108:  On or about April 24, 2017, defendant IGBOKWE sent defendant ODIONYENMA the account information for the Wells Fargo 4899 Account, including the account number and the routing number.

Overt Act No. 109:  On or about May 3, 2017, defendant ODIONYENMA asked defendant IGBOKWE to confirm that he could use the Wells Fargo 4899 Account to receive a romance scam payment of approximately $25,000.

Overt Act No. 110:  On or about May 5, 2017, an unknown coconspirator fraudulently induced D.J. to purchase a money order of approximately $25,600 from United Southwest Bank in Minnesota and deposit it into the Wells Fargo 4899 Account.

1    Overt Act No. 111:  On or about May 5, 2017, defendant
2    ODIONYENMA sent defendant IGBOKWE a photograph of a check deposit
3    receipt showing that approximately $25,600 had been deposited into
4    the Wells Fargo 4899 Account.

5    Overt Act No. 112:  On or about May 5 and 6, 2017, defendants
6    ODIONYENMA and IGBOKWE discussed the exchange rate that defendant
7    IGBOKWE would provide, with defendant ODIONYENMA ultimately providing
8    a Nigerian bank account where defendant IGBOKWE was to deposit
9    7,272,000 naira.

10   Overt Act No. 113:  On or about May 11, 2017, defendant P. DURU
11   complained to defendant IGBOKWE that receiving 10 percent of the
12   fraudulently-obtained funds — rather than his usual 20 percent for
13   romance scam laundering or 40 percent for BEC fraud laundering — was
14   insufficient given the "risk" involved, and defendant IGBOKWE
15   responded, "Lol."

16                              Victim L.B.

17   Overt Act No. 114:  On or about May 1, 2017, defendant IGBOKWE
18   sent defendant IRO the account information, including the account
19   number and the routing number, for a BOA account ending in 2660, in
20   Los Angeles, California (the "BOA 2660 Account") opened in defendant
21   IGBOKWE's name.

22   Overt Act No. 115:  On or about May 3, 2017, defendant IRO
23   provided defendant AWAK with defendant IGBOKWE's BOA 2660 Account to
24   receive an approximately $3,000 romance scam payment.

25   Overt Act No. 116:  On or about May 4, 2017, defendant AWAK sent
26   defendant IRO a photograph of a wire transfer request from L.B.'s
27   Wells Fargo account in Alabama to the BOA 2660 Account, but the wire
28   transfer request spelled defendant IGBOKWE's name incorrectly.

1    Overt Act No. 117:  On or about May 9, 2017, after defendant IRO
2    sent defendant AWAK the correct account-holder name on the BOA 2660
3    Account, defendant AWAK told defendant IRO that L.B. was at the bank
4    re-sending a wire transfer.

5    Overt Act No. 118:  On or about May 9, 2017, an unknown
6    coconspirator fraudulently induced L.B. to send a wire transfer of
7    approximately $3,000 from her Wells Fargo account to the BOA 2660
8    Account.

9    Overt Act No. 119:  On or about May 15, 2017, defendant IRO
10   instructed UICC 3 to pay 742,500 naira from his Nigerian bank account
11   to defendant AWAK's Nigerian bank account.

12   Overt Act No. 120:  On or about June 7, 2017, defendant IGBOKWE
13   used approximately $1,225 from the BOA 2660 Account to pay the U.S.
14   Customs and Immigration Service in connection with his application
15   for lawful permanent residence.

16                           Victim Company 9

17   Overt Act No. 121:  On or about April 24, 2017, defendant
18   IGBOKWE sent defendant UZOKA the account information for a BOA
19   account ending in 1004 of UICC 11, in Northridge, California (the
20   "BOA 1004 Account"), including the name of UICC 11, the account
21   number, and the routing number.

22   Overt Act No. 122:  On or about April 28, 2017, in response to
23   defendant UZOKA's inquiry about whether the BOA 1004 Account was
24   "still good," defendant IGBOKWE responded with a "thumbs up"
25   pictograph.

26   Overt Act No. 123:  On or about May 3, 2017, defendant UZOKA
27   sent defendant IGBOKWE an email that had been sent by an employee of
28   Victim Company 9 to a hacked email account of a Caribbean company

                                   38

 1   with which Victim Company 9 was doing business, and defendant UZOKA

 2   also told defendant IGBOKWE that the fraudulent transaction would be

 3   approximately $220,000.

 4        Overt Act No. 124:  On or about May 10, 2017, an unknown

 5   coconspirator fraudulently induced Victim Company 9 to send a wire

 6   transfer of approximately $220,462.68 from its account at First

 7   Caribbean International Bank to the BOA 1004 Account.

 8        Overt Act No. 125:  On or about May 10, 2017, defendant UMEJESI

 9   sent defendant IGBOKWE a screenshot of a banking application

10   indicating that the fraudulent wire from Victim Company 9 had been

11   deposited into the BOA 1004 Account, which defendant IGBOKWE then

12   sent to defendant UZOKA.

13        Overt Act No. 126:  On or about May 11, 2017, defendant IKOGHO

14   sent defendant IRO the account information for a BOA account ending

15   in 5283 (the "BOA 5283 Account"), including the account number and

16   the routing number.

17        Overt Act No. 127:  On or about May 11, 2017, defendant OGUNGBE

18   sent defendant IRO the account information for a BOA account ending

19   in 9405 (the "BOA 9405 Account"), including the account number and

20   the routing number.

21        Overt Act No. 128:  On or about May 11, 2017, defendant IGBOKWE

22   sent defendant UMEJESI the account information for the BOA 5283

23   Account and the BOA 9405 Account, including the account numbers and

24   the routing numbers, which information defendant IGBOKWE had received

25   from defendant IRO.

26        Overt Act No. 129:  On or about May 11, 2017, defendant UMEJESI

27   caused a transfer of approximately $60,000 to be made from the BOA

28   1004 Account to the BOA 5283 Account, and sent defendant IGBOKWE a

                                   39

photograph of a deposit slip reflecting the transfer, which defendant IGBOKWE, in turn, sent to defendant IRO.

Overt Act No. 130:  On or about May 12, 2017, defendant UMEJESI caused a transfer of approximately $75,500 to be made from the BOA 1004 Account to the BOA 9405 Account, and sent defendant IGBOKWE a photograph of a deposit slip reflecting the transfer, which defendant IGBOKWE, in turn, sent to defendant IRO.

Overt Act No. 131:  On or about May 13, 2017, defendant IGBOKWE asked defendant IRO to make payments of approximately 21,300,000 naira and approximately 26,802,500 naira to the Nigerian bank account of UICC 5.

Overt Act No. 132:  On or about May 13, 2017, defendant IRO asked defendant IKOGHO to pay approximately 21,300,000 naira from his Nigerian bank account to the Nigerian bank account of UICC 5.

Overt Act No. 133:  On or about May 15, 2017, defendant UMEJESI caused a cashier's check of approximately $21,000, addressed to defendant UMEJESI, to be purchased from the BOA 1004 Account.

Overt Act No. 134:  On or about May 15, 2017, defendant UMEJESI caused a cashier's check of approximately $9,500, addressed to defendant IGBOKWE, to be purchased from the BOA 1004 Account.

Overt Act No. 135:  On or about May 15, 2015, defendant UMEJESI caused a transfer of approximately $30,000 to be made from the BOA 1004 Account to the BOA 9405 Account.

Overt Act No. 136:  On or about May 15, 2017, defendant IGBOKWE asked UICC 5 to transfer approximately 7,750,000 naira from her Nigerian bank account to the Nigerian bank account of defendant UZOKA.

Overt Act No. 137:  On or about May 16, 2017, after defendant OGUNGBE told defendant IRO that he was unable to transfer approximately 26,802,500 naira to the Nigerian bank account of UICC 4 as defendant IRO had requested, defendant IRO requested that defendant OGUNGBE transfer the money to the Nigerian bank account of UICC 3.

Overt Act No. 138:  On or about May 17, 2017, defendant IRO asked UICC 3 to pay approximately 17,500,000 naira to the Nigerian bank account of defendant UZOKA and approximately 9,152,500 naira to the Nigerian bank account of UICC 5.

Overt Act No. 139:  On or about May 19, 2017, defendant IGBOKWE asked UICC 5 to transfer approximately 8,000,000 naira from her Nigerian bank account to the Nigerian bank account of defendant UZOKA.

Overt Act No. 140:  On or about May 23, 2017, defendant IGBOKWE asked UICC 5 to transfer approximately 3,150,000 naira from her Nigerian bank account to the Nigerian bank account of defendant UZOKA.

Victim Law Firm

Overt Act No. 141:'  On or about May 4, 2017, defendant IGBOKWE asked defendant IRO whether he could use the Chase 5899 Account, which account information defendant IRO had sent him earlier, to receive a BEC fraud payment.

Overt Act No. 142:  On or about May 2, 2017, after defendant IGBOKWE sent him the Chase 5899 Account and a U.S. Bank account ending in 0362 of UICC 9 (the "US Bank 0362 Account"), defendant OCHIAGHA confirmed that he would use both accounts to receive BEC fraud payments totaling more than $400,000.

1    <u>Overt Act No. 143:</u>  On or about May 11, 2017, an unknown
2    coconspirator fraudulently induced the Victim Law Firm to send a wire
3    transfer of approximately $83,140.98 from its account at SunTrust in
4    North Carolina to the Chase 5899 Account.

5    <u>Overt Act No. 144:</u>  On or about May 11, 2017, defendant OCHIAGHA
6    told defendant IGBOKWE that a fraudulent payment would arrive in the
7    Chase 5899 Account.

8    <u>Overt Act No. 145:</u>  On or about May 11, 2017, after defendant
9    IRO told defendant CATHEY that a fraudulent payment would arrive in
10   the Chase 5899 Account, defendant CATHEY reported to defendant IRO
11   that $83,000 had arrived.

12   <u>Overt Act No. 146:</u>  On or about May 11, 2017, defendant IRO
13   reported to defendant IGBOKWE that $83,000 had arrived in the Chase
14   5899 Account.

15   <u>Overt Act No. 147:</u>  On or about May 12 and 13, 2017, defendants
16   IRO and CATHEY expressed concern to each other that the wire of
17   approximately $83,140.98 that had arrived was from a U.S. law firm,
18   and discussed requesting that Chase return the funds in order to
19   avoid further scrutiny for the transaction.

20                              Victim D.V.

21   <u>Overt Act No. 148:</u>  On or about May 13, 2017, an unknown
22   coconspirator fraudulently induced D.V. to send approximately $500 by
23   Western Union to the account of UICC 1, in Los Angeles, California.

24   <u>Overt Act No. 149:</u>  On or about May 14, 2017, defendant IGBOKWE
25   sent defendant MANSBANGURA the information needed to receive the
26   funds that D.V. sent by Western Union on May 13, 2015, including
27   D.V.'s name, D.V.'s address, a unique tracking number needed to
28   receive the money, and UICC 1's name.

                                   42

1    Overt Act No. 150:  On or about May 15, 2017, an unknown

2    coconspirator fraudulently induced D.V. to send approximately $500 by

3    Western Union to the account of UICC 1, in Los Angeles, California.

4    Overt Act No. 151:  On or about May 15, 2017, defendant IGBOKWE

5    sent defendant MANSBANGURA the information needed to receive the

6    funds that D.V. sent by Western Union on May 15, 2015, including

7    D.V.'s name, and D.V.'s address, and told defendant MANSBANGURA that

8    the funds had been sent to UICC 1's account.

9    Overt Act No. 152:  On or about May 15, 2017, defendant

10   MANSBANGURA caused $500 sent by D.V. to UICC 1 through Western Union

11   to be withdrawn in Los Angeles, California.

12   Overt Act No. 153:  On or about May 15, 2017, defendant

13   MANSBANGURA caused $500 sent by D.V. to UICC 1 through Western Union

14   to be withdrawn in Los Angeles, California.

15                        Victim Company 10

16   Overt Act No. 154:  On or about May 11, 2017, defendant OCHIAGHA

17   requested that defendant IGBOKWE open a bank account in the name of a

18   U.S. company based in Pennsylvania (the "Pennsylvania Company") at a

19   bank other than First National Bank, where defendant OCHIAGHA said

20   the Pennsylvania Company held its legitimate bank account.

21   Overt Act No. 155:  On or about May 12, 2017, after defendant

22   IGBOKWE asked defendant IRO to open a bank account in the name of the

23   Pennsylvania Company, defendant IRO asked defendant CATHEY to open a

24   bank account in the name of the Pennsylvania Company.

25   Overt Act No. 156:  On or about May 15, 2017, defendant CATHEY

26   provided account information to defendant IRO for a Chase account

27   ending in 7262, opened in the name of the Pennsylvania Company by

28

                                 43

UICC 12, in Inglewood, California ("Chase 7262 Account"), including the account number and the routing number.

Overt Act No. 157:  On or about May 15, 2017, defendant IRO provided account information to defendant IGBOKWE for the Chase 7262 Account, including the account number and the routing number, who then provided the account information to defendant OCHIAGHA.

Overt Act No. 158:  On or about May 17, 2017, an unknown coconspirator fraudulently induced Victim Company 10 to send a wire transfer of approximately $301,201.20 from its account at China Merchants Bank in China to the Chase 7262 Account.

Overt Act No. 159:  On or about May 17, 2017, defendant IGBOKWE sent defendant IRO a screenshot showing a wire confirmation page for the wire from Victim Company 10 to the Chase 7262 Account.

Overt Act No. 160:  On or about May 17, 2017, defendant IRO instructed defendant CATHEY to begin to "service" the Chase 7262 Account, in anticipation of withdrawing the fraudulently-obtained funds.

Overt Act No. 161:  On or about May 19, 2017, defendants IRO and CATHEY discussed that Victim Company 10 had found out about the BEC fraud scheme.

Victim T.P.

Overt Act No. 162:  On or about May 2, 2017, after defendant IRO asked defendant CATHEY to open a bank account in the name of a specific Chinese company ("Chinese Company 4"), defendant CATHEY sent defendant IRO the account information for a Chase account ending in 7522, in Los Angeles, California (the "Chase 7522 Account"), including the account number and routing number, and defendant IRO sent that information to defendant NNAMDI.

44

1      Overt Act No. 163:  On or about June 5, 2017, defendant NNAMDI
2   sent defendant IRO an email from T.P., which indicated that T.P. had
3   been fraudulently induced to make a payment.

4      Overt Act No. 164:  On or about June 5, 2017, an unknown
5   coconspirator fraudulently-induced T.P. to send a wire transfer of
6   approximately $64,554 from an HSBC account in Hong Kong to the Chase
7   7522 Account.

8      Overt Act No. 165:  On or about June 5, 2017, defendant IRO told
9   defendant NNAMDI that the exchange rate that defendant IRO could
10  provide was 60 to 100 naira below market rates because his money
11  exchangers had to "clean" the funds which carried "risk."

12     Overt Act No. 166:  On or about June 6, 2017, defendants IRO and
13  CATHEY caused approximately $8,500 to be withdrawn as cash from the
14  Chase 7522 Account.

15     Overt Act No. 167:  On or about June 7, 2017, defendants IRO and
16  CATHEY caused approximately $7,100 to be withdrawn as cash from the
17  Chase 7522 Account.

18     Overt Act No. 168:  On or about June 7, 2017, defendants IRO and
19  CATHEY caused an approximately $47,000 wire transfer to be sent from
20  the Chase 7522 Account to the Citibank account of a company in Hong
21  Kong.

22     Overt Act No. 169:  On or about June 7, 2017, defendant NNAMDI
23  sent defendant IRO account information for a Nigerian bank account to
24  which defendant IRO was to have his "exchanger" provide payment.

25     Overt Act No. 170:  On or about June 9, 2017, defendant IRO sent
26  defendant OGUNGBE the Nigerian bank account information that
27  defendant NNAMDI had provided to him, with the instruction to
28  "[t]ransfer 7,965,000" naira and "[c]ount it as 27k usd."

1   <u>Overt Act No. 171:</u>  On or about June 10, 2017, defendant OGUNGBE

2   confirmed that he had paid 7,965,000 naira to the Nigerian bank

3   account that defendant NNAMDI had provided to defendant IRO.

4                              Victim Company 11

5   <u>Overt Act No. 172:</u>  On or about May 25, 2017, defendant XPLORA G

6   asked defendant IRO to open a bank account in the name of a U.S.

7   company ("U.S. Company 1") in anticipation of an approximately

8   $300,000 BEC fraud payment.

9   <u>Overt Act No. 173:</u>  On or about May 26, 2017, after defendant

10  IRO asked defendant CATHEY to open a bank account in the name of U.S.

11  Company 1, defendant CATHEY caused UICC 12 to file a Fictitious

12  Business Name Statement in the name of U.S. Company 1 with the Los

13  Angeles County Registrar-Recorder/County Clerk's Office.

14  <u>Overt Act No. 174:</u>  On or about May 26, 2017, after defendant

15  IRO asked defendant CATHEY to open a bank account in the name of U.S.

16  Company 1, defendant CATHEY sent defendant IRO the account

17  information for a BOA account ending in 4180, opened by UICC 12 in

18  the name of U.S. Company 1, in Inglewood, California (the "BOA 4180

19  Account"), including the account number and the routing number.

20  <u>Overt Act No. 175:</u>  On or about May 26, 2017, defendant IRO sent

21  defendant XPLORA G the account information for the BOA 4180 Account,

22  including the account number and the routing number.

23  <u>Overt Act No. 176:</u>  On or about June 13, 2017, an unknown

24  coconspirator fraudulently induced Victim Company 11 to send a wire

25  transfer of approximately $297,617.11 from its account at Arab Bank

26  PLC in Lebanon to the BOA 4180 Account.

27

28

1       Overt Act No. 177:  On or about June 13, 2017, defendant

2  XPLORA G told defendant IRO that Victim Company 11 had paid $297,000

3  into the BOA 4180 Account.

4       Overt Act No. 178:  On or about June 13, 2017, after defendant

5  CATHEY told defendant IRO that BOA had closed the BOA 4180 Account,

6  defendant IRO asked defendant CATHEY to reopen the account.

7       Overt Act No. 179:  On or about June 14, 2017, defendant IRO

8  asked defendant UMEJESI to open a bank account at Chase or Wells

9  Fargo, but not BOA, in the name of U.S. Company 1.

10      Overt Act No. 180:  On or about June 15, 2017, defendant UMEJESI

11  caused UICC 13 to file a Fictitious Business Name Statement in the

12  name of U.S. Company 1 with the Los Angeles County Registrar-

13  Recorder/County Clerk's Office.

14      Overt Act No. 181:  On or about June 15, 2017, defendant UMEJESI

15  sent defendant IRO the account information for a Wells Fargo account

16  ending in 7984, opened by UICC 13, in Inglewood, California (the

17  "Wells Fargo 7984 Account"), including the account number and the

18  routing number.

19      Overt Act No. 182:  On or about June 16, 2017, an unknown

20  coconspirator fraudulently induced Victim Company 11 to send a wire

21  transfer of approximately $297,617.11 from its account at Arab Bank

22  PLC in Lebanon to the Wells Fargo 7984 Account.

23      Overt Act No. 183:  On or about June 22, 2017, after defendant

24  IRO asked defendant MADEKWE if he was able to launder the funds

25  fraudulently obtained from Victim Company 11 and they discussed the

26  exchange rate that defendant MADEKWE would provide, defendant MADEKWE

27  reported that he was unable to launder the funds because his Wells

28  Fargo account had been closed.

1    Overt Act No. 184:  On or about June 23, 2017, with defendant
2    MADEKWE unable to launder the funds, defendant IRO told defendant
3    UMEJESI to transfer $84,755 from the Wells Fargo 7984 Account to the
4    Wells Fargo account ending in 8463 of R.L., which account
5    information, including R.L.'s name and the account number, had been
6    provided to defendant IRO by defendant IKOGHO.

7    Overt Act No. 185:  On or about June 25, 2017, defendant IRO
8    caused defendant EROHA to file a Fictitious Business Name Statement
9    with the Los Angeles County Registrar-Recorder/County Clerk's Office,
10   in a name similar to that of U.S. Company 1.

11   Overt Act No. 186:  On or about June 25, 2017, defendant IRO
12   sent XPLORA G the account information for a BOA account ending in
13   3563 opened by defendant EROHA with a business name similar to that
14   of U.S. Company 1, in Inglewood, California (the "BOA 3563 Account").

15                              Victim B.P.

16   Overt Act No. 187:  On or about June 23, 2017, defendant AGUNWA
17   told defendant IGBOKWE that a coconspirator would use the Chase 7605
18   Account to receive an approximately $750 fraud payment.

19   Overt Act No. 188:  On or about June 23, 2017, an unknown
20   coconspirator fraudulently induced B.P. to send a wire transfer of
21   approximately $750 from her First Hawaiian Bank account in Hawaii to
22   the Chase 7605 Account.

23   Overt Act No. 189:  On or about June 27, 2017, defendant IGBOKWE
24   instructed UICC 4 to make payments of 26,000 naira to defendant
25   AGUNWA's Nigerian bank account and 183,000 naira to the Nigerian bank
26   account of AGUNWA's coconspirator.

27   Overt Act No. 190:  On or about June 27, 2017, an unknown
28   coconspirator fraudulently induced B.P. to send a wire transfer of

                                   48

approximately $1,500 from her First Hawaiian Bank account in Hawaii
to the Chase 7605 Account.

Overt Act No. 191:  On or about June 29, 2017, defendant
MANSBANGURA checked the Chase 7605 Account for a payment from B.P.,
at the request of defendant IGBOKWE.

Overt Act No. 192:  On or about July 5, 2017, defendant IGBOKWE
instructed UICC 4 to make payments of 50,000 naira to defendant
AGUNWA's Nigerian bank account and 367,000 naira to the Nigerian bank
account of AGUNWA's coconspirator.

Overt Act No. 193:  On or about July 13, 2017, an unknown
coconspirator fraudulently induced B.P. to send a wire transfer of
approximately $2,550 from her First Hawaiian Bank account in Hawaii
to the Chase 7605 Account.

Victim Solicitor Firm

Overt Act No. 194:  On or about June 20, 2017, defendant
OCHIAGHA asked defendant IGBOKWE for a bank account that could be
used to receive an approximately $200,000 BEC fraud payment from the
Victim Solicitor Firm.

Overt Act No. 195:  On or about June 21, 2017, in response to
defendant IGBOKWE's request to open a bank account that could receive
an approximately $200,000 BEC fraud payment, defendant IRO sent
defendant IGBOKWE the account information for a Chase account ending
in 7633 of UICC 14, in Culver City, California ("Chase 7633
Account"), including the account number and the routing number.

Overt Act No. 196:  On or about June 22, 2017, an unknown
coconspirator fraudulently induced the Victim Solicitor Firm to send
a wire transfer of approximately $199,960 from its account at Lloyds
Bank in the United Kingdom to the Chase 7633 Account.

49

1    Overt Act No. 197:  On June 22, 2017, after defendant CATHEY

2    told defendant IRO that a payment of approximately $199,000 arrived

3    in the Chase 7633 Account and asked about the cut he would receive,

4    defendant IRO told him "[y]ou guys get 40k" and instructed him to

5    "keep the acc[ount] good" by servicing it.

6    Overt Act No. 198:  On or about June 23, 2017, defendants IRO

7    and CATHEY caused a sum of approximately $43,750 to be transferred

8    from the Chase 7633 Account to a Chase account ending in 6781 of UICC

9    15 in Los Angeles, California ("Chase 6781 Account"), which was

10   provided to defendant IRO by defendant IKOGHO.

11   Overt Act No. 199:  On or about June 24, 2017, defendants IRO

12   and CATHEY caused the purchase of a cashier's check of approximately

13   $9,150 from the Chase 7633 Account.

14                          Victim Company 12

15   Overt Act No. 200:  On or about May 25, 2017, following a

16   request by defendant XPLORA G for a bank account in the name of a

17   specific South Korean company (the "Korean Company"), defendant IRO

18   asked defendant CATHEY to open a bank account in the name of the

19   Korean Company.

20   Overt Act No. 201:  On or about May 30, 2017, defendant CATHEY

21   sent defendant IRO the account information for a Chase account ending

22   in 6679 that had been opened in the name of the Korean Company, in

23   Inglewood, California ("Chase 6679 Account"), including the account

24   number and the routing number, which information defendant IRO

25   provided to defendant XPLORA G.

26   Overt Act No. 202:  On or about June 28, 2017, an unknown

27   coconspirator attempted to fraudulently induce Victim Company 12 to

28

                                 50

send a wire transfer of approximately $2,502,585.30 from its account in Texas to the Chase 6679 Account.

Overt Act No. 203:  On or about June 30, 2017, defendant XPLORA G told defendant IRO that the payment would be from Victim Company 12 to the Korean Company, and defendant IRO provided that information to defendant CATHEY.

### Victim D.A.

Overt Act No. 204:  On or about June 16, 2017, an unknown coconspirator fraudulently induced D.A. to send a wire transfer of approximately $500 from his Capital City Bank account in Kansas to the Chase 5027 Account.

Overt Act No. 205:  On or about June 16, 2017, defendant NWANGWU sent defendant IGBOKWE a wire transfer confirmation page for an approximately $500 wire from D.A. to the Chase 5027 Account, which listed D.A.'s name, address, and social security number.

Overt Act No. 206:  On or about June 16, 2017, defendant IGBOKWE sent to defendant MANSBANGURA the wire confirmation page for the approximately $500 wire from D.A. to the Chase 5027 Account, which listed D.A.'s name, address, and social security number.

### Victim M.G.

Overt Act No. 207:  On or about July 3, 2017, in response to defendant MACWILLIAM CHUKWUOCHA's request for a bank account that could receive an approximately $11,000 romance scam payment from Mexico, defendant IGBOKWE provided defendant MACWILLIAM CHUKWUOCHA with the account information for the BOA 3563 Account, including the account number and the routing number.

Overt Act No. 208:  On or about July 6, 2017, an unknown coconspirator fraudulently induced M.G. to send a wire transfer of

51

approximately $11,000 from her HSBC account in Mexico to defendant EROHA's BOA 3563 Account.

Overt Act No. 209:  On or about July 6, 2017, defendant MACWILLIAM CHUKWUOCHA told defendant IGBOKWE that the "client" had paid approximately $11,000, and sent a photograph of a computer screen showing a wire-transfer order.

Overt Act No. 210:  On or about July 10, 2017, defendant IGBOKWE caused defendant EROHA to send a wire transfer of approximately $6,000 from the BOA 3563 Account to a Wells Fargo account ending in 5736 of defendant MACWILLIAM CHUKWUOCHA, in Orlando, Florida (the "Wells Fargo 5736 Account").

Overt Act No. 211:  On or about July 11, 2017, defendant IGBOKWE caused to be sent a wire transfer of approximately $2,800 from defendant EROHA's BOA 3563 Account to the Wells Fargo 5736 Account.

Overt Act No. 212:  On or about July 17, 2017, an unknown coconspirator fraudulently induced M.G. to send a wire transfer of approximately $5,000 from her HSBC account in Mexico to defendant EROHA's BOA 3563 Account.

Overt Act No. 213:  On or about July 17, 2017, defendants IGBOKWE and EROHA caused approximately $5,000 to be withdrawn as cash from the BOA 3563 Account and approximately $4,150 to be redeposited into the Wells Fargo 5736 Account.

Overt Act No. 214:  On or about December 15, 2017, an unknown coconspirator fraudulently induced M.G. to send a wire transfer of approximately $5,500 from her HSBC account in Mexico to a BOA account ending in 3349 of defendant AJAEZE in Harbor City, California (the "BOA 3349 Account").

1        Overt Act No. 215:  On or about December 22, 2017, an unknown
2    coconspirator fraudulently induced M.G. to send a wire transfer of
3    approximately $2,000 from her HSBC account in Mexico to the BOA 3349
4    Account.

5        Overt Act No. 216:  On or about May 2, 2018, an unknown
6    coconspirator fraudulently induced M.G. to send a wire transfer of
7    approximately $11,000 from her HSBC account in Mexico to a US Bank
8    account ending in 2910 of defendant AJAEZE in Inglewood, California.

9    Victim Company 13

10       Overt Act No. 217:  On or about July 9, 2017, defendant SAM MAL
11   asked defendant IRO to open a bank account in the name of a Chinese
12   company ("Chinese Company 2").

13       Overt Act No. 218:  On or about July 11, 2017, defendant IRO
14   asked defendant UMEJESI to open a bank account at BOA or Citibank in
15   the name of Chinese Company 2.

16       Overt Act No. 219:  On or about July 11, 2017, following a
17   request by defendant IRO to open a bank account at Chase in the name
18   of Chinese Company 2, defendant CATHEY sent defendant IRO account
19   information for a Chase account ending in 5092 of UICC 16 opened in
20   the name of Chinese Company 2, in Hawthorne, California (the "Chase
21   5092 Account").

22       Overt Act No. 220:  On or about July 12, 2017, following a
23   request by defendant IRO to open a bank account at Citibank or Wells
24   Fargo in the name of Chinese Company 2, defendant EKECHUKWU sent
25   defendant IRO account information for a Wells Fargo account ending in
26   4636 opened in the name of Chinese Company 2 (the "Wells Fargo 4636
27   Account").

28

Overt Act No. 221:  On or about July 17, 2017, defendant SAM MAL
told defendant IRO that Victim Company 13 would be making a payment
to Chinese Company 2, which defendant IRO then told defendant CATHEY
on or about July 18, 2017.

Overt Act No. 222:  On or about August 3, 2017, an unknown
coconspirator fraudulently induced Victim Company 13 to send a wire
transfer of approximately $382,295 from its account at Abu Dhabi
Commercial Bank in Dubai to the Chase 5092 Account.

Overt Act No. 223:  On or about August 5, 2017, defendants IRO
and CATHEY caused a cashier's check of approximately $47,606.40
addressed to the name of a United Kingdom company to be purchased
from the Chase 5092 Account.

Overt Act No. 224:  On or about August 5, 2017, defendants IRO
and CATHEY caused a cashier's check of approximately $52,602
addressed to the name of Chinese Company 1 to be purchased from the
Chase 5092 Account.

Overt Act No. 225:  On or about August 7, 2017, defendants IRO
and CATHEY caused a cashier's check of approximately $65,965
addressed to UICC 10 to be purchased from the Chase 5092 Account.

Overt Act No. 226:  On or about August 8, 2017, defendants IRO
and CATHEY caused a cashier's check of approximately $35,000
addressed to a name similar to an Indian company to be purchased from
the Chase 5092 Account.

Overt Act No. 227:  On or about August 9, 2017, defendants IRO
and CATHEY caused a cashier's check of approximately $35,000
addressed to a name similar to an Indian company ("Indian Company 1")
to be purchased from the Chase 5092 Account.

1    Overt Act No. 228:  On or about August 10, 2017, defendants IRO
2    and CATHEY caused a cashier's check of approximately $35,000
3    addressed to Indian Company 1 to be purchased from the Chase 5092
4    Account.

5    Overt Act No. 229:  On or about August 10, 2017, defendants IRO
6    and CATHEY caused approximately $60,000 to be sent through a wire
7    transfer from the Chase 5092 Account to defendant IGBOKWE's BOA 2660
8    Account.

9    Overt Act No. 230:  On or about August 15, 2017, defendant
10   IGBOKWE sent a wire transfer of approximately $54,600 from his BOA
11   2660 Account to a Chase account ending in 9931 of defendant OGUNGBE,
12   dba "P and P Motors LLC" in Santa Fe Springs, California.

13   Overt Act No. 231:  On or about August 16, 2017, defendants IRO
14   and CATHEY caused a cashier's check of approximately $35,000 to
15   Indian Company 1 to be deposited into a Chase account ending in 5812,
16   opened by UICC 16 in the name of Indian Company 1, in Inglewood,
17   California (the "Chase 5812 Account").

18   Overt Act No. 232:  On or about August 22, 2017, defendants IRO
19   and CATHEY caused a cashier's check of approximately $35,000 to
20   Indian Company 1 to be deposited into the Chase 5812 Account.

21                          Victim Company 14

22   Overt Act No. 233:  On or about January 12, 2018, defendant
23   AJAEZE filed a Fictitious Business Name Statement with the Los
24   Angeles County Registrar-Recorder/County Clerk's Office in the name
25   of a company in Mauritius (the "Mauritius Company").

26   Overt Act No. 234:  On or about January 12, 2018, defendant
27   AJAEZE opened a bank account at Chase ending in 0038 with the name of

28

                                   55

the Mauritius Company as its business name, in Carson, California
(the "Chase 0038 Account").

Overt Act No. 235:  On or about January 18, 2018, an unknown
coconspirator fraudulently induced Victim Company 14 to send a wire
transfer of approximately $76,688.99 from its account at Commerzbank
AG in Germany to defendant AJAEZE's Chase 0038 Account.

Overt Act No. 236:  On or about January 19, 2018, defendant
AJAEZE sent a wire transfer of approximately $27,455 from the Chase
0038 Account to a Wells Fargo account in the name "Cadon Auto
Corporation."

Overt Act No. 237:  On or about January 19, 2018, defendant
AJAEZE sent a wire transfer of approximately $51,865 from the Chase
0038 Account to a Mashreqbank PSC account in the United Arab Emirates
in the name "Elite Auto Fze."

Overt Act No. 238:  On or about January 22, 2018, defendants IRO
and AJAEZE withdrew approximately $500 from the Chase 0038 Account
from an ATM in Los Angeles, California.

Overt Act No. 239:  On or about January 23, 2018, defendant
AJAEZE withdrew approximately $500 from the Chase 0038 Account from
an ATM in Carson, California.

Overt Act No. 240:  On or about January 30, 2018, an unknown
coconspirator fraudulently induced Victim Company 14 to send a wire
transfer of approximately $39,004.47 from its account at Commerzbank
AG in Germany to defendant AJAEZE's Chase 0038 Account.

Overt Act No. 241:  On or about January 30, 2018, defendant
AJAEZE withdrew approximately $500 from the Chase 0038 Account from
an ATM in Los Angeles, California.

1        <u>Overt Act No. 242:</u>  On or about February 1, 2018, defendant

2    AJAEZE purchased a cashier's check of approximately $12,793 from the

3    Chase 0038 Account.

4        <u>Overt Act No. 243:</u>  On or about January 31, 2018, defendant

5    AJAEZE sent a wire transfer of approximately $19,000 from the Chase

6    0038 Account to the PNC Bank account of The George Washington

7    University, to pay the Spring 2018 tuition of a student.

8        <u>Overt Act No. 244:</u>  On or about February 5, 2018, defendant

9    AJAEZE withdrew approximately $2,000 from the Chase 0038 Account from

10   a Chase bank branch in Carson, California.

11       <u>Overt Act No. 245:</u>  On or about February 5, 2018, defendant

12   AJAEZE withdrew approximately $500 from the Chase 0038 Account from

13   an ATM in Carson, California.

14                              Victim Company 15

15       <u>Overt Act No. 246:</u>  On or about February 13, 2018, defendant

16   AJAEZE filed a Fictitious Business Name Statement with the Los

17   Angeles County Registrar-Recorder/County Clerk's Office in the name

18   of a Hong Kong-based company ("Chinese Company 3").

19       <u>Overt Act No. 247:</u>  On or about February 13, 2018, defendant

20   AJAEZE added the name of Chinese Company 3 as a business name on the

21   Chase 0038 Account.

22       <u>Overt Act No. 248:</u>  On or about February 14, 2018, an unknown

23   coconspirator fraudulently induced Victim Company 15 to send a wire

24   transfer of approximately $886,950 from its account at PT Bank

25   Mandiri Tbk in Indonesia to defendant AJAEZE's Chase 0038 Account.

26       <u>Overt Act No. 249:</u>  On or about February 15, 2018, defendant

27   AJAEZE sent a wire transfer of approximately $84,985 from the Chase

28   0038 Account to a BOA account ending in 5903.

Overt Act No. 250:  On or about February 16, 2018, defendant AJAEZE sent a wire transfer of approximately $189,000 from the Chase 0038 Account to a Compass Bank account ending in 3681 of defendant IKOGHO, in Lynwood, California (the "Compass Bank 3681 Account").

Overt Act No. 251:  On or about February 16, 2018, defendant IKOGHO cashed a check for approximately $8,000 from the Compass Bank 3681 Account.

Overt Act No. 252:  On or about February 16, 2018, defendant IKOGHO purchased a cashier's check for approximately $35,000 from the Compass Bank 3681 Account.

Overt Act No. 253:  On or about February 16, 2018, defendant AJAEZE withdrew approximately $8,000 from the Chase 0038 Account from a Chase bank branch in Carson, California.

Overt Act No. 254:  On or about February 17, 2018, defendant AJAEZE withdrew approximately $500 from the Chase 0038 Account from an ATM in Los Angeles, California.

### Victim Company 16

Overt Act No. 255:  On or about January 22, 2018, defendant AJAEZE opened a Wells Fargo account ending in 1849, in Carson, California (the "Wells Fargo 1849 Account").

Overt Act No. 256:  On or about February 13, 2018, defendant AJAEZE filed a Fictitious Business Name Statement with the Los Angeles County Registrar-Recorder/County Clerk's Office in the name of a Washington-based company (the "Washington Company").

Overt Act No. 257:  On or about February 15, 2018, an unknown coconspirator fraudulently induced Victim Company 16 to send a wire transfer of approximately $1,750,000 from its account at National

Westminster Bank PLC, in the United Kingdom, to defendant AJAEZE's Wells Fargo 1849 Account.

Overt Act No. 258:  On or about February 16, 2018, defendant AJAEZE opened a Wells Fargo account ending in 7748, in Westchester, California, in the name of the Washington Company (the "Wells Fargo 7748 Account").

Overt Act No. 259:  On or about February 20, 2018, defendant AJAEZE made a wire transfer of approximately $200,000 from the Wells Fargo 1849 Account to the Wells Fargo 7748 Account.

Overt Act No. 260:  On or about February 20, 2018, defendant AJAEZE made a wire transfer of approximately $500,000 from the Wells Fargo 1849 Account to the Wells Fargo 7748 Account.

Overt Act No. 261:  On or about February 20, 2018, defendant AJAEZE made a wire transfer of approximately $500,000 from the Wells Fargo 1849 Account to the Wells Fargo 7748 Account.

Additional Overt Acts

Overt Act No. 262:  On or about October 7, 2014, defendant IRO told defendant IZUNWANNE that he could get personal and company bank accounts "everywhere," including Malaysia, Indonesia, China, Hong Kong, Italy, Germany, the United Kingdom, and India.

Overt Act No. 263:  On or about November 3, 2014, in response to defendant IZUNWANNE's request for a bank account in the Ukraine that could receive the proceeds of a BEC fraud, defendant IRO negotiated the rate that he would charge — telling defendant IZUNWANNE "what matter is . . . making sure your money come out without any story" — and sent defendant IZUNWANNE the account information, including the account number and correspondent bank account number, for the Private Bank Dnipropetrovsk account of P.N.M.

1    Overt Act No. 264:  On or about December 4, 2014, defendant IRO

2    sent defendant ONWUASOANYA the account information, including the

3    account number and the routing number, for a BOA account ending in

4    8074, opened by defendant IRO dba "Iro Enterprises," and defendants

5    IRO and ONWUASOANYA discussed the rates that defendant IRO would

6    charge for receiving and laundering the proceeds of BEC frauds and

7    romance scams.

8        Overt Act No. 265:  On or about March 29, 2016, defendant IRO

9    asked defendant ISAMADE to open a bank account with a specific

10   company name at Chase or US Bank, but not Bank of America.

11       Overt Act No. 266:  On or about November 21, 2016, defendant

12   IGBOKWE sent defendant EZIRIM the account information for the US Bank

13   2982 Account, including the name of UICC 2, the account number, and

14   the routing number.

15       Overt Act No. 267:  On or about January 2, 2017, defendant UGWU

16   requested a bank account that could receive an approximately $500,000

17   BEC fraud payment from Turkey.

18       Overt Act No. 268:  On or about January 2, 2017, defendant

19   IGBOKWE sent defendant IWU the account information for the US Bank

20   2669 Account, including the name of UICC 1, the account number, and

21   the routing number.

22       Overt Act No. 269:  On or about January 16, 2017, defendant

23   IGBOKWE sent defendant UBASINEKE the account information for a

24   SunTrust account ending in 8108 of UICC 18 (the "SunTrust 8108

25   Account"), including the name of UICC 18, the account number, and the

26   routing number, to use in receiving a $150,000 BEC fraud payment.

27       Overt Act No. 270:  On or about January 18, 2017, defendant

28   MEZIENWA told defendant IGBOKWE that he was using the SunTrust 8108

Account that defendant IGBOKWE had provided to him, including the name of UICC 18, the account number, and the routing number, to use in receiving a $200,000 fraudulent payment.

Overt Act No. 271:  On or about January 18, 2017, in response to defendant ODIONYENMA's request for a bank account that could receive an approximately $10,000 BEC fraud payment, defendant IGBOKWE sent defendant ODIONYENMA the account information, including the name of UICC 9, the account numbers, and the routing numbers, for the US Bank 0362 Account and the Wells Fargo 7245 Account.

Overt Act No. 272:  On or about January 21, 2017, in response to defendant IKEWESI's request for a bank account that could receive an approximately $500,000 BEC fraud payment, defendant IGBOKWE sent defendant IKEWESI the account information for a Wells Fargo account ending in 1243 of UICC 17 ("Wells Fargo 1243 Account") and for the US Bank 0362 Account, including the account numbers and the routing numbers.

Overt Act No. 273:  On or about January 21, 2017, in response to defendant MEZIENWA's request for a bank account that could receive an approximately $3,000 fraudulent payment, defendant IGBOKWE sent defendant MEZIENWA the account information for the Chase 7605 Account, including the account number and the routing number.

Overt Act No. 274:  On or about January 23, 2017, in response to defendant NZENWAH's request for a bank account that could receive an approximately $250,000 BEC fraud payment, defendant IGBOKWE sent defendant NZENWAH the account information for a TD Bank account ending in 2396 of UICC 19 (the "TD Bank 2396 Account"), a Regions Bank account ending in 6371 (the "Regions Bank 6371 Account"), and

1  the SunTrust 8108 Account, including the account numbers and the
2  routing numbers.
3      Overt Act No. 275:  On or about January 24, 2017, in response to
4  defendant IBETO's request for a bank account that could receive an
5  approximately $1,300 fraudulent payment, defendant IGBOKWE sent
6  defendant IBETO the account information for the Chase 7605 Account,
7  including the account number and the routing number.
8      Overt Act No. 276:  On or about January 25, 2017, defendant
9  MEGWA sent defendant IGBOKWE the account information for the US Bank
10 0362 Account, including the account number and the routing number.
11     Overt Act No. 277:  On or about January 25, 2017, defendant
12 IGBOKWE sent defendant IBETO the account information for the Wells
13 Fargo 7245 Account and the US Bank 0362 Account, including the
14 account numbers and the routing numbers, to use in receiving a
15 fraudulent payment.
16     Overt Act No. 278:  On or about January 26, 2017, defendant
17 MEGWA sent defendant IGBOKWE the account information for the Wells
18 Fargo 7245 Account, including the account number and the routing
19 number.
20     Overt Act No. 279:  On or about January 26, 2017, defendant
21 IGBOKWE sent defendant MEGWA the account information for the US Bank
22 0362 Account, including the account number and the routing number.
23     Overt Act No. 280:  On or about January 26, 2017, in response to
24 defendant IKEWESI's request for a BOA account that could receive an
25 approximately $500,000 BEC fraud payment, defendant IGBOKWE sent
26 defendant IKEWESI the account information for a BOA account ending in
27 2942 of UICC 20 (the "BOA 2942 Account"), including the account
28 number and the routing number.

Overt Act No. 281:  On or about January 26, 2017, in response to defendant IKEWESI's request for a bank account that could receive an approximately $200,000 BEC fraud payment, defendant IGBOKWE sent defendant IKEWESI the account information for the SunTrust 8108 Account, including the name of UICC 18, the account number, and the routing number.

Overt Act No. 282:  On or about January 27, 2017, in response to defendant C. DURU's request for a bank account that could receive an approximately $7,000 fraudulent payment, defendant IGBOKWE sent defendant C. DURU the account information for the Chase 7605 Account, including the account number and the routing number.

Overt Act No. 283:  On or about February 3, 2017, in response to defendant AGUBE's request for a bank account that could receive an approximately $192,000 fraudulent payment, defendant IGBOKWE sent defendant AGUBE the account information for the Chase 7605 Account, including the account number and the routing number.

Overt Act No. 284:  On or about February 6, 2017, defendant IGBOKWE sent defendant UGWU the account information for the US Bank 2982 Account, including the name of UICC 2, the account number, and the routing number.

Overt Act No. 285:  On or about February 9, 2017, in response to defendant OSUJI's request for a bank account that could receive an approximately $20,000 fraudulent payment, defendant IGBOKWE sent defendant OSUJI the account information for the Chase 7605 Account, including the account number and the routing number.

Overt Act No. 286:  On or about February 10, 2017, in response to defendant UCHE's request for a bank account that could receive an approximately $50,000 romance scam payment, defendant IGBOKWE sent

defendant UCHE the account information for the Chase 7605 Account, including the account number and the routing number.

Overt Act No. 287:  On or about February 11, 2017, after defendant IGBOKWE sent defendant MEGWA the account information for the US Bank 0362 Account and two Wells Fargo Accounts — including the account numbers and the routing numbers — defendant MEGWA told defendant IGBOKWE that the US Bank account was "alive" but that the Wells Fargo accounts had been closed.

Overt Act No. 288:  On or about February 13, 2017, in response to defendant ONUDOROGU's request for a bank account to receive an approximately $6,000 fraudulent payment, defendant IGBOKWE sent defendant ONUDOROGU the account information for the Chase 7605 Account, including the account number and the routing number.

Overt Act No. 289:  On or about February 15, 2017, defendant IGBOKWE sent defendant IWUOHA the account information for the Chase 7605 Account, including the account number and the routing number, for use in receiving fraudulent payments.

Overt Act No. 290:  On or about February 16, 2017, defendant IGBOKWE sent defendant MEGWA the account information for the US Bank 2982 Account, including the name of UICC 2, the account number, and the routing number.

Overt Act No. 291:  On or about February 20, 2017, in response to defendant MARK CHUKWUOCHA's request for a bank account that could receive an approximately $146,000 fraudulent payment, defendant IGBOKWE sent defendant MARK CHUKWUOCHA the account information for the US Bank 0362 Account, including the account number and the routing number.

Overt Act No. 292:  On or about February 21, 2017, in response to defendant MACWILLIAM CHUKWUOCHA's request for a bank account that could receive a fraudulent wire of approximately $100,000 from Qatar, defendant IGBOKWE provided defendant MACWILLIAM CHUKWUOCHA the account information for a Chase account ending in 3228 of UICC 21 (the "Chase 3228 Account"), including the account number and the routing number.

Overt Act No. 293:  On or about February 21, 2017, after defendant MARK CHUKWUOCHA told defendant IGBOKWE that approximately $8,304.57 had been deposited to the Wells Fargo 1243 Account, defendant IGBOKWE told him that the account had been closed due to fraudulent transactions.

Overt Act No. 294:  On or about February 22, 2017, in response to defendant OHAJIMKPO's request for a credit card to use in receiving approximately $850,000 in fraudulent funds, defendant IGBOKWE responded, in part, "if use my card FBI will come 4 me."

Overt Act No. 295:  On or about February 23, 2017, in response to defendant EJIOFOR's request for a bank account that could receive an approximately $16,000 fraudulent payment, defendant IGBOKWE sent defendant EJIOFOR the account information for the Wells Fargo 7245 Account, including the name of UICC 9, the account number, and the routing number.

Overt Act No. 296:  On or about February 24, 2017, in response to defendant EZIRIM's request for a bank account that could receive an approximately $100,000 BEC fraud payment from Korea, defendant IGBOKWE provided defendant EZIRIM the account information for the Chase 3228 Account, including the account number and the routing number.

1    Overt Act No. 297:  On or about February 25, 2017, defendant IRO
2    sent defendant CHUKWU the account information for a Wells Fargo
3    account ending in 6969 of defendant EKECHUKWU (the "Wells Fargo 6969
4    Account"), including the account number and the routing number.

5    Overt Act No. 298:  On or about February 28, 2017, in response
6    to defendant UCHE's request for a bank account that could receive an
7    approximately $60,000 fraudulent payment, defendant IGBOKWE sent
8    defendant UCHE the account information for the US Bank 0362 Account,
9    including the account number and the routing number.

10   Overt Act No. 299:  On or about March 1, 2017, defendant UMEJESI
11   sent defendant IGBOKWE the account information for the US Bank 0362
12   Account, including the account number and the routing number.

13   Overt Act No. 300:  On or about March 1, 2017, defendant IGBOKWE
14   sent defendant UCHE the account information for the US Bank 0362
15   Account, including the account number and the routing number.

16   Overt Act No. 301:  On or about March 1, 2017, defendant IGBOKWE
17   sent defendant UCHE the account information for the US Bank 2982
18   Account, including the name of UICC 2, the account number, and the
19   routing number.

20   Overt Act No. 302:  On or about March 1, 2017, in response to a
21   request by defendant OFORKA in coded language for a bank account that
22   could receive a fraudulent payment of approximately $28,000,
23   defendant IRO sent defendant OFORKA the account information for the
24   Wells Fargo 6969 Account, including the account number and the
25   routing number.

26   Overt Act No. 303:  On or about March 2, 2017, defendant IGBOKWE
27   sent defendant IWU the account information for a Wells Fargo account
28   ending in 6307 of UICC 2 (the "Wells Fargo 6307 Account"), including

the account number and the routing number, to receive fraudulent payments.

Overt Act No. 304:  On or about March 3, 2017, in response to defendant MBA's request for a bank account that could receive an approximately $32,000 BEC fraud payment, defendant IGBOKWE sent defendant MBA the account information for the Wells Fargo 6307 Account, including the account number and the routing number.

Overt Act No. 305:  On or about March 5, 2017, defendant IGBOKWE sent defendant OHAJIMKPO the account information for the Wells Fargo 7245 Account, including the name of UICC 9, the account number, and the routing number.

Overt Act No. 306:  On or about March 6, 2017, in response to defendant MBA's request for a bank account that could receive an approximately $25,000 BEC fraud payment, defendant IGBOKWE sent defendant MBA the account information for the Wells Fargo 7245 Account, including the name of UICC 9, the account number, and the routing number.

Overt Act No. 307:  On or about March 6, 2017, in response to defendant CHUKWU's request for a bank account that could receive an approximately $50,000 romance scam payment, defendant IGBOKWE sent defendant CHUKWU the account information for the BOA 2942 Account, including the account number and the routing number.

Overt Act No. 308:  On or about March 6, 2017, defendant IGBOKWE told defendant IWU that he could use the Wells Fargo 6307 Account to receive a romance scam payment.

Overt Act No. 309:  On an unknown date, no later than March 7, 2017, defendant UKACHUKWU gave defendant AGWUEGBO the phone number of defendant IGBOKWE.

1        Overt Act No. 310:  On or about March 7, 2017, after defendant

2    AGWUEGBO told defendant IGBOKWE that he needed Wells Fargo accounts

3    to receive BEC fraud payments from China, defendant IGBOKWE sent

4    defendant AGWUEGBO the account information for a US Bank account

5    ending in 9570 ("US Bank 9570 Account), including the account number

6    and the routing number.

7        Overt Act No. 311:  On or about March 7, 2017, defendant IGBOKWE

8    sent defendant UCHE the account information for the US Bank 9570

9    Account, including the account number and the routing number.

10       Overt Act No. 312:  On or about March 9, 2017, in response to

11   defendant MADUFOR's request for a bank account that could receive an

12   approximately $130,000 fraudulent payment, defendant IGBOKWE sent

13   defendant MADUFOR the account information for the TD Bank 2396

14   Account, including the account number and the routing number.

15       Overt Act No. 313:  On or about March 10, 2017, in response to

16   defendant OKORIE's request for a bank account that could receive an

17   approximately $9,000 romance scam payment, defendant IGBOKWE sent

18   defendant OKORIE the account information for the Chase 7605 Account,

19   including the account number and the routing number.

20       Overt Act No. 314:  On or about March 10, 2017, defendant

21   IGBOKWE sent defendant IBETO the account information for the US Bank

22   9570 Account, including the account number and the routing number.

23       Overt Act No. 315:  On or about March 10, 2017, defendant

24   IGBOKWE sent defendant EJIOFOR the account information for the Chase

25   3228 Account, including the account number and the routing number, to

26   use in receiving a fraudulent transaction.

27

28

Overt Act No. 316:  On or about March 14, 2017, defendant IGBOKWE sent defendant UMEJESI the account information for the BOA 4859 Account, including the account number and the routing number.

Overt Act No. 317:  On or about March 14, 2017, defendant IGBOKWE sent defendant ISAMADE the account information for the BOA 4859 Account, including the account number and the routing number, to receive romance scam payments, which defendant ISAMADE expected to total approximately $59,000.

Overt Act No. 318:  On or about March 14, 2017, in response to defendant AGWUEGBO's request for a bank account that could receive an approximately $100,000 fraudulent transaction, defendant IGBOKWE sent defendant AGWUEGBO the account information for the US Bank 0362 Account, including the account number and the routing number.

Overt Act No. 319:  On or about March 16, 2017, in response to defendant UCHE's request for a bank account that could receive a fraudulent payment of approximately $1,300,000 from Tanzania, defendant IGBOKWE provided defendant UCHE the account information for the Chase 5027 Account, including the account number and the routing number.

Overt Act No. 320:  On or about March 16, 2017, defendant IGBOKWE sent defendant UKACHUKWU the account information for the BOA 4859 Account, including the account number and the routing number.

Overt Act No. 321:  On or about March 16, 2017, defendant IGBOKWE sent defendant MBA the account information for the Wells Fargo 7245 Account, including the account number and the routing number.

Overt Act No. 322:  On or about March 16, 2017, in response to defendant OHIRI's request for a bank account that could receive an

approximately $5,000 romance scam payment, defendant IGBOKWE sent
defendant OHIRI the account information for the US Bank 2982 Account,
including the account number and the routing number.

Overt Act No. 323:  On or about March 17, 2017, defendant
UMEJESI sent defendant IRO the account information for the Wells
Fargo 7245 Account, including the account number and the routing
number.

Overt Act No. 324:  On or about March 17, 2017, in response to
defendant OKAFOR's request for a bank account that could receive an
approximately $88,000 BEC fraud payment, defendant IRO sent defendant
OKAFOR the account information for the Wells Fargo 7245 Account,
including the account number and the routing number.

Overt Act No. 325:  On or about March 20, 2017, defendant
IGBOKWE sent defendant ONUWA the account information for the Chase
5027 Account, including the name of UICC 1, the account number, and
the routing number.

Overt Act No. 326:  On or about March 21, 2017, in response to
defendant OGBONNA's request for a bank account that could receive an
approximately $700,000 romance scam payment, defendant IRO sent
defendant OGBONNA the account information for the Chase 5027 Account,
including the account number and the routing number.

Overt Act No. 327:  On or about March 21, 2017, defendant IRO
sent defendant OKAFOR the account information for the Chase 5027
Account, including the account number and the routing number, for use
in a romance scam scheme.

Overt Act No. 328:  On or about March 22, 2017, defendant IRO
sent defendant OGUNGBE the account information for the Chase 5027

Account, including the account number and the routing number, to

receive an approximately $3,000,000 transaction from the Philippines.

Overt Act No. 329: On or about March 23, 2017, defendant IRO

sent defendant ANOZIE an audio recording of himself on the phone with

a Chase representative, in which defendant IRO purported to be

defendant IGBOKWE while inquiring about a Chase account ending in

0595, opened by defendant IGBOKWE.

Overt Act No. 330: On or about March 29, 2017, defendant NNAMDI

DURU created an email account at the request of defendant IRO, which

email account used the name of UICC 25.

Overt Act No. 331: On or about March 29, 2017, in response to

defendant OKAFOR's request for a bank account that could receive an

approximately $100,000 BEC fraud payment, defendant IRO sent

defendant OKAFOR the account information for a BOA account ending in

0358 (the "BOA 0358 Account"), including the account number and the

routing number.

Overt Act No. 332: On or about March 30, 2017, defendant

IGBOKWE sent defendant OBASI the account information for a Citibank

account ending in 0126 of UICC 2, including the account number and

the routing number, to receive a BEC fraud payment.

Overt Act No. 333: On or about April 2, 2017, in response to

defendant ANYANWU's request for a bank account that could receive

approximately $59,000 in BEC fraud payments, defendant IRO sent

defendant ANYANWU the account information for a Wells Fargo account

ending in 7276 of UICC 21 (the "Wells Fargo 7276 Account"), including

the account number and the routing number.

Overt Act No. 334: On or about April 2, 2017, in response to

defendant OBASI's request for a bank account that could receive an

approximately $159,000 BEC fraud payment, defendant IGBOKWE sent defendant OBASI the account information for the Wells Fargo 7276 Account, including the account number and the routing number.

Overt Act No. 335:  On or about April 3, 2017, defendant IRO sent defendant NNAMDI DURU photographs of banking documents in the name of UICC 25, including the Chase 7866 Account and the Chase 9927 Account.

Overt Act No. 336:  On or about April 3, 2017, in response to defendant OKAFOR's request for a bank account that could receive an approximately $70,000 BEC fraud payment, defendant IRO sent defendant OKAFOR the account information for a BOA account ending in 8560 of UICC 10 in Forest Park, Georgia (the "BOA 8560 Account"), including the account number and the routing number.

Overt Act No. 337:  On or about April 3, 2017, defendant IRO assisted defendant NNAMDI DURU in purchasing a list of email addresses of real estate agents in New York State for use in sending emails intended to disseminate malicious software in furtherance of fraudulent schemes.

Overt Act No. 338:  On or about April 3, 2017, in response to defendant OHAJIMKPO's request for a bank account that could receive an approximately $98,000 BEC fraud payment from China, defendant IGBOKWE sent defendant OHAJIMKPO the account information for the BOA 1004 Account, including the account number and the routing number.

Overt Act No. 339:  On or about April 4, 2017, defendant OJIMBA opened a bank account at the request of defendant IRO, and assured defendant IRO that his work for defendant would remain a "secret."

Overt Act No. 340:  On or about April 4, 2017, in response to defendant OFORKA's request in coded language for a bank account that

could receive an approximately $600,000 BEC fraud payment, with total anticipated BEC fraud payments of approximately $12,000,000, defendant IRO sent defendant OFORKA the account information for a BOA account ending in 4560 of UICC 22 (the "BOA 4560 Account"), including the account number and the routing number.

Overt Act No. 341:  On or about April 4, 2017, in response to defendant NNAMDI DURU's request for a bank account that could receive a fraudulent payment of approximately $1,700,000 from Dubai, defendant IRO sent defendant NNAMDI DURU the account information for the BOA 8560 Account, including the account number and the routing number.

Overt Act No. 342:  On or about April 7, 2017, in response to defendant OHAJIMKPO's request for a bank account to receive an approximately $150,000 romance scam payment, defendant IGBOKWE sent defendant OHAJIMKPO the account information for the Chase 5027 Account, including the account number and the routing number.

Overt Act No. 343:  On or about April 10, 2017, defendant NNAMDI DURU told defendant IRO about a Brazilian company that would be making a fraudulent payment.

Overt Act No. 344:  On or about April 12, 2017, defendant IGBOKWE sent defendant MBA the account information for the Wells Fargo 4899 Account of defendant P. DURU, including the account number and the routing number, and told defendant MBA to use the bank account for "big money."

Overt Act No. 345:  On or about April 12, 2017, in response to defendant ANYANWU's request for a bank account that could receive an approximately $100,000 BEC fraud payment, defendant IRO sent

1  defendant ANYANWU the account information for the BOA 8560 Account,
2  including the account number and the routing number.

3      Overt Act No. 346:  On or about April 12, 2017, in response to
4  defendant ANYANWU's request for a bank account that could receive an
5  approximately $80,000 romance scam payment, defendant IRO sent
6  defendant ANYANWU the account information for the Chase 7866 Account,
7  including the name of UICC 25, the account number, and the routing
8  number.

9      Overt Act No. 347:  On or about April 12, 2017, in response to
10 defendant E. DIKE's request for a bank account that could receive
11 approximately $3,000 in romance scam payments, defendant IRO sent
12 defendant E. DIKE the account information for the Chase 7866 Account,
13 including the name of UICC 25, the account number, and the routing
14 number.

15     Overt Act No. 348:  On or about April 13, 2017, defendant
16 ODIMARA asked defendant IGBOKWE for multiple bank accounts to receive
17 fraudulent payments totaling more than $450,000.

18     Overt Act No. 349:  On or about April 13, 2017, in response to a
19 request from defendant AWAK for a bank account that could receive the
20 proceeds of a romance scam, defendant IRO sent defendant AWAK the
21 account information for the Chase 7866 Account, including the name of
22 UICC 25, the account number, and the routing number.

23     Overt Act No. 350:  On or about April 13, 2017, defendant OJIMBA
24 sent defendant IRO the account information for a BOA account ending
25 in 7032 of UICC 22 (the "BOA 7032 Account"), including the name of
26 UICC 22, the account number, and the routing number, and asked
27 defendant IRO not to use that account again because BOA told UICC 22
28 it was investigating the account.

Overt Act No. 351:  On or about April 13, 2017, defendant IRO advised defendant OJIMBA to attempt to reopen the BOA 7032 Account at Chase or US Bank, and to use the same business name as the BOA 7032 Account.

Overt Act No. 352:  On or about April 14, 2017, defendant OJIMBA sent defendant IRO the account information for a US Bank account ending in 1789 (the "US Bank 1789 Account"), including the name of UICC 22, the account number, and the routing number.

Overt Act No. 353:  On or about April 14, 2017, after defendant NNAMDI DURU requested a bank account that could receive $200,000,000 in fraudulent funds, defendant IRO sent defendant NNAMDI DURU the account information for the BOA 8560 Account and the Wells Fargo 4899 Account, but then sent the account information for the Chase 5027 Account, which defendant IRO said was "stronger."

Overt Act No. 354:  On or about April 14, 2017, defendant IGBOKWE sent defendant OCHIAGHA the account information for the Wells Fargo 4899 Account and the BOA 1004 Account, including the account numbers and the routing numbers, and told defendant OCHIAGHA that the BOA 1004 Account could be used to receive a BEC fraud payment.

Overt Act No. 355:  On or about April 16, 2017, in response to defendant OGBONNA's request for a bank account that could receive an approximately $25,000 romance scam payment, defendant IRO sent defendant OGBONNA the account information for the Chase 7866 Account, including the name of UICC 25, the account number, and the routing number.

Overt Act No. 356:  On or about April 16, 2017, in response to defendant CHIKA's request for a bank account that could receive an approximately $10,000 romance scam payment, defendant IRO sent

defendant CHIKA the account information for the Chase 7866 Account, including the name of UICC 25, the account number, and the routing number.

Overt Act No. 357:  On or about April 17, 2017, after defendant CHILAKA requested a bank account that could receive the proceeds of a BEC fraud, defendant IGBOKWE sent defendant CHILAKA the account information for the BOA 4859 Account, including the account number and the routing number.

Overt Act No. 358:  On or about April 20, 2017, defendant IGBOKWE sent defendant UMEJESI the account information for the Wells Fargo 4899 Account, including the account number and the routing number.

Overt Act No. 359:  On or about April 20, 2017, defendant IGBOKWE sent defendant UZOKA the account information for the Wells Fargo 4899 Account, including the account number and the routing number.

Overt Act No. 360:  On or about April 20, 2017, defendant IGBOKWE sent defendant ODIONYENMA the account information for the Wells Fargo 4899 Account, including the account number and the routing number.

Overt Act No. 361:  On or about April 24, 2017, defendant IGBOKWE sent defendant ONUWA the account information for the Chase 5027 Account, including the name of UICC 1, the account number, and the routing number.

Overt Act No. 362:  On or about April 24, 2017, in response to defendant MADUFOR's request for a bank account that could receive an approximately $150,000 BEC fraud payment, defendant IGBOKWE sent defendant MADUFOR the account information for the Wells Fargo 4899

76

Account and the BOA 1004 Account, including the account numbers and the routing numbers.

Overt Act No. 363:  On or about April 25, 2017, defendant IRO told defendant OJIMBA to "start servicing" the US Bank 1789 account because he was expecting a payment of approximately $1,700,000 to arrive in the account.

Overt Act No. 364:  On or about April 25, 2017, in response to a request from defendant ISAMADE for a bank account that could receive a BEC fraud payment, defendant IGBOKWE sent defendant ISAMADE the account information for a Wells Fargo account ending in 5309 of UICC 23 ("Wells Fargo 5309 Account"), including the name of UICC 23, the account number, and the routing number.

Overt Act No. 365:  On or about April 25, 2017, defendant IGBOKWE sent defendant NNEBEDUM the account information for the Wells Fargo 5309 Account, including the account-holder's name, the account number, and the routing number, to receive fraudulent transactions totaling approximately $157,000.

Overt Act No. 366:  On or about April 27, 2017, defendant IGBOKWE sent defendant UGWU the account information for the BOA 1004 Account, including the name of UICC 11, the account number, and the routing number.

Overt Act No. 367:  On or about April 28, 2017, defendants ODIMARA and IGBOKWE discussed a fraudulent payment of approximately $36,274 made to the Wells Fargo 7276 Account.

Overt Act No. 368:  On or about April 29, 2017, defendant IGBOKWE sent defendant ONYEKA the account information for the US Bank 0362 Account, including the account number and the routing number.

Overt Act No. 369:  On or about May 2, 2017, in response to defendant OKOLO's request for a bank account that could receive an approximately $766,000 BEC fraud payment, defendant IGBOKWE sent defendant OKOLO the account information for the Chase 5899 Account, including the account number and the routing number.

Overt Act No. 370:  On or about May 4, 2017, defendant IRO sent defendant E. DIKE the account information for the BOA 2660 Account, including the account number and the routing number, for use in receiving a romance scam payment and told him how to avoid having his victim learn the money would be deposited to a bank account in California.

Overt Act No. 371:  On or about May 5, 2017, defendant IGBOKWE sent defendant ONUWA the account information for the Chase 5027 Account, including the name of UICC 1, the account number, and the routing number.

Overt Act No. 372:  On or about May 8, 2017, in response to a request from defendant UZOKA for a bank account that could receive an approximately $300,000 BEC fraud payment, defendant IGBOKWE sent defendant UZOKA the account information for the Chase 5899 Account, including the account number and the routing number.

Overt Act No. 373:  On or about May 15, 2017, in response to defendant ONWUASOANYA's request for a bank account that could receive a romance scam payment totaling approximately $200,000, defendant IRO sent defendant ONWUASOANYA the account information for defendant IGBOKWE's BOA 2660 Account, including the account number and the routing number.

Overt Act No. 374:  On or about May 17, 2017, in response to a request by defendant AZUBUIKE for a bank account that could receive

an approximately $70,000 romance scam payment, defendant IGBOKWE sent defendant AZUBUIKE the account information for a Wells Fargo account ending in 4216 (the "Wells Fargo 4216 Account"), including the name of UICC 22, the account number, and the routing number.

Overt Act No. 375:  On or about May 17, 2017, defendant IGBOKWE sent defendant UGWU the account information for a Chase account ending in 3995 of UICC 22 (the "Chase 3995 Account"), including the name of UICC 22, the account number, and the routing number.

Overt Act No. 376:  On or about May 17, 2017, in response to defendant OKEREKE's request for a bank account that could receive an approximately $35,000 romance scam payment, defendant IGBOKWE sent defendant OKEREKE the account information for the Wells Fargo 1147 Account, including the account number and the routing number.

Overt Act No. 377:  On or about May 17, 2017, defendant IGBOKWE sent defendant OKEREKE the account information for the Chase 5027 Account, including the name of UICC 1, the account number, and the routing number, to receive an approximately $2,000 romance scam payment.

Overt Act No. 378:  On or about May 19, 2017, in response to a request by defendant UZOKA for a bank account that could receive an approximately $350,000 romance scam payment, defendant IGBOKWE sent defendant UZOKA the account information for the Chase 7605 Account, including the name the account number and the routing number.

Overt Act No. 379:  On or about May 23, 2017, defendant AGUH told defendant IGBOKWE that he was using the BOA 2660 Account that defendant IGBOKWE had provided to him, including the account number, and the routing number, to use in receiving a fraudulent payment.

1        Overt Act No. 380:  On or about May 23, 2017, defendants IRO and

2    EKI discussed whether the Chase 7866 Account had received a

3    fraudulent payment.

4        Overt Act No. 381:  On or about May 26, 2017, in response to

5    defendant OFORKA's request for a bank account that could receive a

6    fraudulent payment of approximately $100,000, defendant IRO sent

7    defendant OFORKA the account information for the Chase 5027 Account,

8    including the account number and the routing number.

9        Overt Act No. 382:  On or about May 29, 2017, in response to

10   defendant OKOLO's request for a bank account that could receive an

11   approximately $92,000 BEC fraud payment, defendant IGBOKWE sent

12   defendant OKOLO the account information for the Wells Fargo 5309

13   Account and the Chase 3995 Account, including the account numbers and

14   the routing numbers.

15       Overt Act No. 383:  On or about June 1, 2017, defendant IGBOKWE

16   sent defendant ODIMARA the account information for the Wells Fargo

17   5309 Account, including the account number and the routing number.

18       Overt Act No. 384:  On or about June 1, 2017, in response to

19   defendant OSUJI's request for a bank account that could receive an

20   approximately $4,000 fraudulent payment, defendant IGBOKWE sent

21   defendant OSUJI the account information for the Chase 7605 Account,

22   including the name of UICC 1, the account number, and the routing

23   number.

24       Overt Act No. 385:  On or about June 2, 2017, defendant IGBOKWE

25   sent defendant ONUDOROGU the account information for the BOA 2660

26   Account, including the account number and the routing number, to use

27   in receiving a fraudulent payment of approximately $12,593.

28

Overt Act No. 386:  On or about June 3, 2017, defendant IGBOKWE sent defendant NWANEGWO the account information for the Chase 7605 Account, including the name of UICC 1, the account number, and the routing number, for use in receiving a fraudulent transaction.

Overt Act No. 387:  On or about June 6, 2017, in response to defendant G. DIKE's request for a bank account that could receive an approximately $100,000 fraudulent payment, defendant IGBOKWE sent defendant G. DIKE the account information for the BOA 7032 Account, including the account number and the routing number.

Overt Act No. 388:  On or about June 7, 2017, in response to a request by defendant AZUBUIKE for a bank account that could receive an approximately $50,000 BEC fraud payment, defendant IGBOKWE sent defendant AZUBUIKE the account information for the Wells Fargo 4216 Account, including the account number and the routing number.

Overt Act No. 389:  On or about June 7, 2017, in response to defendant OFORKA's request for a bank account that could receive an approximately $5,000 romance scam payment, defendant IGBOKWE sent defendant OFORKA the account information for the Chase 5027 Account, including the account number and the routing number.

Overt Act No. 390:  On or about June 8, 2017, in response to defendant EZIRIM's request for a bank account that could receive an approximately $100,000 fraudulent payment, defendant IGBOKWE provided defendant EZIRIM the account information for the Chase 5027 Account, including the account number and the routing number.

Overt Act No. 391:  On or about June 8, 2017, defendants IRO and OKAFOR discussed the closure of the Wells Fargo 4216 Account.

Overt Act No. 392:  On or about June 9, 2017, defendant IGBOKWE sent defendant OFORKA the account information for the US Bank 0362 Account, including the account number and the routing number.

Overt Act No. 393:  On or about June 11, 2017, defendant IGBOKWE sent defendant ODIMARA the account information for the Chase 7605 Account, including name of UICC 1, the account number, and the routing number.

Overt Act No. 394:  On or about June 12, 2017, in response to defendant ONYEKA's request for a bank account that could receive a BEC fraud payment, defendant IGBOKWE sent defendant ONYEKA the account information for the BOA 1004 Account, including the account number and the routing number.

Overt Act No. 395:  On or about June 13, 2017, in response to defendant AWAK's request for a bank account that could receive an approximately $50,000 romance scam payment, defendant IRO sent defendant AWAK the account information for the BOA 2660 Account, including the account number and the routing number.

Overt Act No. 396:  On or about June 13, 2017, defendant IGBOKWE sent defendant NWANEGWO the account information for the BOA 2660 Account, including the account number and the routing number, to use in receiving a fraudulent payment.

Overt Act No. 397:  On or about June 15, 2017, in response to defendant OFORKA's request for a bank account that could receive a fraudulent payment of approximately $18,000, defendant IGBOKWE sent defendant OFORKA the account information for the Chase 5027 Account, including the account number and the routing number.

Overt Act No. 398:  On or about June 17, 2017, defendant IGBOKWE sent defendant ESHIMBU the account information for the BOA 2660

82

Account, including the account number and the routing number, to use in receiving a fraudulent payment.

Overt Act No. 399:  On or about June 18, 2017, in response to a request by defendant EGWUMBA for a Chase bank account that could receive an approximately $2,000,000 fraudulent wire, defendant IRO sent defendant EGWUMBA the account information for the Chase 5027 Account, including the account number and the routing number, and told defendant EGWUMBA that the coconspirator conducting the fraud would receive 40% of the proceeds, that the person who opened the bank account would receive 40%, and that defendants IRO and EGWUMBA would split the remaining 20%.

Overt Act No. 400:  On or about June 18, 2017, in response to defendant OHIRI's request for a bank account that could receive an approximately $500,000 BEC fraud payment, defendant IGBOKWE sent defendant OHIRI the account information for a Citizens Bank account ending in 7430 (the "Citizens Bank 7430 Account"), including the account number and the routing number.

Overt Act No. 401:  On or about June 19, 2017, in response to defendant OGANDU's request for a bank account that could receive an approximately $50,000 romance scam payment, defendant IGBOKWE sent defendant OGANDU the account information for the Chase 7605 Account, including the name of UICC 1, the account number, and the routing number.

Overt Act No. 402:  On or about June 19, 2017, in response to a request by defendant NWACHUKWU for a bank account that could receive an approximately $130,000 fraudulent payment, defendant IRO sent defendant NWACHUKWU the account information for the Chase 5027 Account, including the account number and the routing number.

Overt Act No. 403:  On or about June 21, 2017, defendant IRO told defendant NNAMDI that the exchange rate that defendant IRO provided was low given that his money exchangers provided a low exchange rate to him because they helped "clean" the funds.

Overt Act No. 404:  On or about June 22, 2017, defendant IGBOKWE sent defendant AGWUEGBO the account information for the Wells Fargo 5309 Account, including the name of UICC 23, the account number, and the routing number.

Overt Act No. 405:  On or about June 22, 2017, defendant IGBOKWE sent defendant IWUOHA the account information for the BOA 2660 Account, including the account number and the routing number, to use in receiving a fraudulent payment.

Overt Act No. 406:  On or about June 25, 2017, defendant AGUH told defendant IGBOKWE that he was using the Chase 7605 Account that defendant IGBOKWE had provided to him, including the name of UICC 1, the account number, and the routing number, to use in receiving a fraudulent payment.

Overt Act No. 407:  On or about June 26, 2017, in response to defendant G. DIKE's request for a MoneyGram account that could receive a fraudulent payment, defendant IGBOKWE sent defendant G. DIKE the name of UICC 1.

Overt Act No. 408:  On or about June 27, 2017, after defendant OSMUND asked for a bank account that could receive romance scam funds, defendant IGBOKWE sent defendant OSMUND the account information for the Chase 7605 Account, including the account number and the routing number.

Overt Act No. 409:  On or about June 28, 2017, in response to a request by defendant OGANDU for a bank account that could receive an

approximately 43,000 euro BEC payment, defendant IGBOKWE sent
defendant OGANDU the account information for the BOA 7032 Account,
including the name of UICC 22, the account number, and the routing
number; and the Chase 7003 Account, including the account number and
the routing number.

Overt Act No. 410:  On or about June 28, 2017, in response to
defendant ONYEKA's request for a bank account that could receive an
approximately $200,000 BEC fraud payment, defendant IGBOKWE sent
defendant ONYEKA the account information for a BOA account ending in
0307 (the "BOA 0307 Account"), including the account number and the
routing number.

Overt Act No. 411:  On or about June 29, 2017, in response to a
request by defendant EGWUMBA for a bank account that could receive a
BEC fraud payment, defendant IRO sent defendant EGWUMBA the account
information for the US Bank 1789 Account, including the name of
UICC 22, the account number, and the routing number.

Overt Act No. 412:  On or about July 2, 2017, in response to a
request by defendant NWACHUKWU for a bank account that could receive
an approximately $3,000 romance scam payment, defendant IRO sent
defendant NWACHUKWU the account information for a BOA account ending
in 0305 (the "BOA 0305 Account"), including the name of UICC 25, the
account number, and the routing number.

Overt Act No. 413:  On or about July 5, 2017, defendant IRO sent
defendant CHIKA the account information for the BOA 3563 Account,
including the account number and the routing number, and the account
information for the BOA 0305 Account, including the name of UICC 25,
the account number, and the routing number, for use in receiving
romance scam payments.

1        Overt Act No. 414:  On or about July 5, 2017, defendant IRO sent

2    defendant EKI the account information for the BOA 3563 Account,

3    including the account number and the routing number, and the account

4    information for the BOA 0305 Account, including the name of UICC 25,

5    the account number, and the routing number, for use in receiving

6    romance scam payments.

7        Overt Act No. 415:  On or about July 6, 2017, in response to a

8    request by defendant AZUBUIKE for a bank account that could receive

9    an approximately $370,000 payment, defendant IGBOKWE sent defendant

10   AZUBUIKE the account information for four BOA accounts, including the

11   account numbers and the routing numbers.

12       Overt Act No. 416:  On or about July 7, 2017, in response to

13   defendant AJAH's request for a bank account that could receive

14   approximately $15,000 in romance scam payments, defendant IRO sent

15   defendant AJAH the account information for the BOA 0305 Account,

16   including the name of UICC 25, the account number, and the routing

17   number, and the BOA 3563 Account, including the account number and

18   the routing number.

19       Overt Act No. 417:  On or about July 8, 2017, defendant IGBOKWE

20   sent defendant IHEJIUREME the account information for a Wells Fargo

21   account ending in 0848, to use in receiving a fraudulent payment.

22       Overt Act No. 418:  On or about July 9, 2017, in response to a

23   request by defendant EKECHUKWU for a bank account that could receive

24   a fraudulent wire of approximately $500,000, defendant IGBOKWE sent

25   defendant EKECHUKWU the account information for the Wells Fargo 5309

26   Account, including the name of UICC 23, the account number, and the

27   routing number.

28

Overt Act No. 419:  On or about July 11, 2017, in response to defendant UCHE's request for a bank account that could receive an approximately $300,000 BEC fraud payment, defendant IGBOKWE sent defendant UCHE the account information for the Wells Fargo 5309 Account and then sent him the account information for a Chase account ending in 7003 of UICC 11 (the "Chase 7003 Account").

Overt Act No. 420:  On or about July 11, 2017, in response to a request by defendant MACWILLIAM CHUKWUOCHA for a bank account that could receive a fraudulent wire of approximately $280,000, defendant IGBOKWE sent defendant MACWILLIAM CHUKWUOCHA the account information for the Wells Fargo 5309 Account, including the name of UICC 23, the account number, and the routing number.

Overt Act No. 421:  On or about July 12, 2017, in response to a request by defendant AWAK for a bank account that could receive a fraudulent wire of approximately $500,000, defendant IRO sent defendant AWAK the account information for the BOA 3563 Account, including the account number and the routing number.

Overt Act No. 422:  On or about July 12, 2017, defendant EGWUMBA discussed with defendant EROHA how defendant EGWUMBA had been using a computer virus.

Overt Act No. 423:  On or about July 12, 2017, defendant IRO told defendant EROHA that for receiving and laundering the proceeds of BEC transactions he would charge a rate of 45%-60% and for romance schemes he could charge 20%-25%, and defendant EROHA provided that information to defendant EGWUMBA.

Overt Act No. 424:  On or about January 12, 2017, defendant IGBOKWE sent defendant IHEJIUREME the name of defendant MANSBANGURA

1 | as the money service account to which defendant IHEJIUREME could

2 | direct a fraudulent payment.

3 |     <u>Overt Act No. 425:</u>  On or about July 13, 2017, defendant IGBOKWE

4 | sent defendant ESHIMBU the account information for defendant

5 | IGBOKWE's BOA account ending in 2673 (the "BOA 2673 Account"),

6 | including the account number and the routing number, to use in

7 | receiving a fraudulent payment.

8 |     <u>Overt Act No. 426:</u>  On or about July 15, 2017, defendant IGBOKWE

9 | sent defendant ODIMARA the account information for a BOA 4560

10 | Account, including the account number and the routing number.

11 | Additional Transfers to Nigerian Bank Accounts

12 |     <u>Overt Act No. 427:</u>  On or about February 7, 2017, defendant IRO

13 | instructed UICC 3 to transfer approximately 28,800,000 naira from his

14 | Nigerian bank account to the Nigerian bank account of defendant

15 | OGUNGBE, and noted that those funds were to "buy usd."

16 |     <u>Overt Act No. 428:</u>  On or about April 4, 2017, defendant IRO

17 | instructed UICC 3 to transfer approximately 3,300,000 naira from his

18 | Nigerian bank account to the Nigerian bank account of defendant MBA.

19 |     <u>Overt Act No. 429:</u>  On or about May 8, 2017, defendant OGUNGBE

20 | confirmed to defendant IRO that he had paid approximately 5,000,000

21 | naira to the Nigerian bank account of UICC 3 on or about April 16,

22 | 2017.

23 |     <u>Overt Act No. 430:</u>  On or about April 19, 2017, defendant IRO

24 | instructed defendant IKOGHO to transfer funds from his Nigerian bank

25 | account to the Nigerian bank account of UICC 3 and two other Nigerian

26 | bank accounts.

27 |

28 |

Overt Act No. 431: On or about April 24, 2017, defendant IRO instructed defendant IKOGHO to transfer funds from his Nigerian bank account to the Nigerian bank account of UICC 3.

Overt Act No. 432: On or about April 25, 2017, defendant IRO instructed defendant IKOGHO to transfer approximately 1,250,510 naira from his Nigerian bank account to the Nigerian bank account of UICC 3.

Overt Act No. 433: On or about April 25, 2017, defendant IRO instructed defendant IKOGHO to transfer approximately 6,532,000 naira from his Nigerian bank account to the Nigerian bank account of defendant AZUBUIKE.

Overt Act No. 434: On or about April 28, 2017, defendant IRO instructed defendant OGUNGBE to transfer approximately $3,550,000 from his Nigerian bank account to the Nigerian bank account of UICC 3.

Overt Act No. 435: On or about May 3, 2017, defendant IRO instructed UICC 3 to transfer approximately 5,000,000 naira from his Nigerian bank account to the Nigerian bank account of defendant N. DURU.

Overt Act No. 436: On or about May 8, 2017, defendant IRO instructed defendant IKOGHO to transfer funds from his Nigerian bank account to the Nigerian bank account of defendant N. DURU.

Overt Act No. 437: On or about May 9, 2017, defendant IRO instructed defendant IKOGHO to transfer approximately 26,927,500 naira from his Nigerian bank account to the Nigerian bank account of defendant N. DURU.

Overt Act No. 438: On or about May 9, 2017, defendant IRO instructed defendant IKOGHO to transfer approximately 11,791,200

89

1    naira from his Nigerian bank account to the Nigerian bank account of
2    UICC 3.

3         Overt Act No. 439:  On or about May 9, 2017, defendant IRO
4    instructed defendant IKOGHO to transfer approximately 1,600,000 naira
5    from his Nigerian bank account to the Nigerian bank account of
6    defendant NNAMDI.

7         Overt Act No. 440:  On or about May 9, 2017, defendant IRO
8    instructed defendant IKOGHO to transfer approximately 3,960,000 naira
9    from his Nigerian bank account to the Nigerian bank account of UICC
10   5.

11        Overt Act No. 441:  On or about May 9, 2017, defendant IRO
12   instructed defendant IKOGHO to transfer approximately 4,440,200 naira
13   from his Nigerian bank account to the Nigerian bank account of UICC
14   3.

15        Overt Act No. 442:  On or about May 13, 2017, defendant IRO
16   instructed defendant IKOGHO to transfer approximately 21,300,000
17   naira from his Nigerian bank account to the Nigerian bank account of
18   UICC 5.

19        Overt Act No. 443:  On or about May 15, 2017, defendant IRO
20   instructed UICC 3 to transfer approximately 24,700,000 naira from his
21   Nigerian bank account to the Nigerian bank account of defendant
22   N. DURU.

23        Overt Act No. 444:  On or about May 15, 2017, defendant IRO
24   instructed UICC 3 to transfer approximately 742,500 naira from his
25   Nigerian bank account to the Nigerian bank account of defendant AWAK.

26        Overt Act No. 445:  On or about May 15, 2017, defendant IRO
27   instructed UICC 3 to transfer approximately 200,000 naira from his

28

1   Nigerian bank account to the Nigerian bank account of defendant
2   AZUBUIKE.

3       Overt Act No. 446:  On or about May 7, 2017, defendant OGUNGBE
4   confirmed to defendant IRO that he had paid approximately 5,000,000
5   naira to the Nigerian bank account of UICC 3.

6       Overt Act No. 447:  On or about July 12, 2017, defendants IRO
7   and OGUNGBE discussed a transfer of approximately 2,626,500 to the
8   Nigerian bank account of defendant AJAH.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWO

[18 U.S.C. § 1349]

[ALL DEFENDANTS]

21.  The Grand Jury re-alleges and incorporates paragraphs 1 through 16 of the Introductory Allegations of this Indictment here.

A.  OBJECTS OF THE CONSPIRACY

22.  Beginning on a date unknown to the Grand Jury, but no later than October 7, 2014, and continuing through an unknown date, but no earlier than on or about May 2, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendants IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, P. DURU, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR, UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, IHEJIUREME, and MADEKWE, together with UICC 1 through UICC 26 and others known and unknown to the Grand Jury, knowingly conspired to commit the following offenses:

a.  wire fraud, in violation of Title 18, United States Code, Section 1343;

b.  mail fraud, in violation of Title 18, United States Code, Section 1341; and

92

1    c.   bank fraud, in violation of Title 18, United States

2    Code, Section 1344(2).

3    B.   THE MANNER AND MEANS OF THE CONSPIRACY

4         23.  The objects of the conspiracy were to be accomplished, in

5    substance, as follows:

6         a.   Defendants UMEJESI, OGUNGBE, EKECHUKWU, XPLORA G,

7    OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA,

8    OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM

9    CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA,

10   IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI,

11   ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE,

12   ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU,

13   AGWUEGBO, CHUKWU, MEGWA, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE,

14   AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR,

15   UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, and

16   IHEJIUREME, or their coconspirators, would identify a potential

17   victim of a BEC fraud, escrow fraud, romance scam, or other

18   fraudulent scheme.

19        i.   As to a potential BEC fraud and escrow fraud

20   victim, this would be done in part by hacking into the email system

21   of either the potential BEC fraud victim or a party with whom the

22   potential BEC fraud victim was communicating, intercepting

23   communications, and directly communicating with the potential victim.

24        ii.  As to a potential romance scam victim, this would

25   be done by employing false and fraudulent personas to virtually meet

26   a potential victim on online dating or social media platforms and

27   attempting to cultivate relationships such that the potential victim

28

                                   93

1 | would incorrectly believe herself or himself to be in a relationship
2 | or to be friends with the false and fraudulent persona.
3 |       b.   The Grand Jury re-alleges and incorporates paragraphs
4 | 19.a through 19.i of Section B of Count One of this Indictment here.
5 | C.   OVERT ACTS
6 |     24.  In furtherance of the conspiracy, and to accomplish its
7 | objects, defendants IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY,
8 | MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, N.
9 | DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE,
10 | ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK,
11 | EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU,
12 | AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA,
13 | ISAMADE, MADUFOR, NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH,
14 | OBASI, AGUBE, OKORIE, OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, P. DURU,
15 | IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE,
16 | UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR, UBASINEKE, IBETO,
17 | NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, IHEJIUREME, and MADEKWE,
18 | together with other known and unknown to the Grand Jury, on or about
19 | the dates set forth below, committed and caused to be committed
20 | various overt acts, in the Central District of California and
21 | elsewhere, including, but not limited to, the following:
22 |    Overt Act Nos. 1-447:  The Grand Jury re-alleges and
23 | incorporates Overt Act Number 1 through Overt Act Number 447 of
24 | Section C of Count One of this Indictment here.

COUNT THREE

[18 U.S.C. § 1349]

[DEFENDANTS IRO, ONWUASOANYA, AND IZUNWANNE]

25.   The Grand Jury re-alleges and incorporates paragraphs 1 and 8 of the Introductory Allegations of this Indictment here.

A.   OBJECTS OF THE CONSPIRACY

26.   Beginning on a date unknown to the Grand Jury, but no later than September 1, 2014, and continuing through an unknown date, but no earlier than on or about September 11, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendants IRO, ONWUASOANYA, and IZUNWANNE, together with others known and unknown to the Grand Jury, knowingly conspired to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

B.   THE MANNER AND MEANS OF THE CONSPIRACY

27.   The object of the conspiracy was to be accomplished, in substance, as follows:

a.   Defendants ONWUASOANYA, IZUNWANNE, or their coconspirators, would identify a potential victim of BEC fraud.  This would be done in part by hacking into the email system of either the potential BEC fraud victim or a party with whom the potential BEC fraud victim was communicating, intercepting communications, and directly communicating with the potential victims.

b.   Defendants ONWUASOANYA, IZUNWANNE, or their coconspirators, would through false and fraudulent pretenses, representations, and promises, and concealment of material facts, persuade a victim to wire funds into a bank account.

95

1    c.    Defendants ONWUASOANYA, IZUNWANNE, IRO, and their

2    coconspirators, would also make false and fraudulent statements,

3    representations, and promises, and conceal material facts, in order

4    to avoid discovery of the fraudulent nature of the deposit, wire, or

5    transfer.

6    d.    Defendants ONWUASOANYA, IZUNWANNE, or their

7    coconspirators would withdraw, and attempt to withdraw, the

8    fraudulently-obtained funds from a bank account before the victim

9    became aware of the fraudulent nature of the transactions, so as to

10   obtain the money and so as to conceal and disguise the nature,

11   location, source, ownership and control of the proceeds.

12   C.    OVERT ACTS

13   Overt Act No. 1:    On or about September 3, 2014, an unknown

14   coconspirator fraudulently induced Victim Company 1 to send a wire

15   transfer of approximately $45,783.97 from its City National Bank

16   account in San Diego County, California, to a fraudulent bank account

17   at HSBC ending in 6100.

18   Overt Act No. 2:    On or about September 11, 2014, prior to

19   Victim Company 1 discovering that it had been defrauded, defendant

20   ONWUASOANYA arranged for defendant IRO to impersonate an employee of

21   Victim Company 1 when speaking to a Chinese representative of Victim

22   Company 1, in order to avoid having the fraudulent scheme be

23   detected.

24   Overt Act No. 3:    On or about September 11, 2014, prior to

25   Victim Company 1 discovering that it had been defrauded, defendant

26   IZUNWANNE provided information to IRO so that defendant IRO could

27   impersonate an employee of Victim Company 1 when speaking to a

28

1   Chinese representative of Victim Company 1, in order to avoid having

2   the fraudulent scheme be detected.

## COUNTS FOUR THROUGH FORTY-NINE

[18 U.S.C. §§ 1343, 2(a)]

[DEFENDANTS IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, NNAMDI, CHILAKA, ODIONYENMA, OGBONNA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, SAM MAL, AZUBUIKE, ANUNOBI, ONUWA, P. DURU, ANOZIE, AGUNWA, AND NWANGWU]

28.  The Grand Jury re-alleges and incorporates paragraphs 1 through 16 of the Introductory Allegations of this Indictment here.

A.  SCHEMES TO DEFRAUD

29.  Beginning on unknown dates no later than on or about September 3, 2015 and continuing through unknown dates no earlier than on or about May 2, 2018, in Los Angeles County, within the Central District of California, and elsewhere, the defendant(s) identified in each Count listed in paragraph 31, together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and with intent to defraud, devised, participated in, and executed and attempted to execute a scheme to defraud a victim as to material matters, and to obtain money and property from such victim by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

30.  The fraudulent schemes were operated and were carried out, in substance, as set forth in paragraph 23 of Count Two of this Indictment.

B.  USE OF THE WIRES

31.  On or about the following dates, within the Central District of California, and elsewhere, the following defendants, and others known and unknown to the Grand Jury, for the purpose of

executing and attempting to execute the above-described schemes to
defraud, transmitted and caused the transmission of the following
items by means of wire communication in interstate and foreign
commerce:

| COUNT | DEFENDANT(S) | DATE | ITEM WIRED |
|---|---|---|---|
| Scheme as to Victim M.S. | | | |
| 4 | IRO and OGBONNA | 9/3/2015 | Wire transfer of approximately $23,000 from the BOA account of M.S., held in Monterey Park, California, through interstate wires, to Chase checking account ending in 9837 of defendant IRO, doing business as ("dba") "VOI Enterprises," held in Carson, California (the "Chase 9837 Account") |
| 5 | IRO and OGBONNA | 9/8/2015 | Wire transfer of approximately $46,500 from the BOA account of M.S., held in Monterey Park, California, through interstate wires, to the Chase 9837 Account |
| 6 | IRO and OGBONNA | 9/10/2015 | Wire transfer of approximately $4,700 from the BOA account of M.S., held in Monterey Park, California, through interstate wires, to the Chase 9837 Account |
| 7 | IRO and OGBONNA | 9/14/2015 | Wire transfer of approximately $17,000 from the BOA account of M.S., held in Monterey Park, California, through interstate wires, to the Chase 9837 Account |
| Scheme as to Victim Company 2 | | | |
| 8 | IRO | 2/12/2016 | Wire transfer of approximately $186,686 from the United Bank of Africa account of Victim Company 2, through interstate wires, to the Chase 9837 Account |

| | | | |
|---|---|---|---|
| Scheme as to Victim R.B. | | | |
| 9 | IRO, ODIONYENMA, and AWAK | 3/31/2016 | Wire transfer of approximately $18,000 from a Wells Fargo account of R.B., held in Panama City Beach, Florida, to a bank account at Comerica ending in 2663 of defendant IRO, dba "IRVA Auto Sales & Equip Broker LLC," held in Carson, California ("Comerica 2663 Account") |
| 10 | IRO, ODIONYENMA, and AWAK | 4/4/2016 | Wire transfer of approximately $39,000 from a Wells Fargo account of R.B., held in Panama City Beach, Florida, to the Comerica 2663 Account |
| 11 | IRO, ODIONYENMA, and AWAK | 4/7/2016 | Wire transfer of approximately $30,000 from a Wells Fargo account of R.B., held in Panama City Beach, Florida, to a Wells Fargo account ending in 7410 |
| Scheme as to Victim F.K. | | | |
| 12 | IGBOKWE, MANSBANGURA, and ANUNOBI | 5/30/2016 | Wire transfer of approximately $6,824 from a bank account in Japan to a Chase account ending in 1577 of UICC 2, held in Los Angeles, California |
| 13 | IGBOKWE, MANSBANGURA, and ANUNOBI | 7/13/2016 | Wire transfer of approximately $33,128.26 from a bank account in Japan to a Chase account ending in 0655 of UICC 1 |
| Scheme as to Victim J.G. | | | |
| 14 | IGBOKWE and MANSBANGURA | 10/26/2016 | Wire transfer of approximately $30,000 from a Heritage Bank of Nevada account to a US Bank account ending in 2669 of UICC 1, held in Los Angeles, California |
| Scheme as to Victim Company 3 | | | |
| 15 | IGBOKWE and MANSBANGURA | 12/19/2016 | Wire transfer of approximately $18,457.13 from Chase account of Victim Company 3, held in Oklahoma, to a US Bank account ending in 2982 of UICC 2, held in Los Angeles, California |

| | | | Scheme as to Victim B.Z. |
|---|---|---|---|
| 16 | IGBOKWE, MANSBANGURA, and ONUWA | 3/16/2017 | Wire transfer of approximately $11,900 from a Chemical Bank account of B.Z., held in Michigan, to a Chase account ending in 7605 of UICC 1, in Los Angeles, California (the "Chase 7605 Account") |
| | | | Scheme as to Victim Company 4 |
| 17 | IGBOKWE, UMEJESI, and OJIMBA | 3/29/2017 | Wire transfer of approximately $29,679.17 from a Banco Bilbao Vizcaya Argentaria, S.A. account of Victim Company 4, held in Colombia, to a Wells Fargo account ending in 7245 of UICC 9, held in Whittier, California |
| | | | Scheme as to Victim A.V. |
| 18 | IGBOKWE, CHILAKA, and MANSBANGURA | 4/11/2017 | Wire transfer of approximately $8,035 from a Capital One account of A.V., held in Maryland, to a Wells Fargo account ending in 1147 of UICC 24, in Los Angeles, California |
| 19 | IGBOKWE, CHILAKA, and MANSBANGURA | 4/27/2017 | Wire transfer of approximately $2,700 from a Capital One account of A.V., held in Maryland, to a Chase account ending in 5027 of UICC 1, which account was held in Los Angeles, California (the "Chase 5027 Account") |
| 20 | IGBOKWE, CHILAKA, and MANSBANGURA | 5/1/2017 | Wire transfer of approximately $3,360 from a Capital One account of A.V., held in Maryland, to the Chase 5027 Account |
| | | | Scheme as to Victims Je.F. and Jo.F. |
| 21 | IRO, EKECHUKWU, AZUBUIKE, and ANOZIE | 4/17/2017 | Wire transfer of approximately $135,800 from a BMO Harris Bank account of Je.F. and Jo.F., held in Illinois, to a Chase account ending in 6217 of UICC 24, held in Hawthorne, California |

| | | | Scheme as to Victim Company 6 |
|---|---|---|---|
| 22 | IRO, CATHEY, and NNAMDI | 4/10/2017 | Message from defendant NNAMDI requesting that defendant IRO open a bank account in the name of a Chinese company ("Chinese Company 1"), related to an approximately $900,000 wire transfer to be fraudulently-obtained from Victim Company 6 |

| | | | Scheme as to Victim Company 7 |
|---|---|---|---|
| 23 | IRO and ANOZIE | 4/21/2017 | Wire transfer of approximately $23,789 from a BOA account of Victim Company 7, held in North Carolina, to a Chase checking account ending in 7866 of UICC 25, held in Carson, California |

| | | | Scheme as to Victim D.J. |
|---|---|---|---|
| 24 | IGBOKWE, ODIONYENMA, MANSBANGURA, and P. DURU | 5/5/2017 | Photo of a deposit receipt sent by defendant ODIONYENMA to defendant IGBOKWE, from the deposit of a money order of approximately $25,600 from a Wells Fargo branch in Minnesota, by D.J., into a Wells Fargo account ending in 4899 of defendant P. DURU |

| | | | Scheme as to Victim L.B. |
|---|---|---|---|
| 25 | IRO, AWAK, and IGBOKWE | 5/9/2017 | Wire transfer of approximately $3,000 from a Wells Fargo account of L.B., held in Alabama, to a BOA account ending in 2660 of defendant IGBOKWE, held in Los Angeles, California |

| | | | Scheme as to Victim Company 9 |
|---|---|---|---|
| 26 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/10/2017 | Wire transfer of approximately $220,462.68 from a First Caribbean International Bank account of Victim Company 9, held in St. Vincent, to a BOA account ending in 1004 of UICC 11, held in Northridge, California |

| | | | |
|---|---|---|---|
| Scheme as to Victim Law Firm | | | |
| 27 | IRO, IGBOKWE, CATHEY, and OCHIAGHA | 5/11/2017 | Wire transfer of approximately $83,140.98 from a SunTrust account of the Victim Law Firm, held in North Carolina, to a Chase account ending in 5899, held in Los Angeles, California |
| Scheme as to Victim D.V. | | | |
| 28 | IGBOKWE and MANSBANGURA | 5/13/2017 | Payment of approximately $500 by D.V. via Western Union to the account of UICC 1, in Los Angeles, California |
| 29 | IGBOKWE and MANSBANGURA | 5/15/2017 | Payment of approximately $500 by D.V. via Western Union to the account of UICC 1, in Los Angeles, California |
| Scheme as to Victim Company 10 | | | |
| 30 | IRO, IGBOKWE, CATHEY, and OCHIAGHA | 5/17/2017 | Wire transfer of approximately $301,201.20 from a China Merchants Bank account of Victim Company 10, held in China, to a Chase account ending in 7262 of UICC 12, held in Inglewood, California |
| Scheme as to Victim T.P. | | | |
| 31 | IRO, CATHEY, NNAMDI, and OGUNGBE | 6/5/2017 | Wire transfer of approximately $64,554 from a HSBC bank account used by T.P., held in Hong Kong, to a Chase account ending in 7522, held in Los Angeles, California |
| Scheme as to Victim Company 11 | | | |
| 32 | IRO, IKOGHO, UMEJESI, CATHEY, EROHA, and XPLORA G | 6/13/2017 | Wire transfer of approximately $297,617.11 from an Arab Bank PLC account of Victim Company 11, held in Lebanon, to a BOA account ending in 4180, of UICC 12, held in Inglewood, California |
| 33 | IRO, IKOGHO, UMEJESI, CATHEY, EROHA, and XPLORA G | 6/22/2017 | Wire transfer of approximately $297,617.11 from an Arab Bank PLC account of Victim Company 11, held in Lebanon, to a Wells Fargo account ending in 7984 of UICC 13, held in Inglewood, California |

| | | | |
|---|---|---|---|
| **Scheme as to Victim B.P.** | | | |
| 34 | IGBOKWE, MANSBANGURA, and AGUNWA | 6/23/2017 | Wire transfer of approximately $750 from a First Hawaiian Bank account of B.P., held in Hawaii, to the Chase 7605 Account |
| 35 | IGBOKWE, MANSBANGURA, and AGUNWA | 6/27/2017 | Wire transfer of approximately $1,500 from a First Hawaiian Bank account of B.P., held in Hawaii, to the Chase 7605 Account |
| 36 | IGBOKWE, MANSBANGURA, and AGUNWA | 7/13/2017 | Wire transfer of approximately $2,550 from a First Hawaiian Bank account of B.P., held in Hawaii, to the Chase 7605 Account |
| **Scheme as to Victim Solicitor Firm** | | | |
| 37 | IRO, IGBOKWE, IKOGHO, CATHEY, and OCHIAGHA | 6/22/2017 | Wire transfer of approximately $199,960 from a Lloyds Bank account of Victim Solicitor Firm, held in the United Kingdom, to a Chase account ending in 7633 of UICC 14, held in Culver City, California |
| **Scheme as to Victim Company 12** | | | |
| 38 | IRO, CATHEY, and XPLORA G | 5/30/2017 | Account information, including the account number and routing number, for a Chase account ending in 6679 sent by defendant IRO to defendant XPLORA G |
| **Scheme as to Victim D.A.** | | | |
| 39 | IGBOKWE, MANSBANGURA, and NWANGWU | 6/16/2017 | Wire transfer of approximately $500 from a Capital City Bank account of a Kansas company, held in Kansas, to the Chase 5027 Account |
| **Scheme as to Victim M.G.** | | | |
| 40 | IRO, IGBOKWE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/6/2017 | Wire transfer of approximately $11,000 from an HSBC account of M.G., held in Mexico, to a BOA account ending in 3563 of defendant EROHA, held in Inglewood, California (the "BOA 3563 Account") |
| 41 | IRO, IGBOKWE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/17/2017 | Wire transfer of approximately $5,000 from an HSBC account of M.G., held in Mexico, to the BOA 3563 Account |

| 42 | IRO, IGBOKWE, AJAEZE, and MACWILLIAM CHUKWUOCHA | 12/15/2017 | Wire transfer of approximately $5,500 from an HSBC account of M.G., held in Mexico, to a BOA account ending in 3349 of defendant AJAEZE in Harbor City, California (the "BOA 3349 Account") |
| 43 | IRO, IGBOKWE, AJAEZE, and MACWILLIAM CHUKWUOCHA | 12/22/2017 | Wire transfer of approximately $2,000 from an HSBC account of M.G., held in Mexico, to the BOA 3349 Account |
| 44 | IRO, IGBOKWE, AJAEZE, and MACWILLIAM CHUKWUOCHA | 5/2/2018 | Wire transfer of approximately $11,000 from an HSBC account of M.G., held in Mexico, to a US Bank account ending in 2910 of defendant AJAEZE, held in Inglewood, California |
| Scheme as to Victim Company 13 | | | |
| 45 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/3/2017 | Wire transfer of approximately $382,295 from an Abu Dhabi Commercial Bank of Victim Company 13, held in Dubai, to a Chase account ending in 5092 of UICC 16, held in Hawthorne, California (the "Chase 5092 Account") |
| Scheme as to Victim Company 14 | | | |
| 46 | IRO and AJAEZE | 1/18/2018 | Wire transfer of approximately $76,688.99 from Commerzbank AG account of Victim Company 14, held in Germany, to a Chase account ending in 0038 of defendant AJAEZE, held in Carson, California (the "Chase 0038 Account") |
| 47 | IRO and AJAEZE | 1/30/2018 | Wire transfer of approximately $39,004.47 from Commerzbank AG account of Victim Company 14, held in Germany, to the Chase 0038 Account |
| Scheme as to Victim Company 15 | | | |
| 48 | IRO, IKOGHO, and AJAEZE | 2/14/2018 | Wire transfer of approximately $886,950 from a PT Bank Mandiri Tbk account, held in Indonesia, to the Chase 0038 Account |

| Scheme as to Victim Company 16 | | | |
|---|---|---|---|
| 49 | IRO and AJAEZE | 2/15/2018 | Wire transfer of approximately $1,750,000 from a National Westminster Bank PLC account, held in the United Kingdom, to a Wells Fargo account ending in 1849 of defendant AJAEZE, held in Carson, California |

1                   COUNTS FIFTY AND FIFTY-ONE

2               [18 U.S.C. §§ 1344(2); 2(a)]

3        [DEFENDANTS IRO, IGBOKWE, AND MANSBANGURA]

4     32.  The Grand Jury re-alleges and incorporates paragraphs 1, 2,

5  and 13 of the Introductory Allegations of this Indictment here.

6  A.   THE SCHEME TO DEFRAUD

7     33.  Beginning on an unknown date, but no later than on or about

8  February 17, 2017, and continuing through on or about June 21, 2017,

9  in Los Angeles County, within the Central District of California, and

10  elsewhere, defendants IRO, IGBOKWE, and MANSBANGURA, together with

11  others known and unknown to the Grand Jury, each aiding and abetting

12  the other, knowingly and with intent to defraud, executed, and

13  attempted to execute a scheme to obtain moneys, funds, credits,

14  assets, and other property owned by and under the custody and control

15  of Wells Fargo by means of material false and fraudulent pretenses,

16  representations, and promises, and the concealment of material facts.

17     34.  The fraudulent scheme operated, in substance, in the

18  following manner:

19         a.  Defendant IRO would instruct defendant IGBOKWE to have

20  defendant MANSBANGURA and UICC 1 open a bank account in the name of

21  Victim Company 5.

22         b.  Defendant IGBOKWE would relay to defendant MANSBANGURA

23  defendant IRO's request to open a bank account in the name of Victim

24  Company 5.

25         c.  Defendant MANSBANGURA would cause to be filed with the

26  Los Angeles County Registrar-Recorder/County Clerk's Office a

27  Fictitious Business Name Statement similar to the name of Victim

28  Company 5.

d.    Defendant MANSBANGURA would cause to be opened a bank account in the name of UICC 1, with the business name of the bank account similar to that of Victim Company 5.

e.    Defendant MANSBANGURA would provide the bank account information, including the name of UICC 1, the account number, and the routing number, to defendant IGBOKWE who, in turn, would provide it to defendant IRO.

f.    Unknown coconspirators would send or cause to be sent to Wells Fargo a forged and fraudulent request purporting to be from Victim Company 5, requesting that Wells Fargo close the bank account of Victim Company 5 held at Wells Fargo and transfer the balance of the account to the bank account opened in the name of UICC 1.

B.    EXECUTION OF THE FRAUDULENT SCHEME

35.    On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendants IRO, IGBOKWE, and MANSBANGURA, together with others known and unknown to the Grand Jury, each aiding and abetting the other, committed the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|-------|------|-----|
| 50 | 3/29/17 | An unknown coconspirator caused to be sent to Wells Fargo a forged and fraudulent request purporting to be from Victim Company 5, requesting that Victim Company 5's account at Wells Fargo be closed and that the balance, which was approximately $17,300,844.58 at the time, be transferred to a Chase account ending in 5027 of UICC 1, which defendants IRO, IGBOKWE, and MANSBANGURA caused to be opened and which account was held in Los Angeles, California (the "Chase 5027 Account") |

| 51 | 6/3/2017 | An unknown coconspirator caused to be sent to Wells Fargo a forged and fraudulent request purporting to be from Victim Company 5, requesting that Victim Company 5's account at Wells Fargo be closed and that the balance, which was approximately $12,760,922.93 at the time, be transferred to the Chase 5027 Account, which defendants IRO, IGBOKWE, and MANSBANGURA caused to be opened |

COUNTS FIFTY-TWO THROUGH ONE HUNDRED TWENTY-THREE

[18 U.S.C. §§ 1956(a)(1)(B)(i); 2(a)]

[DEFENDANTS IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, OCHIAGHA, OGBONNA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, SAM MAL, ONUWA, AND ANOZIE]

36.  The Grand Jury re-alleges and incorporates paragraphs 1 through 16 of the Introductory Allegations of this Indictment here.

37.  On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, the following defendants and others known and unknown to the Grand Jury, each aiding and abetting the other, conducted and attempted to conduct the financial transactions described below affecting interstate and foreign commerce, knowing that the property involved represented the proceeds of some form of unlawful activity, and which transactions, in fact, involved the proceeds of specified unlawful activity, namely, wire fraud, in violation of Title 18, United States Code, Section 1343; and mail fraud, in violation of Title 18, United States Code, Section 1341; and bank fraud, in violation of Title 18, United States Code, Section 1344(2), and knowing that each of the transactions was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of such proceeds:

| COUNT | DEFENDANT(S) | DATE | TRANSACTION |
|-------|--------------|------|-------------|
| 52 | IRO and OGBONNA | 9/4/2015 | Withdrawal of approximately $14,000 from the Chase checking account ending in 9837 of defendant IRO, doing business as ("dba") "VOI Enterprises," held in Carson, California (the "Chase 9837 Account") |
| 53 | IRO and OGBONNA | 9/8/2015 | Withdrawal of approximately $8,000 from the Chase 9837 Account |

110

| 54 | IRO and OGBONNA | 9/10/2015 | Withdrawal of approximately $30,000 from the Chase 9837 Account |
| 55 | IRO and OGBONNA | 9/10/2015 | Withdrawal of approximately $9,000 from the Chase 9837 Account |
| 56 | IRO and OGBONNA | 9/17/2015 | Withdrawal of approximately $10,000 from the Chase 9837 Account |
| 57 | IRO and OGBONNA | 9/17/2015 | Withdrawal of approximately $20,000 from the Chase 9837 Account |
| 58 | IRO and OGBONNA | 9/17/2015 | Withdrawal of approximately $5,000 from the Chase 9837 Account |
| 59 | IRO | 2/12/2016 | Transfer of approximately $188,600 from the Chase 9837 Account to a Chase savings account ending in 0820 of defendant IRO, dba VOI Enterprises, held in Carson, California ("Chase 0820 Account") |
| 60 | IRO | 2/12/2016 | Transfer of approximately $161,700 from the Chase 0820 Account to the Chase 9837 Account |
| 61 | IRO | 2/16/2016 | Wire transfer of approximately $132,950 from the Chase 9837 Account to a Wells Fargo account ending in 6061 of defendant IRO, dba "Irva Auto Sales & Equip Broker LLC," held in Carson, California ("Wells Fargo 6061 Account") |
| 62 | IRO | 2/16/2016 | Wire transfer of approximately $28,670 from the Chase 9837 Account to the bank account ending in 3107 of UICC 7 at CalCom FCU, held in Torrance, California ("CalCom 3107 Account") |
| 63 | IRO | 2/16/2016 | Wire transfer of approximately $27,500 from the CalCom 3107 Account to the Wells Fargo 6061 Account |
| 64 | IRO | 2/16/2016 | Wire transfer of approximately $50,000 from the Wells Fargo 6061 Account to a BOA account ending in 1824 |
| 65 | IRO | 2/16/2016 | Withdrawal of approximately $50,000 from the Wells Fargo 6061 Account |
| 66 | IRO | 2/18/2016 | Wire transfer of approximately $30,500 from the Wells Fargo 6061 Account to a Chase account ending in 1279 of UICC 8 |
| 67 | IGBOKWE and MANSBANGURA | 10/28/2016 | Withdrawal of approximately $5,500 from a US Bank account ending in 2669 of UICC 1, held in Los Angeles, California (the "US Bank 2669 Account"), through check addressed to defendant MANSBANGURA |
| 68 | IGBOKWE and MANSBANGURA | 10/28/2016 | Withdrawal of approximately $8,845 from the US Bank 2669 Account, through check addressed to UICC 2 |

| 69 | IGBOKWE and MANSBANGURA | 10/31/2016 | Withdrawal of approximately $7,580 from the US Bank 2669 Account, through check addressed to UICC 2 |
|---|---|---|---|
| 70 | IGBOKWE and MANSBANGURA | 11/1/2016 | Withdrawal of approximately $7,500 from the US Bank 2669 Account, through check addressed to defendant MANSBANGURA |
| 71 | IGBOKWE and MANSBANGURA | 12/20/2016 | Withdrawal of approximately $8,500 from a US Bank account ending in 2982 of UICC 2, held in Los Angeles, California ("US Bank 2982 Account") |
| 72 | IGBOKWE, MANSBANGURA, and ONUWA | 3/16/2017 | Withdrawal of approximately $4,000 from a Chase account ending in 7605 of UICC 1, in Los Angeles, California (the "Chase 7605 Account"), through a check for "Rent" |
| 73 | IGBOKWE, UMEJESI, and OJIMBA | 3/31/2017 | Withdrawal of approximately $11,160 from a Wells Fargo account ending in 7245 of UICC 9, held in Whittier, California (the "Wells Fargo 7245 Account"), through a check addressed to defendant UMEJESI |
| 74 | IGBOKWE, UMEJESI, and OJIMBA | 3/31/2017 | Withdrawal of approximately $16,520 from the Wells Fargo 7245 Account, through a check addressed to defendant OJIMBA |
| 75 | IRO and ANOZIE | 4/21/2017 | Transfer of approximately $2,700 from a Chase checking account ending in 7866 of UICC 25, held in Carson, California (the "Chase 7866 Account") to a Chase savings account ending in 9927 of UICC 25, held in Carson, California (the "Chase 9927 Account") |
| 76 | IRO and ANOZIE | 4/24/2017 | Wire transfer of approximately $18,598 from the Chase 7866 Account to a SunTrust account of "B&B Motors of Tampa Bay Inc." |
| 77 | IRO and ANOZIE | 4/24/2017 | Withdrawal of approximately $500 from the Chase 7866 Account |
| 78 | IRO and ANOZIE | 4/25/2017 | Wire transfer of approximately $1,450 from the Chase 7866 Account to a U.S. Bank account ending in 0953 |
| 79 | IRO, IGBOKWE and AWAK | 6/7/2017 | Payment of approximately $1,225 from a BOA account ending in 2660 of defendant IGBOKWE, held in Los Angeles, California (the "BOA 2660 Account") to U.S. Citizenship and Immigration services for defendant IGBOKWE's application for lawful permanent residence |

112

| 80 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/11/2017 | Wire transfer of approximately $60,000 from a BOA account ending in 1004 of UICC 11, held in Northridge, California (the "BOA 1004 Account") to a BOA account ending in 5283, held in Paramount, California (the "BOA 5283 Account") |
|----|----|----|----|
| 81 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/12/2017 | Wire transfer of approximately $75,500 from the BOA 1004 Account to a BOA account ending in 9405, held in Bellingham, Massachusetts (the "BOA 9405 Account") |
| 82 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/15/2017 | Withdrawal of a cashier's check of approximately $21,000, addressed to defendant UMEJESI, from the BOA 1004 Account |
| 83 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/15/2017 | Purchase of a cashier's check of approximately $9,500, addressed to defendant IGBOKWE, from the BOA 1004 Account |
| 84 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/15/2017 | Wire transfer of approximately $30,000 from the BOA 1004 Account to the BOA 9405 Account |
| 85 | IGBOKWE and MANSBANGURA | 5/15/2017 | Withdrawal of approximately $500 from the Western Union account of UICC 1, in Los Angeles, California |
| 86 | IGBOKWE and MANSBANGURA | 5/15/2017 | Withdrawal of approximately $500 from the Western Union account of UICC 1, in Los Angeles, California |
| 87 | IRO, OGUNGBE, CATHEY, and NNAMDI | 6/6/2017 | Withdrawal of approximately $8,500 from a Chase account ending in 7522, held in Los Angeles, California (the "Chase 7522 Account") |
| 88 | IRO, OGUNGBE, CATHEY, and NNAMDI | 6/7/2017 | Withdrawal of approximately $7,100 from the Chase 7522 Account |
| 89 | IRO, OGUNGBE, CATHEY, and NNAMDI | 6/7/2017 | Wire transfer of approximately $47,000 from the Chase 7522 Account to a Citibank account of a Hong Kong company |

| 90 | IRO, IGBOKWE, IKOGHO, CATHEY, and OCHIAGHA | 6/23/2017 | Withdrawal of approximately $43,750 from a Chase account ending in 7633 of UICC 14, held in Culver City, California ("Chase 7633 Account"), through check deposited to a Chase account ending in 6781 of UICC 15 in Los Angeles, California ("Chase 6781 Account") |
|---|---|---|---|
| 91 | IRO, IGBOKWE, IKOGHO, CATHEY, and OCHIAGHA | 6/26/2017 | Withdrawal of approximately $9,150 from the Chase 7633 Account through a cashier's check |
| 92 | IRO, IGBOKWE, AJAEZE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/10/2017 | Wire transfer of approximately $6,000 from a BOA account ending in 3563 of defendant EROHA, held in Inglewood, California (the "BOA 3563 Account") to a Wells Fargo account ending in 5736 of defendant MACWILLIAM CHUKWUOCHA, held in Orlando, Florida (the "Wells Fargo 5736 Account") |
| 93 | IRO, IGBOKWE, AJAEZE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/11/2017 | Wire transfer of approximately $2,800 from the BOA 3563 Account to the Wells Fargo 5736 Account |
| 94 | IRO, IGBOKWE, AJAEZE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/17/2017 | Withdrawal of approximately $5,000 from the BOA 3563 Account |
| 95 | IRO, IGBOKWE, AJAEZE, EROHA, and MACWILLIAM CHUKWUOCHA | 7/17/2017 | Deposit of approximately $4,150 to the Wells Fargo 5736 Account |
| 96 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/5/2017 | Withdrawal of approximately $47,606.40 from a Chase account ending in 5092 of UICC 16, held in Hawthorne, California (the "Chase 5092 Account") through a cashier's check |
| 97 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/5/2017 | Withdrawal of approximately $52,602 from the Chase 5092 Account through a cashier's check |

| 98 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/7/2017 | Withdrawal of approximately $65,965 from the Chase 5092 Account through a cashier's check |
|----|----|----|----|
| 99 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/8/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |
| 100 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/9/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |
| 101 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/10/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |
| 102 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/10/2017 | Wire transfer of approximately $60,000 from the Chase 5092 Account to the BOA 2660 Account |
| 103 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/15/2017 | Wire transfer of approximately $54,600 from the BOA 2660 Account to a Chase account ending in 9931 of OGUNGBE, dba "P and P Motors LLC," held in Santa Fe Springs, California. |
| 104 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/15/2017 | Deposit of a cashier's check of approximately $35,000, issued from Chase 5092 Account, into a Chase account ending in 5812 of UICC 16, held in Inglewood, California ("Chase 5812 Account") |

| 105 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/22/2017 | Deposit of a cashier's check of approximately $35,000, issued from the Chase 5092 Account, into the Chase 5812 Account |
|---|---|---|---|
| 106 | IRO and AJAEZE | 1/19/2018 | Wire transfer of approximately $27,455 from a Chase account ending in 0038 of defendant AJAEZE, held in Carson, California (the "Chase 0038 Account"), to a Wells Fargo account in the name "Cadon Auto Corporation" |
| 107 | IRO and AJAEZE | 1/19/2018 | Wire transfer of approximately $51,865 from the Chase 0038 Account to a Mashreqbank PSC account, held in the United Arab Emirates, in the name "Elite Auto Fze" |
| 108 | IRO and AJAEZE | 1/22/2018 | Withdrawal of approximately $500 from the Chase 0038 Account from an ATM in Los Angeles, California |
| 109 | IRO and AJAEZE | 1/23/2018 | Withdrawal of approximately $500 from the Chase 0038 Account from an ATM in Carson, California |
| 110 | IRO and AJAEZE | 1/30/2018 | Withdrawal of approximately $500 from the Chase 0038 Account from an ATM in Los Angeles, California |
| 111 | IRO and AJAEZE | 1/31/2018 | Wire transfer of approximately $19,000 from the Chase 0038 Account to a PNC Bank account of The George Washington University to pay the Spring 2018 tuition of a student |
| 112 | IRO and AJAEZE | 2/1/2018 | Purchase of a cashier's check of approximately $12,793 from the Chase 0038 Account |
| 113 | IRO and AJAEZE | 2/5/2018 | Withdrawal of approximately $2,000 from the Chase 0038 Account from a Chase bank branch in Carson, California |
| 114 | IRO and AJAEZE | 2/5/2018 | Withdrawal of approximately $500 from the Chase 0038 Account from an ATM in Carson, California |
| 115 | IRO, IKOGHO, and AJAEZE | 2/15/2018 | Wire transfer of approximately $84,985 from the Chase 0038 Account to a BOA account ending in 5903 |
| 116 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Wire transfer of approximately $189,000 from the Chase 0038 Account to a Compass Bank account ending in 3681 of defendant IKOGHO, held in Lynwood, California (the "Compass Bank 3681 Account") |
| 117 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Check of approximately $8,000 negotiated from the Compass Bank 3681 Account |

| 118 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Purchase of cashier's check of approximately $35,000 from the Compass Bank 3681 Account |
|-----|------|------|------|
| 119 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Withdrawal of approximately $8,000 from the Chase 0038 Account from a Chase bank branch in Carson, California |
| 120 | IRO, IKOGHO, and AJAEZE | 2/17/2018 | Withdrawal of approximately $500 from the Chase 0038 Account from an ATM in Los Angeles, California |
| 121 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $200,000 from a Wells Fargo account ending in 1849 of defendant AJAEZE, held in Carson, California (the "Wells Fargo 1849 Account") to a Wells Fargo account ending in 7748 of defendant AJAEZE, held in Westchester, California (the "Wells Fargo 7748 Account") |
| 122 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $500,000 from the Wells Fargo 1849 Account to the Wells Fargo 7748 Account |
| 123 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $500,000 from the Wells Fargo 1849 Account to the Wells Fargo 7748 Account |

COUNTS ONE HUNDRED TWENTY-FOUR THROUGH ONE HUNDRED SIXTY

[18 U.S.C. §§ 1957; 2(a)]

[DEFENDANTS IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, AJAEZE, EKECHUKWU, OCHIAGHA, OGBONNA, UZOKA, SAM MAL, AND ANOZIE]

38. The Grand Jury re-alleges and incorporates paragraphs 1 through 16 of the Introductory Allegations of this Indictment here.

39. On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, the following defendants and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly engaged in, attempted to engage in, and caused others to engage in and attempt to engage in the following monetary transactions, in and affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, by making the following transfers, such property having been derived from specified unlawful activity, namely, wire fraud, in violation of Title 18, United States Code, Section 1343, and bank fraud, in violation of Title 18, United States Code, Section 1344(2), knowing that the funds involved represented the proceeds of some form of unlawful activity:

| COUNT | DEFENDANT(S) | DATE | TRANSACTION |
|-------|--------------|------|-------------|
| 124 | IRO and OGBONNA | 9/4/2015 | Withdrawal of approximately $14,000 from the Chase checking account ending in 9837 of defendant IRO, doing business as ("dba") "VOI Enterprises," held in Carson, California (the "Chase 9837 Account") |
| 125 | IRO and OGBONNA | 9/10/2015 | Withdrawal of approximately $30,000 from the Chase 9837 Account |

| 126 | IRO | 2/12/2016 | Transfer of approximately $188,600 from the Chase 9837 Account to a Chase savings account ending in 0820 of defendant IRO, dba VOI Enterprises, held in Carson, California ("Chase 0820 Account") |
| 127 | IRO | 2/12/2016 | Transfer of approximately $161,700 from the Chase 0820 Account to the Chase 9837 Account |
| 128 | IRO | 2/16/2016 | Wire transfer of approximately $132,950 from the Chase 9837 Account to a Wells Fargo account ending in 6061 of defendant IRO, dba "Irva Auto Sales & Equip Broker LLC," held in Carson, California ("Wells Fargo 6061 Account") |
| 129 | IRO | 2/16/2016 | Wire transfer of approximately $28,670 from the Chase 9837 Account to the bank account ending in 3107 of UICC 7 at CalCom FCU, held in Torrance, California ("CalCom 3107 Account") |
| 130 | IRO | 2/16/2016 | Wire transfer of approximately $27,500 from the CalCom 3107 Account to the Wells Fargo 6061 Account |
| 131 | IRO | 2/16/2016 | Wire transfer of approximately $50,000 from the Wells Fargo 6061 Account to a BOA account ending in 1824 |
| 132 | IRO | 2/16/2016 | Withdrawal of approximately $50,000 from the Wells Fargo 6061 Account |
| 133 | IRO | 2/18/2016 | Wire transfer of approximately $30,500 from the Wells Fargo 6061 Account to a Chase account ending in 1279 of UICC 8 |
| 134 | IRO and ANOZIE | 4/24/2017 | Wire transfer of approximately $18,598 from the Chase 7866 Account to a SunTrust account of B&B Motors of Tampa Bay Inc. |
| 135 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/11/2017 | Wire transfer of approximately $60,000 from a BOA account ending in 1004 of UICC 11, held in Northridge, California (the "BOA 1004 Account") to a BOA account ending in 5283, held in Paramount, California |
| 136 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/12/2017 | Wire transfer of approximately $75,500 from the BOA 1004 Account to a BOA account ending in 9405, held in Bellingham, Massachusetts (the "BOA 9405 Account") |

| 137 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/15/2017 | Withdrawal of cashier's check of approximately $21,000, addressed to defendant UMEJESI, from the BOA 1004 Account |
|---|---|---|---|
| 138 | IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, and UZOKA | 5/15/2017 | Wire transfer of approximately $30,000 from the BOA 1004 Account to the BOA 9405 Account |
| 139 | IRO, OGUNGBE, CATHEY, and NNAMDI | 6/7/2017 | Wire transfer of approximately $47,000 from a Chase account ending in 7522, held in Los Angeles, California, to a Citibank account of a Hong Kong company |
| 140 | IRO, IGBOKWE, IKOGHO, CATHEY, and OCHIAGHA | 6/23/2017 | Withdrawal of approximately $43,750 from a Chase account ending in 7633 of UICC 14, held in Culver City, California, through check deposited to a Chase account ending in 6781 of UICC 15 in Los Angeles, California |
| 141 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/5/2017 | Withdrawal of approximately $47,606.40 from a Chase account ending in 5092 of UICC 16, held in Hawthorne, California (the "Chase 5092 Account") through a cashier's check |
| 142 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/5/2017 | Withdrawal of approximately $52,602 from the Chase 5092 Account through a cashier's check |
| 143 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/7/2017 | Withdrawal of approximately $65,965 from the Chase 5092 Account through a cashier's check |
| 144 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/8/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |

| 145 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/9/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |
|---|---|---|---|
| 146 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/10/2017 | Withdrawal of approximately $35,000 from the Chase 5092 Account through a cashier's check |
| 147 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/10/2017 | Wire transfer of approximately $60,000 from the Chase 5092 Account to the BOA 2660 Account |
| 148 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/15/2017 | Wire transfer of approximately $54,600 from the BOA 2660 Account to a Chase account ending in 9931 of OGUNGBE, dba "P and P Motors LLC," held in Santa Fe Springs, California. |
| 149 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/15/2017 | Deposit of a cashier's check of approximately $35,000, issued from Chase 5092 Account, into a Chase account ending in 5812 of UICC 16, held in Inglewood, California ("Chase 5812 Account") |
| 150 | IRO, IGBOKWE, UMEJESI, OGUNGBE, CATHEY, EKECHUKWU, and SAM MAL | 8/22/2017 | Deposit of a cashier's check of approximately $35,000, issued from the Chase 5092 Account, into the Chase 5812 Account |
| 151 | IRO and AJAEZE | 1/19/2018 | Wire transfer of approximately $27,455 from a Chase account ending in 0038 of defendant AJAEZE, held in Carson, California (the "Chase 0038 Account"), to a Wells Fargo account in the name "Cadon Auto Corporation" |
| 152 | IRO and AJAEZE | 1/19/2018 | Wire transfer of approximately $51,865 from the Chase 0038 Account to a Mashreqbank PSC account, held in the United Arab Emirates, in the name "Elite Auto Fze" |

| 153 | IRO and AJAEZE | 1/31/2018 | Wire transfer of approximately $19,000 from the Chase 0038 Account to a PNC Bank account of The George Washington University to pay the Spring 2018 tuition of a student |
|---|---|---|---|
| 154 | IRO and AJAEZE | 2/1/2018 | Purchase of cashier's check of approximately $12,793 from the Chase 0038 Account |
| 155 | IRO, IKOGHO, and AJAEZE | 2/15/2018 | Wire transfer of approximately $84,985 from the Chase 0038 Account to a BOA account ending in 5903 |
| 156 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Wire transfer of approximately $189,000 from the Chase 0038 Account to a Compass Bank account ending in 3681 of defendant IKOGHO, held in Lynwood, California (the "Compass Bank 3681 Account") |
| 157 | IRO, IKOGHO, and AJAEZE | 2/16/2018 | Purchase of a cashier's check of approximately $35,000 from the Compass Bank 3681 Account |
| 158 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $200,000 from a Wells Fargo account ending in 1849 of defendant AJAEZE, held in Carson, California (the "Wells Fargo 1849 Account") to a Wells Fargo account ending in 7748 of defendant AJAEZE, held in Westchester, California (the "Wells Fargo 7748 Account") |
| 159 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $500,000 from the Wells Fargo 1849 Account to the Wells Fargo 7748 Account |
| 160 | IRO and AJAEZE | 2/16/2018 | Wire transfer of approximately $500,000 from the Wells Fargo 1849 Account to the Wells Fargo 7748 Account |

1                      <u>COUNT ONE HUNDRED SIXTY-ONE</u>

2         [18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]

3                          [DEFENDANT IRO]

4      Beginning on a date unknown, and continuing at least until May

5  2, 2018, in Los Angeles County, within the Central District of

6  California, and elsewhere, defendant VALENTINE IRO, also known as

7  ("aka") "Iro Enterprises," aka "Valentine Obinna Iro," aka "Obinna

8  Iro," aka "Obinna Nassa," doing business as ("dba") V.O.I Enterprises

9  LLC, dba IRVA Auto Sales and Equip Broker LLC ("IRO"), knowingly

10  conducted, controlled, managed, supervised, directed, and owned an

11  unlicensed money transmitting business affecting interstate and

12  foreign commerce that (1) operated without an appropriate money

13  transmitting license in California where such operation is punishable

14  as a felony under state law; (2) failed to comply with the money

15  transmitting business registration requirements under Section 5330 of

16  Title 31, United States Code, and the regulations thereunder; and

17  (3) involved the transportation and transmission of funds that were

18  known to defendant IRO to have been derived from a criminal offense

19  and were intended to be used to promote and support unlawful

20  activity.

21

22

23

24

25

26

27

28

1

COUNT ONE HUNDRED SIXTY-TWO

2

[18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]

3

[DEFENDANTS IGBOKWE AND MANSBANGURA]

4

Beginning on a date unknown, and continuing at least until May

5

2, 2018, in Los Angeles County, within the Central District of

6

California, and elsewhere, defendants CHUKWUDI CHRISTOGUNUS IGBOKWE,

7

also known as ("aka") "Christogunus C. Igbokwe," aka "Chris Kudon,"

8

aka "Atete," aka "Still Kudon" ("IGBOKWE") and TITYAYE MARINA

9

MANSBANGURA, aka "Tityaye Igbokwe," aka "Marina Mansour," aka "Marina

10

Mansaray," aka "Marina Tityaye Mans Bangura" ("MANSBANGURA"), each

11

aiding and abetting the other, knowingly conducted, controlled,

12

managed, supervised, directed, and owned an unlicensed money

13

transmitting business affecting interstate and foreign commerce that

14

(1) operated without an appropriate money transmitting license in

15

California where such operation is punishable as a felony under state

16

law; (2) failed to comply with the money transmitting business

17

registration requirements under Section 5330 of Title 31, United

18

States Code, and the regulations thereunder; and (3) involved the

19

transportation and transmission of funds that were known to

20

defendants IGBOKWE and MANSBANGURA to have been derived from a

21

criminal offense and were intended to be used to promote and support

22

unlawful activity.

23

24

25

26

27

28

1
                    COUNT ONE HUNDRED SIXTY-THREE

2        [18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]

3                         [DEFENDANT IKOGHO]

4        Beginning on a date unknown, and continuing at least until

5   February 17, 2018, in Los Angeles County, within the Central District

6   of California, and elsewhere, defendant JERRY ELO IKOGHO, also known

7   as "J Man" ("IKOGHO"), knowingly conducted, controlled, managed,

8   supervised, directed, and owned an unlicensed money transmitting

9   business affecting interstate and foreign commerce that (1) operated

10  without an appropriate money transmitting license in California where

11  such operation is punishable as a felony under state law; (2) failed

12  to comply with the money transmitting business registration

13  requirements under Section 5330 of Title 31, United States Code, and

14  the regulations thereunder; and (3) involved the transportation and

15  transmission of funds that were known to defendant IKOGHO to have

16  been derived from a criminal offense and were intended to be used to

17  promote and support unlawful activity.

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4

COUNT ONE HUNDRED SIXTY-FOUR

[18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]

[DEFENDANT UMEJESI]

Beginning on a date unknown, and continuing at least until 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant IZUCHUKWU KINGSLEY UMEJESI, also known as ("aka") "Kingsley Umejesi," aka "Armenian Man," aka "Kingsley LA," aka "Izuking Aka Aku" ("UMEJESI"), knowingly conducted, controlled, managed, supervised, directed, and owned an unlicensed money transmitting business affecting interstate and foreign commerce that (1) operated without an appropriate money transmitting license in California where such operation is punishable as a felony under state law; (2) failed to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and the regulations thereunder; and (3) involved the transportation and transmission of funds that were known to defendant UMEJESI to have been derived from a criminal offense and were intended to be used to promote and support unlawful activity.

## COUNT ONE HUNDRED SIXTY-FIVE

[18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]

[DEFENDANT OGUNGBE]

Beginning on a date unknown, and continuing at least until 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant ADEGOKE MOSES OGUNGBE, also known as ("aka") "P & P Motors," aka "Pp," doing business as "P & P Motors LLC" ("OGUNGBE"), knowingly conducted, controlled, managed, supervised, directed, and owned an unlicensed money transmitting business affecting interstate and foreign commerce that (1) operated without an appropriate money transmitting license in California where such operation is punishable as a felony under state law; (2) failed to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and the regulations thereunder; and (3) involved the transportation and transmission of funds that were known to defendant OGUNGBE to have been derived from a criminal offense and were intended to be used to promote and support unlawful activity.

1    COUNT ONE HUNDRED SIXTY-SIX

2    [18 U.S.C. §§ 1960(a), (b)(1)(A), (b)(1)(B), (b)(1)(C); 2(a)]

3    [DEFENDANT MADEKWE]

4    Beginning on a date unknown, and continuing at least until

5    January 18, 2017, in Los Angeles County, within the Central District

6    of California, and elsewhere, defendant OBI ONYEDIKA MADEKWE, also

7    known as "Odu Investment" ("MADEKWE"), knowingly conducted,

8    controlled, managed, supervised, directed, and owned an unlicensed

9    money transmitting business affecting interstate and foreign commerce

10   that (1) operated without an appropriate money transmitting license

11   in California where such operation is punishable as a felony under

12   state law; (2) failed to comply with the money transmitting business

13   registration requirements under Section 5330 of Title 31, United

14   States Code, and the regulations thereunder; and (3) involved the

15   transportation and transmission of funds that were known to defendant

16   MADEKWE to have been derived from a criminal offense and were

17   intended to be used to promote and support unlawful activity.

18

19

20

21

22

23

24

25

26

27

28

1

<u>COUNT ONE HUNDRED SIXTY-SEVEN</u>

[18 U.S.C. § 2232(a)]

[DEFENDANT IRO]

On or about July 19, 2017, in Los Angeles County, within the Central District of California, prior to and during execution of a federal search warrant by special agents of the Federal Bureau of Investigation, defendant VALENTINE IRO, also known as ("aka") "Iro Enterprises," aka "Valentine Obinna Iro," aka "Obinna Iro," aka "Obinna Nassa," knowingly destroyed, damaged, wasted, disposed of, and transferred, and knowingly attempted to destroy, damage, waste, dispose of, and transfer, a Samsung phone, Model Number SM-G925F, with IMEI 359523064940172 and serial number R58G60161CA, for the purpose of preventing and impairing the government's lawful authority to take such property into its custody and control.

COUNT ONE HUNDRED SIXTY-EIGHT

[18 U.S.C. § 2232(a)]

[DEFENDANT IGBOKWE]

On or about July 19, 2017, in Los Angeles County, within the Central District of California, prior to and during execution of a federal search warrant by special agents of the Federal Bureau of Investigation, defendant CHUKWUDI CHRISTOGUNUS IGBOKWE, also known as ("aka") "Christogunus C. Igbokwe," aka "Chris Kudon," aka "Atete," aka "Still Kudon," knowingly destroyed, damaged, wasted, disposed of, and transferred, and knowingly attempted to destroy, damage, waste, dispose of, and transfer, a gold Apple iPhone 7, Model A1784, FCC ID: BCG-E3092A, with IMEI 359217079598600 and serial number F2LSM1HZHFYH, and a silver Samsung Galaxy Note 5, with IMEI 356000070040951 and serial number RF8GA2MXBZD, for the purpose of preventing and impairing the government's lawful authority to take such property into its custody and control.

COUNT ONE HUNDRED SIXTY-NINE

[18 U.S.C. § 2232(a)]

[DEFENDANT EROHA]

On or about July 19, 2017, in Los Angeles County, within the Central District of California, prior to and during execution of a federal search warrant by special agents of the Federal Bureau of Investigation, defendant CHUKS EROHA, also known as ("aka") "Chuks Nassa Iro," aka "Nassa," aka "Prince Chuddy," aka "Nurse Chuddy," knowingly destroyed, damaged, wasted, disposed of, and transferred, and knowingly attempted to destroy, damage, waste, dispose of, and transfer, a black Apple iPhone 7 Plus, Model A1661, with IMEI 353818086081872 and serial number FCCSW9H3HFXW, for the purpose of preventing and impairing the government's lawful authority to take such property into its custody and control.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT ONE HUNDRED SEVENTY

[18 U.S.C. § 1001(a)(2)]

[DEFENDANT IRO]

On or about July 19, 2017, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States of America, namely, an investigation by the Federal Bureau of Investigation ("FBI") into the receipt and laundering of proceeds of fraudulent schemes, defendant VALENTINE IRO, also known as ("aka") "Iro Enterprises," aka "Valentine Obinna Iro," aka "Obinna Iro," aka "Obinna Nassa" ("IRO"), knowingly and willfully made materially false, fictitious, and fraudulent statements and representations.

Specifically, defendant IRO stated:  (1) that he had broken his Samsung phone, Model Number SM-G925F, with IMEI 359523064940172 (the "Samsung phone") on the morning of July 18, 2017 following a fight with his wife, a day prior to the execution of federal search warrants by special agents of the FBI at his apartment in Carson, California; and (2) that his breaking of the Samsung phone was unconnected to the FBI's execution of search warrants.

The statements were materially false, fictitious, and fraudulent because, as defendant IRO then knew:  (1) the Samsung phone was functioning and unbroken at the time that the FBI knocked on the door of defendant IRO's apartment in Carson, California at approximately 6:00 a.m. on July 19, 2017; and (2) defendant IRO broke his Samsung phone at approximately 6:01 a.m. on or about July 19, 2017 after the FBI knocked and announced its intention to execute search warrants.

COUNTS ONE HUNDRED SEVENTY-ONE THROUGH TWO HUNDRED FORTY-NINE

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[DEFENDANTS IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, CATHEY, MANSBANGURA, AJAEZE, EKECHUKWU, EROHA, OJIMBA, XPLORA G, OCHIAGHA, N. DURU, OFORKA, MARK CHUKWUOCHA, NNAMDI, CHILAKA, OHAJIMKPO, UCHE, ODIONYENMA, OGBONNA, ONWUASOANYA, MACWILLIAM CHUKWUOCHA, UZOKA, AWAK, EGWUMBA, EZIRIM, OKAFOR, SAM MAL, MBA, IKEWESI, OGANDU, ANYANWU, AZUBUIKE, NWACHUKWU, IZUNWANNE, OSUJI, ONYEKA, ANUNOBI, OKOLO, ONUWA, ISAMADE, MADUFOR, NNEBEDUM, OKEREKE, ODIMARA, ONUDOROGU, NZENWAH, OBASI, AGUBE, OKORIE, OHIRI, UGWU, AGWUEGBO, CHUKWU, MEGWA, P. DURU, IWU, CHIKA, MEZIENWA, AGUH, ESHIMBU, ANOZIE, AGUNWA, G. DIKE, UKACHUKWU, OSMUND, NWANGWU, AJAH, EJIOFOR, UBASINEKE, IBETO, NWANEGWO, E. DIKE, EKI, IWUOHA, C. DURU, AND IHEJIUREME]

The Grand Jury re-alleges and incorporates paragraphs 1 through 8 of the Introductory Allegations of this Indictment here.

Beginning on or before October 7, 2014, and continuing through at least May 2, 2018, in Los Angeles County, within the Central District of California, and elsewhere, the following defendants knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Wire Fraud, Bank Fraud, and Mail Fraud, as charged in Count Two:

| COUNT | DEFENDANT |
|-------|-----------|
| 171 | IRO |
| 172 | IGBOKWE |
| 173 | IKOGHO |
| 174 | UMEJESI |
| 175 | OGUNGBE |
| 176 | CATHEY |

| | |
|---|---|
| 177 | MANSBANGURA |
| 178 | AJAEZE |
| 179 | EKECHUKWU |
| 180 | EROHA |
| 181 | OJIMBA |
| 182 | XPLORA G |
| 183 | OCHIAGHA |
| 184 | N. DURU |
| 185 | OFORKA |
| 186 | MARK CHUKWUOCHA |
| 187 | NNAMDI |
| 188 | CHILAKA |
| 189 | OHAJIMKPO |
| 190 | UCHE |
| 191 | ODIONYENMA |
| 192 | OGBONNA |
| 193 | ONWUASOANYA |
| 194 | MACWILLIAM CHUKWUOCHA |
| 195 | UZOKA |
| 196 | AWAK |
| 197 | EGWUMBA |
| 198 | EZIRIM |
| 199 | OKAFOR |
| 200 | SAM MAL |
| 201 | MBA |
| 202 | IKEWESI |
| 203 | OGANDU |
| 204 | ANYANWU |
| 205 | AZUBUIKE |
| 206 | NWACHUKWU |
| 207 | IZUNWANNE |
| 208 | OSUJI |
| 209 | ONYEKA |
| 210 | ANUNOBI |
| 211 | OKOLO |
| 212 | ONUWA |
| 213 | ISAMADE |
| 214 | MADUFOR |
| 215 | NNEBEDUM |
| 216 | OKEREKE |
| 217 | ODIMARA |
| 218 | ONUDOROGU |
| 219 | NZENWAH |
| 220 | OBASI |
| 221 | AGUBE |
| 222 | OKORIE |
| 223 | OHIRI |
| 224 | UGWU |
| 225 | AGWUEGBO |
| 226 | CHUKWU |
| 227 | MEGWA |
| 228 | IWU |
| 229 | CHIKA |

| 230 | MEZIENWA |
|-----|----------|
| 231 | AGUH |
| 232 | ESHIMBU |
| 233 | ANOZIE |
| 234 | AGUNWA |
| 235 | G. DIKE |
| 236 | UKACHUKWU |
| 237 | OSMUND |
| 238 | NWANGWU |
| 239 | AJAH |
| 240 | EJIOFOR |
| 241 | UBASINEKE |
| 242 | IBETO |
| 243 | NWANEGWO |
| 244 | E. DIKE |
| 245 | EKI |
| 246 | IWUOHA |
| 247 | C. DURU |
| 248 | IHEJIUREME |
| 249 | MADEKWE |

COUNT TWO HUNDRED FIFTY

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[DEFENDANTS IRO, IGBOKWE, IKOGHO, UMEJESI, OGUNGBE, AND UZOKA]

Beginning on or before April 24, 2017, and continuing through at least May 16, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants VALENTINE IRO, also known as ("aka") "Iro Enterprises," aka "Valentine Obinna Iro," aka "Obinna Iro," aka "Obinna Nassa," CHUKWUDI CHRISTOGUNUS IGBOKWE, aka "Christogunus C. Igbokwe," aka "Chris Kudon," aka "Atete," aka "Still Kudon," JERRY ELO IKOGHO, aka "J Man," IZUCHUKWU KINGSLEY UMEJESI, aka "Kingsley Umejesi," aka "Armenian Man," aka "Kingsley LA," aka "Izuking Aka Aku," ADEGOKE MOSES OGUNGBE, aka "P & P Motors," aka "Pp," and EMMANUEL ONYEKA UZOKA, aka "Emmanuel Mansion," aka "Mansion," aka "Son of God," aka "Ezirim Uzoma," each aiding and abetting the other, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1343, Wire Fraud, as charged in Count 26.

1

## COUNT TWO HUNDRED FIFTY-ONE

2

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

3

[DEFENDANTS IRO, CATHEY, AND NNAMDI]

4      Beginning on or before April 12, 2017, and continuing through at

5  least April 24, 2017, in Los Angeles County, within the Central

6  District of California, and elsewhere, defendants VALENTINE IRO, also

7  known as ("aka") "Iro Enterprises," aka "Valentine Obinna Iro," aka

8  "Obinna Iro," aka "Obinna Nassa," ALBERT LEWIS CATHEY, aka "Alb," aka

9  "Abert Jag," aka "Al," and AUGUSTINE NNAMDI, aka "Nnamdi Augustine,"

10  aka "Jazz," each aiding and abetting the other, knowingly

11  transferred, possessed, and used, without lawful authority, a means

12  of identification of another person during and in relation to a

13  felony violation of Title 18, United States Code, Section 1343, Wire

14  Fraud, as charged in Count 22.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWO HUNDRED FIFTY-TWO

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[DEFENDANTS IGBOKWE, MANSBANGURA, ODIONYENMA, and P. DURU]

Beginning on or before January 19, 2017, and continuing through at least May 19, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants CHUKWUDI CHRISTOGUNUS IGBOKWE, also known as ("aka") "Christogunus C. Igbokwe," aka "Chris Kudon," aka "Atete," aka "Still Kudon," CHIKA AUGUSTINE ODIONYENMA, aka "Tony Augustin Odionyenma," aka "Chika Tony," aka "CTA Finance Source Intl," and TITYAYE MARINA MANSBANGURA, aka "Tityaye Igbokwe," aka "Marina Mansour," aka "Marina Mansaray," aka "Marina Tityaye Mans Bangura," each aiding and abetting the other, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1343, Wire Fraud, as charged in Count 24.

On or about the above dates and place, defendant PRINCEWILL ARINZE DURU, aka "Arnzi Prince Will," aka "Arinze," knowingly and intentionally aided, abetted, counseled, commanded, induced, and procured the commission of the offense alleged above.

## FORFEITURE ALLEGATION ONE

[18 U.S.C. § 982 and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), in the event of any Defendant's conviction of the offenses set forth in any of Counts One and Fifty-Two through One Hundred Sixty-Six of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

(a) Any property, real or personal, involved in such offense, and any property traceable to such property; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 18, United States Code, Section 982(b)(2), any defendant so convicted shall forfeit substitute property, if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty. Substitution of assets shall not be ordered, however, where the convicted defendant acted merely as an

1  intermediary who handled but did not retain the property in the
2  course of the money laundering offense unless the defendant, in
3  committing the offense or offenses giving rise to the forfeiture,
4  conducted three or more separate transactions involving a total of
5  $100,000.00 or more in any twelve-month period.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of any Defendant's conviction of the offenses set forth in any of Counts Two through Forty-Nine of this Indictment.

2.   Any defendant so convicted shall forfeit to the United States of America the following:

(a)   All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offense; and

(b)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

## FORFEITURE ALLEGATION THREE

[18 U.S.C. § 982]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(2), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts Fifty and Fifty-One of this Indictment.

2.    Any defendant so convicted shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

1    in value; or (e) has been commingled with other property that cannot
2    be divided without difficulty.

1                  FORFEITURE ALLEGATION FOUR

2        [18 U.S.C. §§ 982 and 1028 and 28 U.S.C. §2461(c)]

3       1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4  Procedure, notice is hereby given that the United States of America

5  will seek forfeiture as part of any sentence, pursuant to Title 18,

6  United States Code, Sections 982 and 1028 and Title 28, United States

7  Code, Section 2461(c) in the event of any defendant's conviction of

8  the offenses set forth in any of Counts One Hundred Seventy-One

9  through Two Hundred Fifty-Two of this Indictment.

10      2.    Any defendant so convicted shall forfeit to the United

11  States of America the following:

12          (a) All right, title and interest in any and all property,

13  real or personal, constituting, or derived from, any proceeds

14  obtained, directly or indirectly, as a result of the offense;

15          (b)  Any personal property used or intended to be used to

16  commit the offense; and

17          (c)  To the extent such property is not available for

18  forfeiture, a sum of money equal to the total value of the property

19  described in subparagraphs (a) and (b).

20      3. Pursuant to Title 21, United States Code, Section 853(p), as

21  incorporated by Title 18, United States Code, Sections 982(b) and

22  1028(g), any defendant so convicted shall forfeit substitute

23  property, up to the total value of the property described in the

24  preceding paragraph if, as the result of any act or omission of said

25  defendant, the property described in the preceding paragraph, or any

26  portion thereof: (a) cannot be located upon the exercise of due

27  diligence; (b) has been transferred, sold to or deposited with a

28  third party; (c) has been placed beyond the jurisdiction of the

1  court; (d) has been substantially diminished in value; or (e) has

2  been commingled with other property that cannot be divided without

3  difficulty.

4                              A TRUE BILL

5

6                              /s/
                               _____

7                              Foreperson

8  NICOLA T. HANNA
   United States Attorney
9

10 PFR FF

11 PATRICK R. FITZGERALD
   Assistant United States Attorney
12 Chief, National Security Division

13 RYAN WHITE
   Assistant United States Attorney
14 Chief, Cyber and Intellectual
     Property Crimes Section
15
16 ANIL J. ANTONY
   Assistant United States Attorney
17 Cyber and Intellectual Property
     Crimes Section

18

19

20

21

22

23

24

25

26

27

28